IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 APR -3 A 8:0_
RICHARD W. WIEKI_
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

The Warden (Unk) of C.S.P. Sac/Fol ~KDR~
        Plaintiff,

v.

THOMAS, JAMES EDWARD
        Defendant.

CASE NO.

PRISONER'S
IN FORMA PAUPERIS —w— A Severe Lack of Ade-
APPLICATION Quate Supplies To, Even, Attempt Same!!

C08 01778 SBA

I, _____, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ____   No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross:  N/A.                    Net:  N/A.

Employer:  N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Worked, Only Two (2) weeks In Jan/Feb. 2001 ---- For Media One Ad.Agency at/on No. Second St. [N.50], San Jose, Calif, Only Received A Partial Pay -w- Severance Pay check(s) Totalling APPX. [300.00] No other Employable Situations—Too many Fraudulent Parole Violation For moreger Things Like Not Seeing A Psych As Directed (on Time;) Not Having Permission To leave (50) Miles Radius Of Residence -w- A Fraudulent Misdemeanor Conviction -w, supposidly Same Conditions..... Still I was Given Permission By The Mean/Spiteful Pali.OFF. — But, specifically violated Because The A.D.A. Of said Fraudulen_ Misd. Conv. &Claimed I wrote (Her) A Threatening Letter, Just To get me Back In Prison -w- No Chance Of Appealing Said Conv. ---- Also, I learned That (She) Solicited A Co-Psych To Falsely RPNT
(Please 12)  1.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment — Yes ___ No X
   b. Income from stocks, bonds, or royalties? — Yes ___ No X
   c. Rent payments? — Yes ___ No X
   d. Pensions, annuities, or life insurance payments? — Yes ___ No X
   e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

   None.

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N/A.

3. Are you married?   Yes ___ No X

Spouse's Full Name: N/A.

Spouse's Place of Employment: N/A.

Spouse's Monthly Salary, Wages or Income:
Gross $ N/A.   Net $ N/A.

4. a. List amount you contribute to your spouse's support:

$ None.

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

N/A.

5. Do you own or are you buying a home?   Yes ___ No X

Estimated Market Value: $ N/A.   Amount of Mortgage: $ N/A.

6. Do you own an automobile?   Yes ___ No X

Make N/A.   Year X   Model X

Is it financed? Yes N/A. No N/A. If so, Total due: $ N/A.

Monthly Payment: $ N/A.   (page 13)

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____ No _____ N/A. No Funds, What-So-Ever In/on Trust Account Indigent To-The-Hilt, The So-Called Arr-Off. Stole Most

Name(s) and address(es) of bank: Of My Funds On-My Person, Night-of-Last Arrest

None Close/or Accessible

Present balance(s): $ N/A.

Do you own any cash?  Yes _Confiscated/Mis-Appropriated_  No _____  Amount: $ 1,500.00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes _____  No _X_

Had A Small/meager Bank Account At Bank-of-Am, For SSI Check-Cashing Rqmts, only

8. What are your monthly expenses?

Rent: $ N/A. Ward-of-State   Utilities: N/A.

Food: $ N/A.                   Clothing: N/A.

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ /// | $ /// |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

None Known or Feasible, At This Time.

I AM, Too, Systematically Denied Proper Mailing Rights Nor Do I get Answers From Any/most Inst.
I consent to prison officials withdrawing from my trust account and Communiqu.
paying to the court the initial partial filing fee and all installment Especially
payments required by the court.                                    Leg-or/And Me
                                                          - Absolutely, No Nec. Suppli

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims. Yes - Plus, IF possible, I AM Willing To Reimburse The Court For Their Time/Considerations-IF Any or No Ne, At A Later Date.

03-25-08
DATE                    SIGNATURE OF APPLICANT

James E. Thomas In-Pro.-Per, Pending
Apphmt. Of Competent Counselor
At/on This Courts Discretion(s)!

(Pg 4) 3

Case Number: <u>UNK.</u>

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

<u>No Available Inst. Inmate Trust Accnt Printout Copy Available-Due-To-Too Much Hostilities/Non-Blindly Co-operation</u>

I certify that attached hereto is a true and correct copy of

the prisoner's trust account statement showing transactions of <u>It is well noted that I Can't Get Any Imp. Inst. Mail in/out of Cell Block</u>.

<u>Thomas, James Edward</u> for the last six months at
[prisoner name]

<u>C S P At Sacramento/Folsom</u> where (s)he is confined.
[name of institution] <u>Represa, Cal. 95670-0066</u>

I further certify that the average deposits each month to this

prisoner's account for the most recent 6-month period were $_____ and

the average balance in the prisoner's account each month for the most

recent 6-month period was $ <u>No Fund Now or Expected, Here-In the Future - Therefore, Please Accept My Rqst. For Indigency Filing-Pending - (your) Thoughtfull Indep.Invest/Inquiry OK.?"? /Luther-Applic None Available, Feasibly or otherwise Contactable - By This</u>

Dated: <u>03-25-08</u>         Authorized officer of the institution

(Pg. N. 15)

4

Under 42 U.S.C. § 1997e, you are required to exhaust your administrative remedies before filing a § 1983 action; you must indicate clearly on the complaint form whether you have done so.

ATTN: Reviewers, My mail/communiques Are Tampered-w-Constantly No

V. <u>After Complaint Is Filed</u> chance-of-Knowing Any Such Status....Appeal was Supposed-To-Have-Been Mis-Handled By Co. Employee(s)??

You will be notified as soon as the court issues any order in your case. It is your responsibility to keep the court informed of any changes of address to ensure you receive court orders. Failure to so do may result in dismissal of your action.

VI. <u>Repeat Filers</u>   N/A.

If you are seeking leave to proceed <u>in forma pauperis</u> and, while incarcerated or detained, you have filed § 1983 actions on three or more prior occasions which were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted, you may not file a new § 1983 action unless you are under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).   N/A.

VII. <u>Inquiries and Copying Requests</u>

Because of the large volume of cases filed by inmates in this court and very limited court resources, the court can no longer answer questions concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents submitted to the court for your own records.

IF This Court Decided/Elects To Do The Proper/Honorable/Helpfull Thing Of Freely Providing The Necessary Copies To Pertinent Respondant-&-myself, it would Be much more Than Greatly Appreciated-w-The Outlook(S) OF Re-Imbursement Fully Guaranteed Where Ever/If Ever possible/or Feasible.....I Could, Only, Hold-On To one of The many copies I Had Been Saving/Acquiring - But, Things Keep Dis-Appearing From/out-of (My) Property or Un-Commonly Mis Placed.
SAME/JET.

(Pg. #(5))