(Pg. 1)

THOMAS, JAMES EDWARD
(Petitioner)

THE WARDEN OF C.S.P. SAC.
(Respondent(s))



DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

FILED
2008 APR -3 A 8:00
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. CA. S.J.

C08 01778 SBA

I, James Edward Thomas, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

Are you presently employed?   Yes _____   No  X

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer

N/A.

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

Media One, Advertisement Agency - 90 N. 2nd St, S.J.C / App. "400.00 X 0] weeks, only"

Have you received, within the past twelve months, any money from any of the following sources?

a. Business, profession or form of self-employment?   Yes ___   No X
b. Rent payments, interest or dividends?   Yes ___   No X
c. Pensions, annuities or life insurance payments?   Yes ___   No X
d. Gifts or inheritances?   Yes ___   No X
e. Any other sources?   Yes ___   No X

If the answer to any of the above is yes, describe each source of money and state the amount received from each during past twelve months.

None - what-so-ever.

3. Do you own any cash, or do you have money in a checking or savings account?   Yes ___   No ___
(Include any funds in prison accounts)  My, on-Person, Funds were Un-lawfully Mis-Appropriated upon my last Arrest on, (03-05-05). And it was not Recorded into my In.Tr.Acct.

If the answer is yes, state the total value of the items owned. The, So-Called, Pillar-of-Society Type Good Samaritan Pol. Off. Only Recorded on My Inmate Trust/Booking Acct. A mere small part of My own Person Funds - n - (He) made-off-w- 1500.00
Stated: I would Have To Raise That-n-other on APR
Whereas, The, So-Called, Good D.P.D. Refused To Ask what (He) did with, same

(Pg. 2?)

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes____   No __X__

If the answer is yes, describe the property and state its approximate value. __N/A.__

List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. __None.__

declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

executed on (03-25-08)  
[March 25, 2008]   (Date) James Edward Thomas

_____  
Signature of Petitioner

CERTIFICATE

No way To Correctly- Contact Any Helpfull / Necessary Heads- OF- Departments - or Instit.-Units".  
Most of My Communiques Goes Un-answered / or Falsified, DeWritterrtly"

I hereby certify that the Petitioner herein has the sum of $ __None Available, MTT__ on account to his credit at t_____  institution where he is confined. I furth certify that Petitioner likewise has the following securities to his credit according to the records said institutic

DATED_____    _____  
                                   Authorized Officer of Institution

                                   _____  
                                   Title of Officer

IF This Court IS, Any-where, Doubtfull / Feasebly Interested, It, So Easily, Check / Ascertain.

(Pg-#.23)

_____  
                              STATE CUSTODY

PROOF OF SERVICE BY MAIL
(C.C.P. §§1013 (A); 2015.5 & U.S.C. §1746)

I, _____ am a citizen of the state of California, County of Sacramento, over the age of eighteen years, and not a party to the within cause. My address is: _____, P.O. Box 29, Represa, California.

On _____, 20____ I served the original and/or true reproductions thereof of the following documents:

A Hand-written Petition-w- Supplemental Supporting Parts, For-Furtherence Of (My) Long Pending Appeal Via /on Habeas Corpus Grounds. As Required By This /(All)-Most Federal Courts.

By mailing them to: Orig.-N-(3) Copies To:   The Office-of-The Clerk U.S.D.Ct, Nrn. Dist. Of Cal. - 280 S. First St., San Jose, Cal 95113

But, Due-To- Hostile (1) " w/P -   Office-of-The Clerk, Cal. Supr. Ct. 350 McAllister St., San Francisco, Calif. 94102
Circumstances Beyond
my Control-I am Unable (1) " w/P.   Office-of-The Clerk, 1st Cal. Appl. Ct., 350 Mc Allister St, San Franciso, Cal. 94102
To Procure The said needed
Copies, For Feasible Adequate
need/lack of supplies --- (1) " w/P, -   Office-of-The Cal. Atty. Gen. 455 Golden G. Ave., San Francisco, Calif. 94102
Not Even A Copy For My-
Self-Due, Partially to, The (1) " N.P. -   S.C.C. Sup. Ct., O.N. 36/190 W. Hedding St. SJ.C.-951
(10) day Filing Expectations   Atty. D.D. Martin, Esq. 622 Laguaria Ln. Ab, Cal 94-
There - IN. (1) " w/P   (Self) -

Said service was executed by placing said documents enclosed in a sealed envelope(s) with postage thereon fully prepaid, and depositing them in the United States Mail. At the time of the mailing there existed normal mailing service between the above parties.

I declare under the penalty of perjury, under the laws of the state of California that the foregoing is true and correct. To The Best of My Abilities And /or Lay Knowledgable! Adden.-[Mine]-INF.-

Executed on this 25 day of March, 20 08, at Represa, California 95671-0066

THOMAS, JAMES EDWARD ----- F-21197
PRINT NAME

-James-SIGNATURE Edward-Thomas- Indigent In Pro.Per. Awaiting Apt-of Counsel For It Is, Virtually, Near Impossible To Try To Handle A Grievance, of Any-Kinds, From A Locked-Cell ---- Too Much Hostilities -N- The Staff's Determination To Punish (All) Its Inmates Committed There/Here-In, Regardless-of-True Guilt Or Professed Innocences As (their) Job Descriptions/Co.'s Requires.
SAME/J.E.T.
(Pg. No. 14) F.N - Plus one Add. Req-for Counsel F-