FILED

2008 APR -3 A 9: 08

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS, JAMES EDWARD )   Case # Pending C.S. Hopeful, Favorable Dissertation-
          Petitioner, )
                              )
           V. )   REQUEST FOR APPOINTMENT
THE WARDEN OF C.S.P. Sac/Folsom-GPK. )   OF COUNSEL
          Respondent. )

C08 01778 SBA

    Petitioner is proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. S 2254. Congress has authorized the appointment of counsel in section 2254 proceedings to represent indigent petitioners when the interests of justice so requires. 18 U.S.C. S 300(A)(2)(B).

Petitioner avers that the interests of justice require that counsel be appointed, in that: He/Deft Cannot, in Any Possible way, Adequately Handle Such A writ/Just More Than Just Cause From A Locked Prison/or Jail Cell — Far Too Many Restrictions/Intentional Stumbling-Blocks!

    1. Petitioner is not trained in the law and has limited law library access for purposes of researching the law and preparing pleading;

    2. Petitioner's application for habeas relief states a prima facie case that petitioner has been and is being deprived of liberty in violation of the Constitution of the United States; and

    3. Respondent has the benefit of counsel.

Accordingly, petitioner request the appointment of counsel pursuant to rule 8(c) Rules Governing Section 2254 Cases.

DATED: March, 25, 2008

PETITIONER: James Edward Thomas-
In Pro. Per., Hopefully Awaiting
Competent Counsel (CC)?

(Finni. pg 25)    1

FROM: THOMAS, JAMES EDWARD
F-21197/"A"Y,16 Bld/A1-Serg Psych Unit/B:504,C.N. 120
C/o.: P.O.B. No. 290066
C.S.P. At Sacramento/Folsom
Represa, California 95670-0066

TO: THE OFFICE-OF-THE CLERK
UNITED STATES FEDERAL COURT
FOR THE NORTHERN-DISTRIST OF
CALIFORNIA
FEDERAL BUILDING AT DNTWN.
280 So. FIRST STREET-W. SAN CARLOS ST.
SAN JOSE, CALIFORNIA
95113