Thomas, James Edward

F-21197/"A"-Y,6 bld./PSU/C.N. 120
C.S.P. At Sacramento/Folsom
P.O.B. No. 290066
Represa, California 95670-0066

**FILED**
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: The Honorable Justice Peckum, Presiding

C/o: The Office-of-The-Clerk
Fed. U.S. Dist. Court, Nrn. Dist. of Calif.
Federal Court-House Building At
280 So. First Street/San Jose, Calif. 95113 ....

April 14, 2008

Re.: J. Thomas vs. J Walker, Warden (C.S.P. Sac/Fol - C.N. 4:08-cv-01778-SBA.)

Dear Sir(s), Please be advised that, in regards to this (your-court's Communique/Request for me/Deft. to provide you/this court with a Certified/Verified copy(s) - of - (his/my) Inmate-Institutional Trust Account Form/Status-of Indigency for this courts scrutiny-n-possible acceptance of-allowing (me/him) to proceed-in-forma pauperis, as to all regards to (my/the) petition for my Appeal Furance-of (by) Writ-of=Habeas Corpus, filed (04-03-08) -n-pending! In that this court would/will/should be in a much better possition to review -n or accept under the Indigency Act.... Noting that, I feel/earnestly hope that the, Somewhat revised orig. Petition-n-contents will/is a wee-bit more Comprehensible, hopefully to greatly influence (your) knowledge of (all) the dispicable atrocitious, mis-carriages that Some, oh! So respectable/Pillow-of-Sick-nesses, are allowed-to-get-away with. Of course, here-again, I am,as(All) knows, am at a Severe dis-advantage, in this/these too dire spiteful by.... Just-Too-many Slicks-or-De-Sly-n-her Evil-Eye(s). Today, as usual, I had a big set-back, I tried futily to get the Correct amount of Rqst. Copies photo-copied -n- In the mail to this court, as Rqstd-but, un-like before (they) refused -to-supply-me-w- any Copies, Claiming the Said Supplemental Petition/n/n. Parts attached, were not of/in a legal Form?.... Mind you (all)!? .... (All) material addressed or intended for [Any] court/legal Professional, Is, Definately, Legal, in its entirety, regardless of its contents.... Be-it a Supplement or w. Pertinent Exhibits or not I earnestly tried to explain to the/his Prison units Leg-Law Librarian, Therefore I will definately keep trying ---- Even if there is a hurricane-w-a funnell.... Maybe - Just-Maybe, there-is-a-wee-light At De End of De Tunnel! And with my poor distressfull/dire predicamental possition(s), it just may/might take-more than a/my life time: .... Fartoo, many deranged/overtly dispicable Harrangutangs Of Also, I was refused my Inm. Trust-office for a copy-of-my Trust Acc. Status - But still trying with any-luck/no luck-at-All/having-absolutly no $2!!/ Very truly & Most Respectfully yours,
- James-Edward Thomas-/

Thomas, James Edward
F-24197/A"Y, 6 B4/PSU/C.M.120
CSP A+ Sacramento/Folsom
P.O.B. no. 290066
Represa, California 95670
95670-0066

[Postage indicia: UNITED STATES POSTAGE $00.41 APR 16 2008 MAILED FROM ZIP CODE 95670]
(Es registered stamp, everwise)

TO: The Honorable Justice Peckum,... Presiding
c/o: The OFFICE-OF-THE-Clerk
Fed. U.S. Dist. Court, Nrn. Dist. of Calif.
Federal Building/Court-House A+
280 So. First Street
San Jose, California 95113-....

9511353002 C030