1.
2. Thomas, James Edward
3. F-21197/"A"-Y, 6 Bld./P.S.U./C.N. 120
4. C.S.P. At Sacramento/Folsom
5. c/o.: P.O.B. No. 290066
6. Represa, California

April 22, 2008

The Honorable Justice Peckum, Presid.
c/o.: Office-of-The-Clerk
U.S. Dist. Court, No. Dist.-of-Calif.
Federal Building/280 So. First Street
San Jose, Ca. 95113 -----

FILED
2008 APR 28 P 2: 55
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

7. Re.: THOMAS vs. J. WALKER, WARD., U.S. DIST. COURT, NORTHERN D.-OF-CAL./No. 04:08-cv-1778-SBA.
8.
9. Dear Sir(s)/Madame(s); Please be advised that I am/have rec'd. very welcomed
10. communique(s) on/about (04-10-08), and was, some-what, relieved to learn that (you)
11. are/was comtemplating on setting (my), too hastily prepared petition(s) for
12. furtherance of my pending appeal via the method of the great Writ-of-Habeas
13. Corpus, as is specifically required by this great court - but, awaiting a very nec-
14. essary document(s) to verify Deft's Financhial Status. Plus, have accepted/
15. Filed under the above docket number(s) - N-holding Same in obeyance pend
16. -ing (your) decision of whether or not to proceed with the appointment of a
17. more/better counselor than did the County-of-Santa Clara with only
18. their/the Co's interests in mind the very same situation as their Payed Pub.
19. Deft.(s). Plus, the letter(s) informed Deft. that I had to forward to this/the
20. court a certified/verified copy of my Prison Trust Account stating/showing that
21. I have no readily available funds/money order/and no out-side massed Saving(s).
22. As I included along with my petition requesting/certification/Furtherance-of-my
23. Appeal-N-for a very necessary/too justified hearing to, possibly, settle an im-
24. portant question(s)-of-intentional violated U.S. Const. law - e.g.: 1/4/5/6/8-n-14
25. Am. gauranteed rights. Also, this Court/tribunal should be fully aware that it
26. is, almost, virtually, impossible to attempt to try-to-process any type-of-writ/
27. justifiable petition/cause from a jail-n-prison cell - because of the too great
28. amount of pressure (harrassment and/or, too un-necessary stumbling-blocks
29. placed in one(s) way by, too deviously-minded groups/even, in some-cases, a lone
30. individual --- Maybe, for just spiteful or vindictive/un-ethical motives.
31. The main reason I requested the court appoint Deft. a competent counselor as
32. provided by the 6th Am.S./strenghten by the 14th Am. --- Hence, since, by this
33. -n-(my) Orig. First attempted request for a hearing-n-this/the forth-coming one
34. in order to-try-n-add to/or Clarify the First ---- submitted as/via a supple-
35. mental addition thereto, hopefully the addition, too deviously omitted factual
36. grounds that should have been brought to the jury's-n-superior court's attention
37. - but, was intentionally avoided - because the said Dep. Pub. Def. had only the counties
38. welfare in mind --- seemingly, just as that, would/wanna-have-been appeals Atty.
39. if there was any ?v? Not-withstanding (my) mail/communiques are, too frequently
40. falsified. For instance the, so-called, Six Dist. App. Ct., in/of St. Ca. ---- Non-Existant-N-
41. the Oakland address-on-this/your letter? I never heard-of any Dist. U.S. Ct. in
42. same-n- since I literally-travel-every-road, every-which-a-way, in San Jose, I
43. have yet to see/hear/or even know of an App. Ct. near that arena - especially, with a
44. Suite No.?" But, All that too in-humane/brutal treatment, simply because, I won't
45. plead guilty or ask for any deal, each-time(s) is/was un-necessarily instigated/too ill
46. treatment in an/a futile attempt to bail that very spiteful D.A./L.Ent. Agency. But, I
47. have tried to comply-w-your request with all types-of-too devious set-backs. See the
48. attached copy - to have/get copies/verified of/from the Try Trust Office. Plus, I am-
49. Just Now - Maybe on 04-23-08) I will be provided with Notary Pub. Services, hope-
50. fully, I can mail the said addition rqst./verified info./document - Plus, the supplemental
51. petition - w- very imp. exhibits attached there-to-N-I am positive that (you) can/will
52. very easily find that my cons./medical - n- physical rights have been too maliciously violated
53. once-to-often - d ---- Deft. absolutely qualifys for redress-of-too ad-wrongs! V. Respectfully
J.E. Thomas

