(MAY 11, 2008)

TO: THE HONORABLE JUST. PECKUM, PRES.
U.S. DIST. COURT, NRN. DIST. OF CALIFORNIA
C/O: OFFICE OF THE CLERK
Fed. Cthse. Bld./280 S. First Street
San Jose, California-95113-----

THOMAS, JAMES EDWARD
F-21197/A"y, GBU/PSU/CN. 120
CSP AT SACRAMENTO/FOLSOM
C/O: P O B No 290066
Represa, California-95670-0066

04:08-CV-1778-SBA,?
Re: THOMAS V. WALTER, J., WARDEN, C.S.P., US DIST CT., NRN. D. CAL, C/N 04:28-2254 or :?

Dear Sir or Madame(s); Again I try to inform you of My/Defts. Near Futility of constantly trying in vain, toget/have a copy of my Inmate Trust Account File(s), photo-copied/verified or certified notary pub wise and in the mail to this Court of Inquiry/Requested Same to prove that Deft is Indigent/meets the requirements set by this great Federal Court as being able/allowed to proceed in Forma Pauperis as to (all) Matters relating to his Petition for Certification of (his) Pending Appeal, belated, via the Great Writ-of-Habeas Corpus. It is clearly evident that the two (2) below counselor hired-n-payed by the County under the leadership of the Co.D.A., Flatly refused to bring (any) Pertinent/Relevant ground at (all)/not even to refute that Mis-I.D.-n-Too Pol. guessable/merely assumptive-charge of Assaultive w-The Intent-To-Rape ____ Whereas, whom ever it could have been was stated to have made, absolutely, no physical contact(s), how-ever, menacingly-or-not/Deft. had no head coverings, what-so-ever on—But, due to the vindictive/constant surveilling police (they) the Pros. made absolutely, no references or attempted to put any circumstance-into proper perspective(s)/and covertly added to the dilemma by falsely claiming that Deft. was a small petty thief for Psycho Thrills-n-even claimed that Deft. stole (his) cheap w. watch - but, no-know from where. Noting: an independent invest. Prove that the witness were emphatically coerced p. lying to assist/please the D.A./Pros. As the, so-called/wanna-be, prior full rape victim, went to great length to inform the Court/Jury afterward that: "She was coerced into lying both about being raped,- No-way". Or Making (any) I.D. of Deft., Only pressured by the D.A.-n-friends to agree to allow DA/Pros. to obtain a sure/easy conviction ---- As was too readily done in (at last Pseudo Trial). I had tried, in vain to contact a Notary Pub. on my own-but, none of my communiques gets acknowledged, period. And (my) Corr. Counselor, purportedly, made (me) an appt. for (4-22-08)-but, no-show-n-my other (4) Rqsts. To (her) have not been answered. Stupid Fryingly-so, the Second Rqst.-No-hear/Deft was going to submit another-but, before placing same in (her) box, a check revealed that some Sicko/stickum, has sneaken into the cell while I sleep, as usual, and replaced the later one for the second- It's a foo real un-trust worthy Dangerous Psycho running amonk in this/every prison.-so: Plus, when (they) stole the (all) letters from this Cte, so that I had no proof Certifyed Rqst. (they) changed the Ct.s C/N/File n-To-04:28-2254 ?:? Plus, these maniacs are al ways demanding to be put in a cell w- Deft./all (my) communiques-claiming that I am switching-on-Every-body/Always Attacking (them) Bizzare for No-RSN I have 999 Millions To-Go, Therefore, If I don't get the Form To You In Billion yrs, So-Be-It!"

Very Respectively Submitted/— James E. Thomas

THOMAS JAMES EDWARD
F-31157/A-R14FDW/PSU/CB-120
CSP AT SACRAMENTO /FOLSOM
C/O P O B ⊢s 290066
Represa, California 95670-0066

TO: The Honorable Justice Peckman Presiding
US Dist Court, Nrn Dist OF California

C/O: The Office-Of-The Clerk
Fed Courthouse Bld
280 S. First Street