**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    JAMES EDWARD THOMAS,                     No. C 08-01778 SBA (PR)

5         Petitioner,                          **ORDER DIRECTING PAYMENT OF
                                                FILING FEE OR FILING OF *IN FORMA
6    v.                                         PAUPERIS* APPLICATION**

7    JAMES WALKER, Warden,

8         Respondent.
                                          /

9

10        Petitioner has filed a <u>pro se</u> petition for a writ of habeas corpus pursuant to 28 U.S.C.

11   § 2254.  However, Petitioner has not paid the requisite $5.00 filing fee or filed an application for

12   leave to proceed <u>in forma pauperis</u> (hereinafter "IFP").  The Court cannot conduct an initial review

13   of this matter until Petitioner has either paid the filing fee or completed an IFP application.  <u>See</u> 28

14   U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of

15   fees or security if he makes an affidavit that he is unable to pay such fees or give security therefor).

16        Accordingly, Petitioner shall pay the requisite $5.00 filing fee in this action no later than

17   **thirty (30) days** from the date of this Order.  He shall include with his payment a clear indication

18   that it is for the above-referenced case number, C 08-01778 SBA (PR).  In the event that Petitioner is

19   unable to pay the filing fee, he shall submit an IFP application, trust account statement and

20   certificate of funds no later than **thirty (30) days** from the date of this Order.  Failure to pay the

21   filing fee or file the requisite documents within the thirty-day deadline shall result in dismissal of

22   this action.

23        The Clerk of the Court shall send Petitioner a blank prisoner IFP application form along with

24   his copy of this Order.

25        IT IS SO ORDERED.

26   DATED: 5/29/08                        _Saundra B Armstrong_
                                          SAUNDRA BROWN ARMSTRONG
27                                         United States District Judge

28

P:\PRO-SE\SBA\HC.08\Edward.1778.FileIFP.wpd

**United States District Court**
For the Northern District of California

1

2

3   UNITED STATES DISTRICT COURT

4   FOR THE

5   NORTHERN DISTRICT OF CALIFORNIA

6

7

8   JAMES EDWARD THOMAS,                          Case Number: CV08-01778 SBA

9              Plaintiff,                         **CERTIFICATE OF SERVICE**

10     v.

11  THE WARDEN, CSP., STATE OF
    CALIFORNIA et al,

12
                Defendant.
13  _____/

14
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
15  Court, Northern District of California.

16  That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
17  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.

18

19

20  James Edward Thomas F-21197
    California State Prison - Sacramento/Folsom
21  P.O. Box 290066
    Represa,  CA 95670-0066

22
    Dated: May 30, 2008
23                                          Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk
24

25

26

27

28

P:\PRO-SE\SBA\HC.08\Edward.1778.FileIFP.wpd            2