(JUNE 02, 2008)

1.
2.
3. U.S. DIST. COURT, NRN. D. OF CALIF.      THOMAS JAMES EDWARD
4. OFFICE-OF-THE-CLERK                      F##### ##### #1054/CEN-228
5. FEDERAL COURT-HOUSE BUILDING             CSP-SACRAMENTO/FOLSOM-
6. 280 South FIRST STREET                   560 East Natomas Street
7. SAN JOSE, CALIFORNIA-95113----           P.O. Box No. 290066
8. INDIGENT INM./NO-FUND-IN TR.ACCT.        Represa, California 95670-0066
    ~IMP.ATTN:~
9.
10. Re.: THOMAS, J. VS. WALKER, J., WARDEN, CSP/SAC. ##### ##### 4-03977-
11.                                                       NO-CV-01778-SBA:
                                                          08-1778 SBA
12. Dear Sir(s)/Madame(s): Please be advised that, I the Deft. in the above entitled
13. case/matter, as above numbered, would like to try to bring/direct (your) atten-
14. tion(s) to the, Next-to-nil/Futile-ability of (me/Deft.) trying to File or
15. Process any such legal document or writs in this or any Court(s), to date, let-
16. alone (your) N. your twice Stated order-Directing-Prior-Payment(s) for
17. (your) stated/required twice Reqd. order before fully accepting my writ/Pet-
18. ition(n) for/via Habeas Corpus Supplemental Petition for Certification of (my),
19. hopefully, Too Belated Appeal From Some Six (6th) Cal. Ct. of-Appeals, 333 W. Sa. CR.
20. St., S. Jose, Calif.---Purportedly Represented by a David Martin, Esq. Counsellor
21. -N-Pending the Cal. Atty. Gens. Un-Natural Delaying Tactics---The said Appeal,
22. Therein,-CC-H 03D5-73, has been un-decided for appx. over three years(3)
23. -N- I have been informed with-in a three (3) Month time that that Court
24. has tentatively granted a Habeas Corpus "Show-Cause-Order" pending the Cal. Atty.
25. Gen. Same, Seemingly, too evasive delaying tactic(s).---It seems that the Atty.
26. Gen. or (he) is always asking a Continuance---Just for "6" P.4. I don't know
27. about (you/your) knowledge of the Correct Court address-but, (me/Deft) for one,
28. has never heard of any such U.S. Ct. Nrn D-all, being at/near any No. 333 W. Sa.
29. Cla St/Ste 1060, San Jose--instead-of-the-above Corr. Stated address. And
30. Out-of-the question as to A (1301 Clay St/Ste. 400 0), Oak. Cal. 94612-5212
31. For the SJC correct address. It seems the said Alameda Co. Counsellor, has
32. Sent (me/Deft), at least, three (3) beg. letter to that Ct.'s granting-of- A -Show
33. Cause-Order Prior-to each of-n-that he) would See (me/Deft) At LA County
34. Jail, Soon; But, after appx. 60 days Still no R. Cla. Deputies has come-to-pick-me
35. up for transport there-to. And I keep getting pseudo seq. letters of/from
36. this court with the fictitious Oak. Clay st address.---"Boy" it sure seems most
37. peculiar that Some (any one(s)) would go-to-such limits/stoop so-low-but, due-to-the-
38. Pure Fabrications/overt falsity---pure/simple-n-too clear frame-up, every-which
39. -A-way, for so many times---Absolutely/Definately no telling just how much-
40. lower the wayward crim. losers O.A./L.E. of etc. etc. co. will stoop to to try-to
41. cover-up (their) deliberately mis-carriages-of-Justices-w- Humongously Atrocious Acts.
42. I have, desperately, tried at least (6) Regst-n A boz Appl. to the Caption (of 3/-08)-Still
43. No results (they flatly refused Deft/2/14/2007) boz. cont. please/But, I keep trying-let you know:
44. Thank-you, for (your) Patience/any-consideration(s)!  Very Respectively (yours)
45.     Fini, Fini, Finni-n-capute  [S of S CR]                /J.E. Thomas-

THOMAS, JAMES EDWARD
F-21197/A7,6-B4/BSU/Cbr.22 S
CSPAH SACRAMENTO/Folsom
P.O.B. No. 290066/S60 East Natomas Street
Represa, California 95610-0066

US POSTAGE $00.42 JUN 04 2008
MAILED FROM ZIP CODE 95670
Is mailed same to superad
Indigent

To: The US. Dist. Court Nrn. District of California

tta: The Office of The Clerk

Federal Court-house Building A
1301 Clay St. /or the (2nd Csuf. 94612-5212
Psevd-??
260 South First Street
San Jose, California 95113-