PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name **Thomas, James Edward** (E.)
(Last)      (First)      (Initial)

Prisoner Number **F-31197 ("A"-y, 64484)/ EDP., P.O.B N. 290066**

Institutional Address **Represa, California 95670-8066**

FILED
JUL 17 2008
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Enter the full name of plaintiff in this action.)

**JAMES EDWARD THOMAS**
                VS.         Petitioner

**WALKER, J. - Warden of CSP at Sacramento/Folsom / P.O.B N. 290066**
**Represa, Calif. 95670-0066**
**560 Natoma St East**

(Enter the full name of respondent(s) or jailor in this action)

CT. FED.; Habeas Hearing

Case No. **CV-08-1778-SBA (PR)**
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

===

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

pg. No 8

Complete all applicable questions in the proper blank spaces. If you need additional space to answer a question, you may attach additional blank pages. Make clear the question to which any such continued answer refers.

Only one sentence or conviction may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

V. <u>After Petition Is Filed</u>

You will be notified as soon as the court issues an order. It is your responsibility to keep the court informed of any changes of address to ensure that you receive court orders. Failure to do so may result in dismissal of your suit.

VI. <u>Inquiries And Copying Requests</u>

Because of the large volume of cases filed by inmates in this court and limited court resources, the court will not answer inquiries concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents submitted to the court for your own records.

Pg. No. 2

1   3. Did you have any of the following?

2       Arraignment:            Yes ✓    No ___

3       Preliminary Hearing:    Yes ✓    No ___
        CASE WAS DISMISSED PRIOR TO TRIAL F. MIS-ID'S
4       Motion to Suppress:     Yes ✓    No ___

5   4. How did you plead?

6       Guilty ___   Not Guilty ✓   Nolo Contendere ___

7       Any other plea (specify) N/A

8   5. If you went to trial, what kind of trial did you have?

9       Jury ✓   Judge alone ___   Judge alone on a transcript ___

10  6. Did you testify at your trial?   Yes ___   No ✓

11  7. Did you have an attorney at the following proceedings: No -- only An uninterested
                                                              ACA. Prh. ACE
12      (a)  Arraignment              Yes ✓    No ___

13      (b)  Preliminary hearing      Yes ✓    No ___

14      (c)  Time of plea             Yes ✓    No ___

15      (d)  Trial                    Yes ✓    No ___

16      (e)  Sentencing               Yes ✓    No ___

17      (f)  Appeal                   Yes UNK  No UNK

18      (g)  Other post-conviction proceeding   Yes N/A   No N/A
             -Still Trying(pending-
19  8. Did you appeal your conviction?   Yes ✓   No ___

20      (a)  If you did, to what court(s) did you appeal? All-The-To Now, Pending
                                                          US Fed. Dist. Ct. For Ntn Dist of Cal
21      Court of Appeal              Yes ✓   No ___

22      Year (03-20-06)   Result: AFFIRMED

23      Supreme Court of California   Yes ✓   No ___

24      Year: Aug. 18, 07   Result: Fed. A-HEARING

25      Any other court              Yes ___   No ___
             FED D.C.  Of Dist. Ct./Ntn Dist of Cal.
26      Year: (2008)   Result: Pending Awaiting UP Ind (Forma Pauper is
                                                        Filing

27

28      (b)  If you appealed, were the grounds the same as those that you are raising in this
             P9-no-Lo

1        petition?        Yes ___   No ✓

2     (c)   Was there an opinion?     Yes ___ *I Believe — w--Independent*   No ___ *Invol. Post Trial*

3     (d)   Did you seek permission to file a late appeal under Rule 31(a)?

