(p. 1)

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THOMAS, JAMES EDWARD              )      Case # 04:08-cv-1778-SBA
                                  )
              Petitioner,         )
                                  )
                                  )
         V.                       )      REQUEST FOR APPOINTMENT
                                  )              OF COUNSEL
                                  )
              Respondent.         )
WARDEN - WALKER, C.S.P. SAC / FOL.)

     Petitioner is proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. S 2254. Congress has authorized the appointment of counsel in section 2254 proceedings to represent indigent petitioners when the interests of justice so requires. 18 U.S.C. S 300(A)(2)(B). Petitioner avers that the interests of justice require that counsel be appointed, in that:

     1. Petitioner is not trained in the law and has limited law library access for purposes of researching the law and preparing pleading;

     2. Petitioner's application for habeas relief states a prima facie case that petitioner has been and is being deprived of liberty in violation of the Constitution of the United States; and

     3. Respondent has the benefit of counsel.

Accordingly, petitioner request the appointment of counsel pursuant to rule 8(c) Rules Governing Section 2254 Cases.

DATED: April 14, 2005 / CSP AT SAC (FOL, Cu it

PETITIONER: James Edward Thomas -

1