## ADDENDUM CONT.

Please, also, be informed that the stated notarizing did not materize Therefore, I attempts to send/mail this letter which, would have been, a part of the Exhibits to my/the Supplemental Petition For a Necessary hearing For allowance of my Certification of my Pending Appeal/appointment of a more diligent-n-competent Counselor, other than the would-be/Purported-one by the County—with only the County's interests-at-heart (in mind. Which was, too very evident by trial Dep. Pub. Def./and the, so-called, alleged Appeals Atty. From Alameda-Co., Cal. According to my viewing/listening and/or grammatical dis-likes.----I Feel I could have done much, much better on my own Representation! But, the D.A. did every thing(s) to prevent it/same.---- Even delayed the Proceedings way-past a Proper Speedy trial gauntee, where, as, the Sup. Ct. Calender Judge very sternly co-erced the Pub. Def. into convincing Deft. to waive time so the Pros. could Prepare it's case.----Here, again, I Speculate(s)/Surmises-That that where that "Saving-Grace Phrase-Comes IN": One's Have To Work To Eat-n-Bed paid To Get By, So Never-Bite-The-Hand-That-Feed-you, How Ever Blue And UN-True It Tends-To-make you!!

I hope my Persistance is not too much-of-a-burther, therefore I desperately/ earnessly await your further word of possible, acceptance of same! And Since I Signed the other Forma Pauperis Affidavit under the Penalty of-Perjury, Perhaps under my dire State-of indigency-n-too mentally/physically-n-psychologiceacy Ha-harrassmental State by the Prosecution-n- many other nosy fartoo Psychotically mis-Fitted-n-Pure Criminally Insane parties - Perhaps this/the Court can/will-compermise fully realizing Deft's too un-workable/locked-up too tightly/ Isolated condition! How-ever, it goes I await your/any further Instruction§/ any helpfull info.----Thank you, hopefully, For (your) Patience-n-Understandings!

SAME/J.E.T.

Oh! yes. my/the cell I am in keeps getting Burglarized, needlessly, and that letter of/by which (you) requested the notarizing/Certification-n-verifying of the said addittional requested document was one-of-the-things that got stolen!---- Can/will (you), any-way, half believe that, there is a too Patty/insignificant Thief/Thieves in Prison----Un-heard-of----Only The Good-Guys Go To (Are Sent To maxium Imprisonment----Or, could -I-Have-Missed-That U-turn By The Boy-Scout School/Head-quarter In The Netherlands or Preque-----Must Have Been The Wrong Rail-Roading----Or, Maybe I Just Got Too Cross Tied or the Pros.'s Goo Didn't Slide-me-bye Or, Like-The Littlies Angel, I Got Too High ----Just Leting (All) know, If Such A Humongoos Atrocifious Mis-Carriage-of Any expected Justice Such as here by/in is allowed to go un-Noticed-I-Surely-Die And That-w/o-(ms.) American Pie-Especially, if I /the Falsely Accused (Corrupted---- Accordance-to-(their) Constant close Surveillence----Any Wayward Criminallity Under Such watch Full eyes (scrutiny, would be vertually an Impossibility-w/o-A-Sigh!

Thomas, James Edward, Non Pro-Per Status
F-21197/A-4,6 Bld. P.S.U.1 / Pending Crt. Considers.
"B" sect, c.w. 130                    c/o 04:08, 1778-SBA
C.S.P. At Sacramento/Folsom
P.O.B. No. 29006
Represa, California 95610-0066

metered U.S. Stamp by Reverse-
$00.41⁰  APR 25 2008
PITNEY BOWES
02 1A
0004609711
MAILED FROM ZIP CODE 95670

TO: The Justice'(s) OF The US District, Nrn. Dist. of Calif
    The Honorable ____ Peckum, Presiding

C/O: Office - OF - The Clerk / Federal Ct. House Building

At: 280 South First Street
    San Jose, California 95113----

Deroution To 1301 Clay Street, Oakland, Cal. 94612-5212 ? See Fict.

95113@3002 C060