4       *Un Sure - of Co. herio Corrector*   Yes ___   (No) ___
      *Not put at- or adequate defense*

5     If you did, give the name of the court and the result:

6     *The Fed US Dist Ct, must have checked -- Accepted the*

7     *orig. petition, ThereFor, micro p A vere (erk. sea 2hst Acct sha*

8   9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9   this conviction in any court, state or federal?   (Yes) ___ *-N/A-*   No ___

10    [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11    challenged the same conviction you are challenging now and if that petition was denied or dismissed

12    with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13    for an order authorizing the district court to consider this petition. You may not file a second or

14    subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15    U.S.C. §§ 2244(b).]

16     (a)   If you sought relief in any proceeding other than an appeal, answer the following

17       questions for each proceeding. Attach extra paper if you need more space.

18     I.   Name of Court: *Santa Clara Co. Sup. Ct, Appl No 36*

19       Type of Proceeding: *§§5(A) by Del. Pub. Defender - Denied*

20       Grounds raised (Be brief but specific):

21       a. *UNKN. -- petitioner was not allowed to attend or given*

22       b. *any copies of the filed petition, purportedly filed.*

23       c. ___

24       d. ___

25       Result: *Denied*     Date of Result: *06-20-05*

26     II.   Name of Court: *Cal-State Supreme Court / Santa Clara Co Superior Ct- Apr/06 / Petition for btmcey-Furtheyance (31- of my Appeal*

27       Type of Proceeding: *Court (As act Clus. hes -- esly?*

28       Grounds raised (Be brief but specific):
         *Pg. No 11*

a. _UNK-_
b. _Gross Conflict-of-Interests - by Co.Def./Pub.Def+_
c. _Mis-Jo-w-prior Dismissal-n-Refiling we warrant_
d. _Gross Mis-Conduct by Both D.DA/D.P.D--_
Result: _Tot(?)-Petition was Denied_ Date of Result: _06-20-08_

III. Name of Court: _Santa Clara Co. Dist. of BA_
Type of Proceeding: _CT/APA/DPD at CT_
Grounds raised (Be brief but specific):
a. _-UNK-- Alleged.. Conflict-of-Interests-of_
b. _Dep. Pub. Off. / Gross Mis-Conduct(s) by DPD/DDA._
c. _Illegal Use of un-related prior [Prior]_
d. _Mis-JD-w-Prior Dismissal of charges / Mirandizations_
Result: _Pending_ Date of Result: _Pending_

IV. Name of Court: _US. Fed. Dist. CT, For Nrn.-Dist. of Cal._
Type of Proceeding: _Only Acceptable-Vid-Habeas Corpus Pet._
Grounds raised (Be brief but specific):
a. _Gross Mis.Conduct - of the DPD/DDA._
b. _Gross Conflict-of-Interests by Dep Pub. Def+_
c. _Illegal Use of Un-Related Prior Taken An Assume-for Charge_
d. _Mis-JD-w-with prior Dismissal/Refiling of Same Ch-_
Result: _Pending_ Date of Result: _Pending_

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?
Yes ✓   No____

Name and location of court: _Fed.US. Dist. CT, For Nrn.Dist. of CA_

B. GROUNDS FOR RELIEF
State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

Pg. No _12_

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: Gross/Deliberate Conflict-of-Interests By Co. O.P.D. The would-have-been

6  Co. O.P.D. Tried To Gain Deft's Confidence By Pseudo Claiming Sure Win-of-Charges.

7  Supporting Facts: After The Co. O.P.D. Literally Begged Deft. To-Be-Allowed To Reprnt-

8  (him), on the Pretense That (He) was Sure (He) Could Beat/Win T.S. Case.

9  (He) Too Often Delayed [Stalled], Until The Sup. Ct. Calender Judge — W/o-Any

   An Un-necessary T. Waiver Gn-Deft-To-Accept
10 Regards To Deft's Guaranteed Right-To-A Fair/Speedy Trial (He) Forced T. OPD.

11 Claim Two: Deliberately-N-Wantonly Implying/Stating That Deft. Was,
                                                       mistakenly
12 absolutely-w/o-Any Doubts/The Person In The Burglarized Apt. Took Br. Cup

13 Supporting Facts: In (His) Closing Arguments - W/o-Any/No regards For The

14 Deft's. For Trial Rights/Diligent Representation by Ap Atty, the O.P.D., IN

15 (His) Overt way of-Selling-Deft.-Out, Stated: It's A Fact-That Deft. is/
                                                                  - His -
16 Was The Perpetrator in The Apt. - But only-Took B.O.Cup To Try-To-Facilitate Escape

17 Claim Three: Deliberate/Gross Mis-Conduct By Co. Paid O.P.D. By Flatly Refus-
              Deft-No Clear I.D./or Contrary To Deft's As Such
                                                              check
18 ing To Bring To The Attention-of- The Court-a Jury [Mis-ID/No F.prins not

19 Supporting Facts: The Alleged E. witn Claimed (He) Got-A-Daytimed Glimpse of-A

20 Party Standing Near/Away From The Foot-of (their) Bed -- Appeared To-Be

21 Frantically Waiving Arms/hands Skyward -Definitely-No-Touch No-one
   All-in-all yet Hood Saw Deft. in A Party later Arrived 4(5) hours Away-Distinctively orcsn
22 wearing Pants-n Grey Top                                     Police Going by Prior Record of
   wearing A Light-Green-Top/No Further I.D. -- Only,

23 If any of these grounds was not previously presented to any other court, state briefly which

24 grounds were not presented and why:

25 The Purported Co. Hired Counselor on Appeal Did-A-Too Shabby Pseudo Mis-Representation

26 Also, After Trying To Bring-what Some Imaginary Psycho. Mis-Fit-of Deft.-(He)

27 He was asked/reminded, many Times To Reveal why The F.cts surrounding
                   And Why-The-Charges Had Been Dismissed Prior/Re-Filed For Pur. S.P.to only
28 MisID was not Mention/Different clothings by Intruder-N-Worn-By-Deft.

                              /Pg. 13/

1    List, by name and citation only, any cases that you think are close factually to yours so that they
2    are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3    of these cases: _Info. solicited - But, D.F. No Miranda vs. AZ. (1968) U.S. CT. RLF Pg.___ Des. No Mirandizations Prior To Forced Conversation on 03-06-05, Pg-unk. Att.sm/(1966) U.S. Supr. CT. Rpts._
4    _USC Am - (5+6). Guantees The Appl. of A Competent Atty. For All needed Defs - Douglas vs. Calif. To each Only. An Fuessable (Assumotive) Non-Supporting Charge of Any Type_
5    _USC Am 1-5-6-8-14th - Guantees that No One Shall Be Subjected To Brutal Force In Order That T. Said Cont.s, Too Vindictively Inclined Included. For Spite, Full Responses - USC Am. (14th)_
6    _To Be Subjected To Pseudo Charges/Conv. of A Crime - w- Conflict of Jo-N. Counsellor only Proves_  _Peo vs. Johnson, (1950), 222 P.L. Acts. P. 335/ Peo vs. Love, (1961)._

7    Do you have an attorney for this petition?                          Yes ___   No ___
                                                                          _16 C.R.P. 777_
8    If you do, give the name and address of your attorney: _But, Just Like Any other Purported Appl.s Atty., Stated: I Have To But (however-Obligated) The Ford_
9    _I was written to By A David R Mertin of 617 Legoonris Dr, Alameda, Calif._

10   WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11   this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13   Executed on _July Ninth, 2008_                    _[signature]_
14           Date                                      Signature of Petitioner
15
16
17
18
19
20   (Rev. 6/02)
21
22
23
24
25                                        _Pg. No. 14_
26
27
28

E-FILED

MAY 30 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD THOMAS,

Petitioner,

v.

JAMES WALKER, Warden,

Respondent.
_____/

No. C 08-01778 SBA (PR)

**ORDER DIRECTING PAYMENT OF FILING FEE OR FILING OF *IN FORMA PAUPERIS* APPLICATION**

#9

Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, Petitioner has not paid the requisite $5.00 filing fee or filed an application for leave to proceed in forma pauperis (hereinafter "IFP"). The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or completed an IFP application. See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes an affidavit that he is unable to pay such fees or give security therefor).

Accordingly, Petitioner shall pay the requisite $5.00 filing fee in this action no later than **thirty (30) days** from the date of this Order. He shall include with his payment a clear indication that it is for the above-referenced case number, C 08-01778 SBA (PR). In the event that Petitioner is unable to pay the filing fee, he shall submit an IFP application, trust account statement and certificate of funds no later than **thirty (30) days** from the date of this Order. Failure to pay the filing fee or file the requisite documents within the thirty-day deadline shall result in dismissal of this action.

The Clerk of the Court shall send Petitioner a blank prisoner IFP application form along with his copy of this Order.

IT IS SO ORDERED.

DATED: 5/29/08


SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.08\Edward.1778.FileIFP.wpd

Entered on Civil Docket 5/30/08

Case Number: CV-08-1778-SBA (PR)

*Major Rqstd*
*Complaining*
*By us fed 9. ct STC*
*– Not-Allowed Postage*
*As usual*
*Not allowed research*
*access-to-anying court*
*as-rqsd by US Fed (C-N)(4)*
*supra ru (C-N)(4)*

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _N/A – Req, to copy semi_ for the last six months at

[prisoner name]

_CSP at Sacramento/ Folsom_ where (s)he is confined.
_Represt Calif. 15196-0066/ POB N.2810 CF_
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _none_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _None_

Dated: _July 14, 2008_

_J.E. THOMAS_
[signature]

*not above (sup/pr. of ps flucty of Fsch*
*flat refusal to provide of notervice-*
[Authorized officer of the institution]
*None - Availability*

*Pg. No. 20*

*Pris-off-resc.*
*to date*
*(07-14-08)*

ORIG. UN-COMPLETED COPY - W- AN- ADDT CLARIFICATION
TO
US FED. DST. CT. NRN. DST. OF CAL -
- This is only one of to many beg. library resp.
for (any) ill w. age. asst. 07-11-08

State of California        Department of Corrections and Rehabilitation

Thomas, vs. J. Walker, warden of CSP
SBA (PR)
on CV-04-08-1778  Part of the cts Rqst Sac/Foi
Already supposedly      Here-Attached, minus your
Filed                   Purported Inm. Trst Acct.
as above                Veri/cert.
en-Logged

# Memorandum

Date : July 11, 2008

To : James E. Thomas – F-21197

From : A Facility Library, J. R. Bradford, LTA

&lt;Vance     Not, any way possible
              Just staffs for RSFC's

Subject: Instructions and Applications provided for Prisoner's

On-of-This Inst. Fac/Unit Cptn's Promised - Absol/Def No
This memo is to inform you that your Photocopy request submitted on 7/11/08 has been denied. Mail-To
Mr. Thomas, CDC F-21197 on 7/8/08 during EOP Library program you requested the Be Mail
Instructions For Prisoner's Applications; In Forma Pauperis and Filing A Petition For A Writ Of Ed. Out
Habeas Corpus under 28 U.S.C. § 2254. On 7/10/08 you returned to the library with a request Regardl
for photocopies of a supposedly New Court Filing document, which was the same application ess - Nor
forms given to you the day before, yet none of the applications had been filled out (each Not. Serv.
application was still blank), however you requested photocopies of them and you were denied. No Record
These forms both included instructions about how and when to present a claim. It also explains or/or pr
in detail what each of the forms reason and purpose for use is. Within the instructions specific prisoners
personal information is required along with much needed institutional validated printouts to w/
support the significance of your application when submitting your claim to the courts. All Rqrmnts were duly compl(ied

This/The same exact problems existed prior, in my vain attempts
To file the said petition -- Habeas Corpus -- for this courts focus.
Review - on Denial - of us const grounds - as the
case/cause - of us Higher cts Jurisdictions - in case the
Lower courts/parties Drop - their facts, too vindictively

*J.R. Bradford*

J. R. BRADFORD
LTA (A)

As usual, This/the unstitutional staff - n - all not  as it
so concerned are flatly denying me any access   pet the
to the courts -- Because I- flatly refused to work/   here
take - a - worthless/too meaningless Job -- For their
Profits/benefits, soley Just as - the - facility's Captains
Just recently promised Deft- on my futile, many
Attempts - for compliance w- This courts - US. Fed's Request
For Verification/Certification of (my/his) Prisons
Inmate Trust Account Record(s) - Prior to any possible
consideration(s) on my petition for certification of
my well-ill-timed too delayed appeal -- Now, pending
in the US Dist. F. Nrn D. of Cal, S.J.C. C/N - CV-04:08-1778-SBA
Also, the full requirements for proper filing in this ct was priorly (PR)
met/completed - w- including the trst forms - Just as the above - is - a cover up

No - Copies Permitted Allowed as Restored

ATTN: US FED CT REQSTD -N-
NOTICE: REQUIRED DEMAND
- (2) Month Over Due -

## C.S.P. SACRAMENTO
## A FACILITY LAW LIBRARY                    CT 08-0470-08

NAME Thomas, J.E.    CDC # F-21197    HOUSING A-6y/Nu-CN 228    DATE 07-9-08

COURT NAME: Fed. U.S. Dist. For N'rn. D. of Ca.   DOCUMENT TO BE COPIED: (4)-IN-ONE-CT. Rd-ADDTN.
                                                                          (4) EA.     21-
TOTAL DOCUMENT PAGES: (21)   X  # OF COPIES: (4) EA = (24) pgs  @ $0.12 EA = $ 163
TOTAL EXHIBIT PAGES: 1x[Add F.C.P] X # OF COPIES: (4) E2 = Per (12-21) @ $0.12 EA= AVAILd-ToTal
                     -6-                                                              5.65
INMATES SIGNATURE: _____  TOTAL COST: 2.63
                                                                 Tot. - 7.20 (Cost)
The Law Library photocopy service is for legal documents that are considered "NEW FILINGS" (DOM 14010.21.2.4). Documents must be completed - ready
to submit to the Court named on the document. The Library provides forms for proof of service and Exhibit Cover Pages to inmates upon request. All
documents are reviewed for completeness before they are approved for photo copying and must include the following:
                                                                                      7.20 Tot.

☒ Court Name and Address are correct (On Document and Proof of service)
☒ Original Signature and current date in Ink (On the document and the Proof of Service)
☐ Document to be copied signed by photocopy request applicant
☒ Original Document (must be "New Filing") being mailed *to a court*, (Not a photocopy, Document may be handwritten or typed). (*A Director's Level Appeal, Government Claims Complaint, or Medical Review Board Complaint are also considered legal filings*)
☒ Consecutive Page Numbers (To verify completeness of document)          4-9 Pages
☒ Proof of Service (Names same court as document and names opposing counsel if required)  Here - Attached
☒ Correct calculation of number of copies requested                      07-14-08
       ☐ 1 Court (3+++documents + 3 Exhibits = [From chart posted in Library})
    NOT Req'd ☒ Opposing Counsel (Must be named on Proof of Service)              07-14-08
             ☒ Inmate (2) -                              AS-PER UN-NEC
             ☐ (3) Total Copie Each Necessary          FLAT RFSR.
☒ Exhibits are attached to and mentioned in the document to be copied (Must include Exhibit Cover Page for each exhibit.)

It is strongly recommended that you carefully review your application, using the check list above, before you submit
it. If your request is incomplete, the librarian or LTA will reject your request. You will be allowed to make corrections, and
resubmit using a new request.
07-10-08) Re-Submitted:  The paperwork must be prepared and
Approved / Rejected      completed and ready to     Date: July 09, 2008
                         send to the court.
                                                    Re-Submitted as Req'd
Reasons for rejection (Check all that apply)        Per Req-Lism  /01-10-08
☒ Document or exhibit(s) does not meet criteria for photocopying per DOM 1410.21.2
☐ No original signature and/or current date (☐Document ☐ Proof of Service)
☐ Exhibits are not mentioned in document or ☐ exhibits not individually numbered with cover page (each exhibit)
☐ Document is incomplete and missing one or more of the following; ☐ Proof of Service ☐Court Address ☐ Copy
☐ Request is not complete (See above) ☐ Exhibits not mentioned in document submitted for photocopying.

_J.R. Bradford_ (7/10/08)   ALL)-THE-ABOVE IS TOTALLY
Ms. J.R. Bradford/LTA (A)                - IN-CORRECT -

----

## TRUST ACCOUNT WITHDRAWAL ORDER
                                          DATE:  July 10, 2008
           APPROVED BY: _____
To: Warden:
    I hereby authorize that my Trust Account be charged $_____ for the purposes stated below and authorize the
withdrawal of that amount from my account.

CDC# F-21197                              X Thomas, J.E.
                                                        Print Name
                                          X _____
                                                 Name (DO NOT PRINT)
| Purpose: |
| LEGAL PHOTOCOPIES ✓ |
Copies 21 @ $0.12 = $ 3.70 (cents?)

revised 5/5/08

LAW LIBRARY

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR FILING A PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY UNDER 28 U.S.C. §§ 2254

### I. Scope of 28 U.S.C. §§ 2254

You may file a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 if you are in custody pursuant to the judgment of a state court in violation of the federal Constitution or federal laws. You may challenge either the fact or duration of your state sentence; however, any challenge to violations of the federal Constitution or federal law that affects the conditions, as opposed to the fact or duration, of your confinement should be brought in a civil rights complaint under 42 U.S.C. §§ 1983. If you want to file a civil rights complaint under 42 U.S.C. §§ 1983, you may do so on forms provided by the clerk of the court.

Note that a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 will not be granted unless it appears that you have exhausted the remedies available in state court.

### II. Filing a Petition

To start a habeas action, you must send the court the following items: (1) an original petition and (2) a check or money order for $5.00 or an original Prisoner's Application to Proceed In Forma Pauperis. In addition to these instructions, this packet includes a petition for a writ of habeas corpus form and an Application to Proceed In Forma Pauperis. You must use the forms provided with this packet and not any other version. You should keep a copy of the petition and in forma pauperis application for your own records.

When you have completed the forms, mail the originals to Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

NOTE: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).

### III. Filing Fees

In order for the petition to be filed, it must be accompanied by the filing fee of $5.00. If you are unable to pay the filing fee, you may petition the court to proceed in forma pauperis. A Prisoner's Application to Proceed In Forma Pauperis form for this purpose is included in this packet. You must complete the application, sign it and declare under penalty of perjury that the facts stated therein are correct. File the application with your petition and keep a copy for your records.

### IV. Petition Form

Your petition must be legibly handwritten or typewritten, and you must sign it and declare under penalty of perjury that the facts stated in it are correct. Read the entire petition form before answering any questions. You will note that brief explanatory comments appear throughout the form. Read these carefully before you answer the questions because they are intended to help you fill out the petition as well as ensure that you file your petition in the proper court.

THOMAS, James Edward
F-21197/"A"-Yard/6thBld/EOP/Cn.228
CSP. AT SACRAMENTO/FOLSOM
P.O.D No 290066/560 E. Natoma St.
REPRESA, CALIFORNIA 95670-0066



Pro-Se

TO: The Honorable Justice PECKUM, W. Presiding

C/o.: Office-OF-The-Clerk

Fed. U.S. Dist. Court, Northern Dist.-OF-California

280 South First Street, Federal Building

San Jose, California 95113 - - - -



