C S P Fail(ed) (B)
To date – (07-2-08)

IMP. NOT: Custody Flatly Refuses To Allow (me) To Try-To-Appeal These/those, Too, Fraudulent/Too, Assumptive pseudo convs. By utterly/wantonly falsifying my mail not allowing (me) to have (any) access to any courts/genuine Atty(s) Having their sick-informants dump-on-me/Taking most of The False-n-copies of mail (n/sub-outgoing) out-of-my-property

The courts US D. Fed's T.C. Rgstd. A Verified Certified Judge In Tex. Earle—They Falsely Also Jump-ed

# PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name THOMAS, JAMES EDWARD
(Last) (First) (Initial)

Prisoner Number F-21197/A-4 6th Bld/PSU, C.N. (20/POB N. 290066

Institutional Address C.S.P. At SACRAMENTO/FOLSOM

REPRESA, CALIFORNIA, 95670-0066

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV - 04:08-1778-SBA

THOMAS, JAMES EDWARD
(Enter the full name of plaintiff in this action.) Pro. Per - Awaiting (t. Appt - of Competent Counselor

vs.

Case No. ____________
(To be provided by the clerk of court)

WALKER, WARDEN AT/FOR
C.S.P. AT SACRAMENTO/FOLSOM
THE COUNTY-OF-SANTA CLARA
THE CAL. STATE ATTY. GEN.
(Enter the full name of respondent(s) or jailor in this action)

PETITION FOR A WRIT OF HABEAS CORPUS
SUPPLEMENT
TO ORIG-ALREADY ON-FILE

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b). (P. 1)

Complete all applicable questions in the proper blank spaces. If you need additional space to answer a question, you may attach additional blank pages. Make clear the question to which any such continued answer refers.

Only one sentence or conviction may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

**V.    After Petition Is Filed**

You will be notified as soon as the court issues an order. It is your responsibility to keep the court informed of any changes of address to ensure that you receive court orders. Failure to do so may result in dismissal of your suit.

**VI.    Inquiries And Copying Requests**

Because of the large volume of cases filed by inmates in this court and limited court resources, the court will not answer inquiries concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents submitted to the court for your own records.

(P. 3)

(C)

3. Did you have any of the following?

Arraignment:  Yes X  No ___

Preliminary Hearing:  Yes X  No ___

Motion to Suppress:  Yes X  No ___

4. How did you plead?

Guilty ___   Not Guilty X   Nolo Contendere ___

Any other plea (specify) _None - N/A_

5. If you went to trial, what kind of trial did you have?

Jury X   Judge alone ___   Judge alone on a transcript ___

6. Did you testify at your trial?   Yes ___   No X

7. Did you have an attorney at the following proceedings: — Only A County Dep. Pub. Def. —

(a) Arraignment   Yes ___   No X

(b) Preliminary hearing   Yes ✓   No ___   — Same —

(c) Time of plea   Yes ✓   No ___   — Same —

(d) Trial   Yes ✓   No ___   — Same —

(e) Sentencing   Yes ✓   No ___   Out of County Selected Counsel 2.

(f) Appeal   Yes ✓   No ___   — Same —

(g) Other post-conviction proceeding   Yes ✓   No ✓   — Tried —

8. Did you appeal your conviction?   Yes X   No ___

(a) If you did, to what court(s) did you appeal?

Court of Appeal   Some C't Dist. ?? Yes ✓   No ___   — Prevail re-sentence on false c'ty —

Year: 03-20-06   Result: After almost 3 yrs delay, claimed ...

Supreme Court of California   Yes X   No ___   Tried to correct factual ... too excessive ... in unlawful duty

Year: (10-18-07)   Result: Denied —   Counsel pleading

Any other court   U.S. Fed. Dist. c't. Yes X   No ___   Per district of Cal.

Year: 04-02-08   Result: Still Pending, Awaiting ... verified first statement

(b) If you appealed, were the grounds the same as those that you are raising in this

petition? Not Exactly/Alto yether - but, used only To show deliberate Conflict-of-Interests of Co. Paid Def. Counsel! Yes ✓ No X

(c) Was there an opinion? Yes ____ No X
- No yet, Pending -

(d) Did you seek permission to file a late appeal under Rule 31(a)?
No-But, I Sent one in Just-In-Case-w-No words From D.A. Yes ✓ No ✓

If you did, give the name of the court and the result:

Calif. State Supreme Court / 350 McAllister St, San Francisco, Cal.

Superior Ct. Dept. 36/190 W. Hedding St/San Jose, Cal. 95110

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal? - Tried Futilly-To Vain - Yes X No____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: N/A.

Type of Proceeding: N/A.

Grounds raised (Be brief but specific):

a. N/A.

b.

c.

d.

Result: N/A. Date of Result: N/A

II. Name of Court: N/A.

Type of Proceeding: N/A.

Grounds raised (Be brief but specific):

28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

27  support each claim. For example, what legal right or privilege were you denied? What happened?

26  State briefly every reason that you believe you are being confined unlawfully. Give facts to

25  B. GROUNDS FOR RELIEF

24  Name and location of court: Fed. U.S. Dist., Northern Dist. of Calif. - St. Oc.

23  Yes X    No _____

22  (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?
        (Hopefully This Court)

21  Result: N/A.          Date of Result: N/A.

20  d. _____

19  c. _____

18  b. _____

17  a. N/A. _____

16  Grounds raised (Be brief but specific):

15  Type of Proceeding: N/A.

14  IV.  Name of Court: N/A.

13  Result: _____     Date of Result: _____

12  d. _____

11  c. _____

10  b. _____

9   a. N/A. _____

8   Grounds raised (Be brief but specific):

7   Type of Proceeding: N/A

6   III.  Name of Court: N/A

5   Result: N/A.          Date of Result: N/A.

4   d. _____

3   c. _____

2   b. _____

1   a. N/A. _____

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases: – A.Info. Pseudoy Solicited-But, Def. No Miranda ... Mirandav. Arizona, (1966) U.S. Sp.Ct. RPTS. 2nd Pg ... USC Rights severely violated -- USC Amds. 1 - 4 - 5 - 6 - 8 / 14; Douglas vs. Calif., (1966), U.S. Supreme Courts Rpts. ? /Pg. / Peo. v. Marsden, (1970), 2 C. 3rd, P. 118; Peo. v. Molina, (1977), P.2d, P. 544; Cuyler v. Sullivan, (1980), 446 U.S., P. 335; Peo. v. Massaro, (2003), 155 L.Ed.2nd, P. 714 / Peo. v. Johnson, (1950), 222 P.R., P. 335; Peo. v. Lowe, (1961), 16 C.R., P. 777; C.F. Peo. v. Parmelee (1934), 138 C.A. P. 854.

Do you have an attorney for this petition? Same / Above, also, Pd Std / Unk. ... Yes X No X

If you do, give the name and address of your attorney: Sa. Cla. Co.) – Mark Popov-Campari - D.P.D. - Atty-At-Law – – David A. Martini Esq. Atty-At-Law – The Dep. Pub. Def. of 220 W. Mission St., San Jose / Appls. Couns. of 622 Laguna Vista Lane, Ala. Cal.

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct. To The Best of my knowledge-n-beliefs-n-as to those belief on my info. only, I also believe to be True!

Executed on 10 14 05
Date

– JAMES EDWARD THOMAS –
Signature of Petitioner

(Rev. 6/02)

(C.8)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Thomas, James Edward | ) | |
| Plaintiff, | ) | CASE NO. 4:08-cv-1778-SBA |
| | ) | |
| vs. | ) | PRISONER'S |
| | ) | APPLICATION TO PROCEED |
| Walker, J., Warden of C.S.P. Sac/Fac | ) | IN FORMA PAUPERIS |
| | ) | |
| Defendant. | ) | |

I, James Edward Thomas, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct.

I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____  No X

If your answer is "yes," state both your gross and net salary or wages per, month, and give the name and address of your employer:

Gross: N/A                Net: N/A

Employer: N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.   (If you are imprisoned, specify the last place of
employment prior to imprisonment.)

I only Worked For Appx. Twent(2) weeks in Jan/Feb of 2001 H[for] Media?
One Advertising Agency - At $1/a 3rd Street Santa Cruz, Calif. (till - - -
Don't remember Exact Amt. -of -Payments- but roughly w/ Severance atm [$6,000]

2.  Have you received, within the past twelve (12) months, any money from any of the following.

    sources:

    a.  Business, Profession or          Yes ___   No X
        self employment

    b.  Income from stocks, bonds,       Yes ___   No X
        or royalties?

    c.  Rent payments?                   Yes ___   No X

    d.  Pensions, annuities, or          Yes ___   No X
        life insurance payments?

    e.  Federal or State welfare payments,   Yes ___   No X
        Social Security or other govern-    - N/A/no -
        ment source?

    If the answer is "yes" to any of the above, describe each source of money and state the amount

    received from each.

    N/A.



3.  Are you married?        Yes ___   No X

    Spouse's Full Name: N/A.

    Spouse's Place of Employment: N/A.

    Spouse's Monthly Salary, Wages or Income:

    Gross $ N/A.        Net $ N/A.

4.  a.  List amount you contribute to your spouse's support: $ None

        List the persons other than your spouse who are dependent upon you for support

(K)

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A.

N/A.

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $ N/A. Amount of Mortgage: $ N/A.

6. Do you own an automobile? Yes ____ No X

Make N/A. Year N/A. Model N/A.

Is it financed? Yes N/A No ____ If so, Total due: $ N/A

Monthly Payment: $ N/A. ONLY had A very Small Amount used For SSI Check Cashing-And-Unk.?

7. Do you have a bank account? Yes ✓ No ✓ (Do not include account numbers.) Unk.

Name(s) and address(es) of bank: Bank-of-America 125 So. Market St ?/Near The Co Museum-of-Art / The Fairmont Hotel / Cesar Chavez's Plaza / Well Fargo Bank, S.J. Cal.

Present balance(s): $ UNKNOWN Much-To-Small to be adequate to Pay For Ct. Costs/Atty.

The Arresting Off[icer(s)] Deliberately Stole/Confiscated (1) of my $1800.00 carried on my Person

Do you own any cash? Yes X No ____ Amount: $ 1800.00 Definitely Not Available I have Tried in/ Uain/Futully!! - He Refused To

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes X No ____ Log on Bk-sheet and/or P.P.: See Attached Exhibits A-B

$400/168/Appx 66.00 [w/on my release (12-11-04)] -N. Deris- The A-of-Residence Keys

I Have Funds Owed/Confiscate from/on my Arr. in 2003/Brakate, Int. of Prescriptions (?)

8. What are your monthly expenses?

Rent: $ None (Award-of-State. Utilities: N/A.

Food: $ N/A Clothing: N/A.

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| N/A | $ N/A | $ N/A. |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Only A very Small Obligatory Prison Mis-Inadvertly Acquired I.O.U. For the lost OF State Lib. Book Temporarily in my Care.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Not entirely. No New Suit Is Contemplated At this Time, Only Concerned with Trying To Right An Too Atrocious wrong. Yes ___ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. No - Suit - Contemplated - At - This - Time.

N/A.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims. Yes - But very Indigent No Funds

04 14-08
DATE

James Edward Thomas.
SIGNATURE OF APPLICANT

(L 12)

(M)

Case Number: 04; 08-cv-1778-SBA. - US Dist For Nrn D. of Calif -

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of None - No Funds here-in -Available- for the last six months at C S P At Sac./Fol., Represa, Calif. [prisoner name] Thomas, James Edward/F-21197 where (s)he is confined. [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ None. / / and the average balance in the prisoner's account each month for the most recent 6-month period was $ None. / /.

Dated: (07-14-08)

Prison officer(s) Kitt(s) Refused, To do Any
[Authorized officer of the institution]

(P. 13)

ADDITTIONAL REVELATION(S) TO THE PROSECUTION'S DELIBERATELY, WANTONLY RESORTING TO BAD-FAITH WITH INTENTIONAL MIC-CONDUCT(S) TO JUSTIFY A VERY TAINTED UN-JUSTIFIED/PRE-FABRICATED CONVICTION THRU DIRE TRICKERY/UN-LAWFULL/ ILLEGAL-USE-OF DIS-SIMILAR/-UN-ALLOWABLE PRIOR RAPE CONV. VIA/BY WAY OF EXHIBIT(S) NO.

"A"

[PER/CONSISTING-OF-TWO (2) PGS.]

BLACK'S/DEERING/WITKIN'S DEFINITION'S OF THE CALIFORNIA PENAL CODE(S), STATE LAW SECTION(S): Expected- AS PER STATED/USED IN/FOR ALL CITIZEN(S)-[Infer. Mine]:

Thomas, H.C. USDCT, NRN. DR, CAL.-CN.- 04:08-cv-01178- -S.B.A.:

459 C.P.C.; Burglary-In-The-First Degree: "The Un-lawfull Entry Into An Occupied Dwelling, In The Night Time-W- The Specific -Intent To Deprive It's Owners Of (Their) Property Permantly. But, In Order To Prove Same, The Said Accused Perpetrator Have To Have Had The Shown Specific Intent That Larceney Was, Definately, (His) Intent-N-Was Caught/Seen-In-The Possession Of Said Intended Item(S) At The Time(S) Of Apprehension.... And, Definately Not Only An Assumptive Guessible Possibility, How-Ever Slight, Due-To-Pass, Assertively Possible" - [Or human(less) (cble) Not-Shown-HE]

220 C.P.C.; Assault-w-Intent-To-Rape: "Before It Is Even A Possibility, In Order To Sustain An Accusational Charge, How-Ever-Ill-Feasable/Rationable, The Prosecutor Has To Show-w/o-A Doubt, That An Intruder/Accused Had The Specific Intent, Bent-On-Sexual Gratisfication On/with/From An Un-Willing [Female] Victim, Against (Her) Will-N-Such An Intent Has To Be Manifested By The Intentional/Menacingly Touching-and/or Feeling (Her) Private Part(S).... Definately, Has To Make Physical Contact/or Verbalized-w/o- A Doubt(S).... And, Definately, Not IF (He) Get's Apprehended In An Area, Some-Where, Near A Would-Have-Been, Burglarized Apt.; Where An Intruder, Purportedly, Was Observed, In Darkness, Standing Away From The Foot-Of-A-Bed, Frantically Skywards/Up-N-Down Side ways....W/o-Any Contact [Bodily or Other-wise] No Verbalization(S) Was Reportidly Wearing A Light Green Top-w-A Black-N-White Base-Ball Cap-N-Deft. Comes Alone, Trying To Avoid The Too/Always menacing/Closely Surveillance Pol.Draynet Get(s) Un-Avoidably-N-Most Brutally Arrested-N-Charged For Same (Wearing A Dark Grey-N-Pink Sweater-w/o-Any Head Covering, What-So-Ever/No FingerPrints From Said Burglary... (His)/No Covering ... Accused Of A False Prior-" [Rape Conv.]

Case 4:08-cv-01178-SBA Document 15 Filed 07/17/2008 Page 14 of 35

(CONT. FROM PAGE No. 1, C.P.C. LAW:)

647-H-I-J, C.P.C. Prowling/Peeping For The Specific Intent-To-Committ Burglary: "As Cal. Law Now/Always Stand-In Order To Support-n-Sustain An Accusation Of Mis-Contrued/Too Purposefully Entrapable Prowling-n-Peeping For-The Purpose Of Commiting Burglary, It Has To Be Shown/Or Definately, Proven That An Accussed Was In A Possition/Had-A-Clear View at Any Such Peepable Object-n-Has To Be Fully Provable-w-Reliable Eye-Witnosses----It's, Too, Highly Un-Likely, That A/Any Deft./Spitefully Acused Of Any Such Peeping or Prowling only By Being Forced-In-An-Area By Too Harassmentally/Too Closely Surveilling/Vindictive Police, For The Specific Intent Of Creating Any Such Criminal Mis-Behavorial Mis-Conduct In Order To, maybe-Some-How, Support A Re-Filing On Those Dismissed Felony Charges-Of Pseudo Burglary-n-220 C.P.C. Assumptions-w/o-Any New Evedence---- Where Deft. Is Only Seen/Apprehended Walking On A, Too Well Lighted Drive-way-n-The Said Police Had Set-up On The Opposite Street Lying For (Him) To Re-Appear---- Noting That A Very Strange/Weird Party Appeared At The Prelim. Hearing Claiming That (He) Was Parked Out-Front Next Door-n-Observed Deft. Place Arms/hands-w-Sweater Sleeve Over Eyes-n-Large Black Bag. Peeping Thru An/A Fully Shaded/Un-Peepable Closed Window [Side]-n-Sky-Window Over Front Door. Noting That Due To An Indep. Invest. It Was Learned That (He) Was, At Least, (6) Houses To The No. Un-Observable of S. Side And The Arr. Off. Swore Up-Down That (He) Saw Deft.... No Burgl. Tools/Def. No Step-Ladder - w/o-Any Breakage/Peep-Holes."

C.P.C.'s Lawful/Acceptable/Proper ID.: In Order For The Pros. To Prove That A/Any Witness's ID: Is Clear-n-Convincing----"It Has To Be An/A Rechinable/Truthfull Fact That Such An Eye-witness Has To Be In A Possition to Observ A Suspect In Addequately Light-w-Obstruction So That The Said ID. Is Convincing---- Definately/Absolutely, Not In Darkness [Twice]-n-Being Placed-In-Jailers Holding Cell-w-An Accussed For The Purpose-Of Coerced Assuratidity, Prior To-The-Prelim., And/or Selected after An Entrapmental Re-Arrest On Over Due Warrant/Claim (You) Saw-In-Court, But, Later Reveal That (You) Were As-Above-Accused!! Plus The Illegally Pre-Pre [illegible] Withdraw (Her)." Pros-Coerced Testim. As False, Also!!

Fin For Now (Page N. 16)

SAME/ [illegible]

Case 4:08-cv-01778-SBA Document 15 Filed 07/17/2008 Page 15 of 35

( P. 17 )

ADDITIONAL REVELATION(S) To THE
PROSECUTION'S DELIBERATELY/WAN-
TonLy RESORTING To ACTS-IN-BAD
FAITH WITH INTENTIONAL MIS-
CONDUCT(S) To TRY-TO JUSTIFY A-
PRE-FABRICATED/VERY TAINTED CON-
-VICTION THRU DIRE TRICKE RY-W-
A VERY DIS-SIMILAR/TOO UN-LAW-
FULLY USED VERY DIS-SIMILAR PRIOR
FABRICATED CONVICTION, PROVEN FALSE!
VIA/By WAY of EXHIBIT(S) No.

"B"

[As PER] CONSISTING-OF- (5) Page(s) IN (All)

(S) (P-18)

04-14-08

THOMAS, JAMES EDWARD
F-21197/A-Y, 6th Bld/PSU/B-SECT, C.120
C.S.P. AT SACRAMENTO/FOLSOM
P.O.B. NO. 290066
REPRESA, CALIFORNIA 95670-0066

HONORABLE JUSTICE PECKUM, PRESIDING
C/O: OFFICE-OF-THE CLERK
U.S. DIST. COURT, FOR NRN. DIST. OF CALIF.
FED. COURT-HOUSE BUILDING AT
280 S. First St./San Jose, Cal. 95113-

C. NO. 04:08-CV-01778(?)S.B.A.

Re: THOMAS VS. WALKER, WARDEN – Supr. Ct. N. CC-583911/ 6th Dst. Cal. App. Ct. H-030573/ S-156953-MP. -Cal. Supr. Ct.-

Dear Sir(s)/Madame(s), Please be advised that in receipt/Compliance with You request's via two (2) letter(s) of, (04-09-08), I am writing to let (you) know that I have taken certain, nec-essary step to try to comply with your earnest requirement(s), with-in (30) days from-(04-03-08), On/regarding my attempted to Continue/Certify My Appeal to this great Federal Court via your required/Standing order of thru the great Writ-of-Habeas Corpus-N-that was For me/Deft. to Foward you/this Court a verified copy of My Instit. Trust Status record on/before (05-03-08)-or my, very meaningfull writ would be denied. Also, I received (this/those) Communique(s), Some-what, w-a False address-N-w/o-the Forms U.S. Stamped envelope that this Court stated would be-in-it/enclosed-but, was not! I just hope that the letters are not completely Fabricated---Just as CDC/Santa Clara Co. is, too Famously vindictively noted For ?!! Plus, here-in, I include a short synopsis/run-down of the humongus atrocilious deliberate Mis-Conduct Perpetrated on Deft. by the D.A. Law Enforcement Agency of Santa Clara Co.-N-most Co-operate State-of-Calif. The-Falsity of my vindictively, Capricious-w-Vehemous Spite Fullness to the Point-of-an-all out effort(s) to deliberatly Frame Deft.-N-Covertly Prevent (Him) From appealing the, very, Fraudulent Conviction(s)-N-very erroneous Charges, w-the Overt intentions of trying to Psych. Deft out or make it appear that (He) is Psychologically/mentally un-ballanced; As Per Defts. very Ill/Brutal treatment, Every-Which-a-Where/way, Simply-because, I refuses to plead guilty or ask/nor accept-a-deal to any/their trumped-up Ill-Fictitious/Made-up Charges, Just to please/make (their) Job-a-wee-bit easier So (they) can (they) are, blindly, Protecting the Citizens, at-large. Plus, it can be Fully Noted that I am Severely dis-Satisfied-w-the Sa. Cla. Co. hired Appeals Atty. From Alameda, Cal.----If there was one (1), does not seem like-it to Deft. due-to-his, too Poor, showing there-on, Suppos-idly, on my behalf-but, Just like the trials Pub. Def. (He) definately, had the County's best interests-at-heart, after (He) kept assuring Deft. that (He) could win the said Case-w/o-a doubt-N-there would not be any waiver-of-time/He was Prepared to-go-to trial as soon as possible. But, after a deliberate wait/Prolonging of the trial while Just-Fiddleing around trying to Pressure-Deft-into a deal of (his) choosing, when the Sup. Ct. Calander Judge realized they, too callous mistake of deliberately over-Step-ping-the-U.S. Const Rights-of-Deft., Said Judge very Sternly/Vehemently demanded that the D.P.D. Convince Deft. to wait time to help the Pros./Flatly refused to-bring the real-N-most Pertinent, deliberately Coverted Facts-of the earlier dis-

(P-J)

(I) P. 19

(CONT.)

Missal-of-Charges - becouse, the Purported eye-witness Claimed that (he) Saw, in the dark, an intruder Standing away from the Foot-of-a/the bed wearing A light Green Top/ A Black-n-white Base-Ball Cat/waiving it's hands Sky-ward/in appose-to-Deft's wearing of A Dark Grey-n-Pink Sweater - w/o-any type-of-head Covering(s)/ Deft.'s Finger-Prints did Not match any-of-the Prints taken From the, alleged burglarized Apt. Nor did Deft. have objects on/Covering hands - Plus, the un-disputed/un-deniable Fact that had been observed earlier Prior to (his) arrest by the, always, Surveilling Police - n - at least (8) other residents in the immediate area, so Similarly/un-Similarly Noted; Plus, the very Friendly Female right next door to where Deft. was arrested, Sitting-on-an-out doors toilet Stoole, when (She) had just too eagly invited Deft. to come Visit (her) at (her) home [indicating] anytime I like/choose, always welcome! - n - most important of all with (his) Failure to argue adequately why the, very illegal Prior Should not be Permitted - - - Only a quessable/spitefull assumptive Attempted-Rape vs. a, would-be, Forced Violent Falsely Prior Conviction - [later the Purported/would-have-been, Victim, went to great lengths/ Pains-of-Possible embarressment to let the Court know that (She) testified erroneously/Falsely at each hearing/trials - n - that the D.D.A. Co-erced (his) into it, to win an easily Conviction - becouse, (She) had not been Raped/could-not/did not I.D. No one - n - that (she) apologizes for (her) error - - - So, brough-out in the Cal. App. Ct.'s Indep. Envestigation!]/Did n't even question the False I.D. due to/under the too great, excruciating Painfully Forced Brutal treatment of the Deft. during Said arrest by a Police Off. who had dealings-w-Deft. a Few days earlier on N. 4th St., of which, (he) had to lock the Caucasian willing Participant in (his) instigated Alta-cation/Plus, the un-disputed Fact that one too mean/spitefull Former Sexual Unit Employee made it Clear that (he) vehemently hated Deft. Passionately, where-as (He) has Falsely-n-Maliciously testified at two Separate trial against Deft. - out-wardly Stated that (he) wanted/would get/keep Deft. off the Streets Permantly/as long-as-Possible/any ways Possible - becouse, I am a 290 P.C. Registrant/(he) too eagily arrested Deft. For burglary on, (02-09-03) - but, after Further Checking, there had been, absolutely, No such Burglary - n - becouse of (his) hatred of (all) accused Sex offenders (he) Flatly refused to dismiss the Charges only dropped it to a Peeping/Prowling-w-Burg. Tool-Poss. [A small thin wire, He Claims is used to Car-Jack Auto's] - n - the D.D.A. refused to admit any, So-Called Victims or the/any Eye-witnesses / The Jury quickly Convicted - w - entrance of Prior Repo And most damaging of all the D.D.A. Stated in Closing arguments that - w/o - a doubt, Deft. was the one in that Burglarized Apt - but, only For-the-Purpose of "Peeping"! Plus (he), Also - n - indicated that Deft. Probably took Said Cap to Facilitate (his) get-a-way - Flatly refused to bring the many other Conflicting, most Pertinent Fact to the Jury's attention - eg: why the last arr. off. did not specify (their) too close/entrapmental Surveillance For the Purpose of the best-opportuned time of Serving an over-due re-arrest warrant/ where (he) (they) truthfully observed/arrest Deft. / why (he) gloated over (his) un-authorized/un-mirandinized questioning of Deft. about why (he) had to leave (his) residence - - - "What's was the matter, Tu Broken - n - You don't have anything(s) - to look at? I was/still am wondering who Booby-trapped (it)? No ask off. Winco why (he) Stole Deft's. Funds Flatly refused to Record on Trust-Acct./in P.R.? Saying I will-have-To bring-up on Appeal - Mm. Imp.!! Plus, the Appeals Atty - Just like the admitted Co. Psychiatrist who Falsely Claimed to represent Deft. in (1998) - n - 2003 - msdmt. wise only wanted to discourage Deft. by Stating/indicating: "He Had To Eat Like Everybody Else/ You-No-Bit-the-Hand(s) That Feed You!" All these [illegible] 14 Amds!

(Pg. 2)

(U) (Pg 1 of)

By-Way of Exhibits - ADDENDUM MIS-CONDUCT-OF-INTEREST(S):

Re.: THOMAS VS. WALTERS, WARD.-CN. 04:08-CV-01778-SBA.:

JUSTIFYIABLE AND PERTINENT, DELIBERATE MIS-CARRIAGE(S)-OF-JUSTICES, PERPETRATED-ON-DEFT. MALICIOUSLY BY D.D.A., THAT SHOULD-HE BEEN RAISED AT TRIAL/ON APPEAL

OVERT FACT(S):

To The Honorable Presiding-n-Associate Justices of the U.S. /Fed. Dist. Ct, Nrn. Dist. of Calif. Please be Further advised that Deft/I am an indigent/incarcerated Inmate-w/o adequate access to a law library/leg. research-w/o too many obstables/Stumbling-Blocks to be, any-where, near the Possibility of adequate access to the Courts, From a Jail/Prison Cell ---- Minus, your request for Deft. to Forward this Court a Signed/verifyed Statement of (his) Trust Account (For/to verify (His) Indegency Status, before (05-03-08); writ has been already Filed Pending receipt of Same, For Scrutiny-n-your-dispossition---- very hopefully (you) allowing (Me) to Proceed-in-Forma Pauperis-n-Correcting A wronged/unlawfull, dispickable atrocitious wanton act/deliberate mis-carriage-of Justice-n-Staunchly, up-holding the Guaranteed Rights-of-(All)-Citizens, be-it-he a Convict-or-Not? It was also, indicated that if I Failed to Forward the necessary verefied copy of my Trust Status, my Petition may/would be denied. There Fore, rest assured that I have taken Steps to Facilitate Matter to that end-n-if there is no deliberate hinderance(s), may be I Can Get-It-To-you before (05-03-08). Otherwise, I too emphatically believe/Know that I have much more than ample/Justified reasons For this Court-w/o-any doubts, to readily accept/grant-n-Act very Favorably on my dire accessment of (All) the wrongs-done-against me ---- Purportedly,-In-The-Name of/For the Purpose(s) of Some one(s) pretending to-do-an Amicable Job/using its Notoriety to gain an advancement, regardless of its law Enforcements Agency's deliberate mis-treatment of one (1) of their residents. And, clearly noting-as many a time(s) (they) have surveilled me extra closely-w-Mucho harassment-n-unlawfull threats of-leaving the Co-n-the State, because we/No-body wants-you around - Every where should check to see if there had been any Criminality by/at the Places (they) observe me Frequenting/going, (they) have yet to Find any Such Crimes there-in/only-but, Since I am so dispickable, because of that too False Conviction of Rape ---- [which, now, I hope has been cleared up?] Not-with-Standing any Moral Turpentudnel Act against a Female-n-Small Children is considered to be vile-n-too reprehensive-especially, when considerated to be done by Force-n-violence(s) ---- regardless if it is true or not. Plus, the D.A.'s office is out-Front known to be, deliberately/wantonly-n-Criminally tampering-w-My Mailing Rights-both in-n-out of Jail/Prison. It might be Feasible/Partly acceptable if I were guilty/Commiting Some Forms of Mail Fraud For the Fed. Authorities to Screen it For any detriminal Parts/intentions-but, to deliberately deny Deft. (his) guaranteed rights Just For Spite/vindictiveness/harassment/al Pressure because, Deft. won't accept/ask For No deals For to run-his out of the State, is Far too Insanely Criminally acceptable. Therefore If the Said Communiques I received-w-a Fictitious Address-of Oakland-is any where near Correct/Feasible ---- Then, I Put my trust/hopefully a good Scrutinized acceptance/review granting (all) aspects of Deft. Contentions-of-Malicious depravation-of-Due-Process-of Law -N-Deft. Shall Forever Pray that this Court will Find more than ample reasons/grounds to/For A Reve[illegible] [illegible] the [illegible] Further [illegible] Interests of

(Pg. 1)

(V) (CONT.) (P.21)

Expected/ordered/guaranteed Justice. And, incidentally, the D.D.A. who Prosecuted that Misdemeanor trial(s) in (03/03) - w/o any, so called, would-have-been, Victim(s)/No reliable eye-witnesses... refused to come to court - n - another the said D.D.A. informed the Judge, during Jury deliberations that, the other, would be, witness made too many conflicting statements - plus, he didn't want to testify, but was deathly afraid of going to jail - on - a minor traffic stop - hence his too readily availability to the Prosecution. And, for what - it's - worth, the also, blatantly let - it - be known that he was the one who solicited that Co. Psychiatrist to Pretend - to - be/act as Deft's Appeals Counselor in an attempt to try to find - out - about me - n - stop that Msdmnr. Appeal - because he/the D.A.) felt that I busted him/he botched the Job: It, also, readily appears that (all) the Pub Def - n - that/these would have been dedicated Appeals Counselors only wanted to do was gain your confidence/disillusions you/ones, so you would give [illegible] some kind of a worthless deal!" And, believe you/me, I had for too many D.D.A. approaching me trying to persuade me not to go to court or contest the said misleading/fabricated charges ... Just like [illegible] the [illegible] last farce/sham of a would be trial. But, not as bad/completely - as - bad as that last Msdmnr. trial of (all) constituted, purported victims/[illegible] [illegible] eye-witness, and would believe it, even, that the D.A. [illegible] refused to allow Deft to appeal those/the [illegible] fabricated/delusional convictions? The Appeal Process was supposedly begun (10-10-06) - n - on (10-10-06), I was too hastily/forcefully removed off of [illegible] and [illegible] state [illegible] unnecessarily housed in - Ag. Seg. - n - told that I was being released to the community very soon - but, kept being moved to lock-up to lock-up, thereafter certain inmates kept demanding to be housed w/ me - n - for no apparent reason they would start an altercation for just [illegible] [illegible] [illegible] claimed that some new bald-headed [illegible] told him that he should beat the living [illegible] out of me/no one liked me!" Then (all) those persons from the Co. & Ent. Agency especially that one [illegible], who even he claimed to be [illegible] definitely did met [illegible] [illegible] appeared wearing (his) gun [illegible] [illegible] straight to the cell that I was forced to be housed in/[illegible] [illegible] out, [illegible] [illegible] [illegible] [illegible] the [illegible] are, he - n - another must have [illegible] [illegible] [illegible] [illegible] (all) [illegible] out of [illegible] ordering me to [illegible] [illegible] because it would happen just [illegible] [illegible] [illegible] [illegible]. That when (all) the [illegible] [illegible] started - n - if for no other reason [illegible] [illegible] [illegible] [illegible] just a [illegible] [illegible] to be psycho [illegible] [illegible] or just [illegible] [illegible] [illegible] night [illegible] [illegible]" All [illegible] [illegible] [illegible] [illegible] psychologically [illegible] [illegible]/mentally [illegible] Deft [illegible], then [illegible] [illegible] soliciting other inmates to ask Deft how much [illegible] [illegible] [illegible] [illegible] [illegible]. After about (6) months (they) decided to send Deft to this maximum security inst. for E.C.T. treatments, again, claiming that I would-be released very soon. But, after receiving [illegible] [illegible] that [illegible] [illegible] request for an UN supervised [illegible] - n - the [illegible] [illegible] that [illegible] hired/D.A. supervised counselor [illegible] [illegible] [illegible] [illegible] [illegible] No [illegible] [illegible] (he) [illegible] [illegible] [illegible] [illegible] [illegible]

Case 2:08-cv-... Document ... Filed 07/17/2008 Page 21 of 35

E. all above Mis-use-of-power/over/mis-carriages, deliberately,
-of-justices-n-very factural Revelations!--- Of which, can be Amicably
checked-out/Just like the Appellate ct- was Supposed to have conducted as
under invest.-w-very startling further Favoritable factu-ral clear-ups. And,
Since the D.D. flatly refused -just as 3(All) the, would-be, Appeals did- to Pro-
duce a workable Defense -because it was too very appearant that
(they) had the Co/D.A.'s interest-At heart, only -- No Gain; No Pain;
No Work For the master- Even In the Rain, No-Get-Paid, Every thing Remains Same.
And unless this court Accepts Deft's Conflict-of-interests Contention, No-can-
raise additions most pertinent grounds; Therefore Deft. By; Res(them)-to Courts Attention-
3) The Flat refusal of Co.O.D. to bring to the (15)Jury's Attention-N- apposite-At the Factor-
the overt Mis-Id -N- dismissal therefout -w- the gross entrapmemt re-arrest-
A fictious New Misdem-Charge (Fruely Fabricated- where as 3, the, 1, so- Called with-
C.I.s. that (he) only observed an intruder/In darkness/, standing away From Feet
of bed waving Armed Sky-ward Frantically -N- only assumed that (it) had on
his old 'B.B.'Black-N-white cap-w/o- an inspection, therefor-wearing A-
light green top -N- 2Feet Deft. was in-advertently Arrested Some Where In
that Area, trying to see (h's) too over present facts /the, Main Reason, apparently,
why (he) confirmed this!, q.mpsc-in-darkness, 10, was because the Arr.off. was deliberately
Brushing Mis-Kvadling Deft-N- the 2 to Pc- was revealed- hence the questable Art
exparte! Refr- his -An 721!-cell re-affirmation of one-man/In sheetlis/show-up-
The charges included 2 convenient 330 C.F.; to Add Creadence to the only other-
Joe Petty.lur. thinktese theft-of-2 cheap B.B.(2P-w/o- any indication (Prove that
Deft.Realizes in Possession-of-same---Not Possible (all the App.)(5)(Posi-
dents -N- 42time Police Should Adhere to that true S/N of- 2 were the same
-w/o-(any) head cover (No or nothing s-on- My Hands Prevent Feature Exp
inmate s. Few Minutes Prior-w-definately had on 2 Dark Grey-N- Pink Sweater
Exe Prints -as the Act. wanted to freeprecisely taking More/because other we-match!!
And the minute (he) yelled out, the, (Intruder), supposedly(!), quickly Fled-N-after
very Gorgeously watching to see (h) it was Safe,(he) slowly approached by h-
room,Found-it-to-be-Empty (dressed/in duress )called Police,informed of
Some innocuous Presence/left via front door/After all-time lapse,(he saw 2-
Person procidly turning down street inform med Po. of same-N- 2flee(they)
Started screen-ing, every- which- 2way,(they)got an urgent call For (them) to
please remove Forth from out-doors, for lo!, the occupant wanted to see it-
Notiing- the sate-in-Charge very seriously rejected (his)(his) Followed-Zoof. ID,
3(C). Here it is only Fairto mention that inability to see Clearly is considered
Acceptable as A- Positive/reliable I.D. At a close-enough Proximity, definately:
No darkness -w-Police's show of Force (Severity)- N- un-authorized internment of
Deft,s too distressed 340 C.P.C. Status/one-Man show-up in Jail Cell, where
Deft. had Maxium Security Stature,always -in- Sheriff's/Not-Supposed to be Called
-aw- others was Similarly charged; And during, the, that the first Judge
vehemently/un-autho-vitally/allowed the OD A.to enter a Prior Rape-to 1 illegally
Support only 2 Pre-Fabricated/Questsble/too Spitefully Assumpts br 220 P.C. only
-Now we Must Allow 2b/the charges has 2 be Same-Not Just Any Moral injury Defendant,
11) A.dt was revealed that the Fabricated (Travestry) with was Power Fully/morally of-

Case 4:08-cv-01778-SBA Document 15 Filed 07/17/2008 Page 22 of 35

ORIG. Revised Dold. At. Deft/wit(?) Exhib. N-B

APRIL 22, 2008 (P. 23)

THOMAS, JAMES EDWARD
F-21197/"A"-Y, 6th Bld./P.S.U./C.N. 120
C.S.P. AT SACRAMENTO/FOLSOM
P.O.B. NO. 290066
Represa, California 95670-0066

THE HONORABLE JUST. PECKUM, PRESIDING.
C/o: THE-OFFICE-OF-THE-CLERK
U.S. DIST. COURT, NRN. D. OF CALIF.
Federal Ct. House Bld/280 S. First Street
San Jose, California 95113----

-SBA-

Re: THOMAS VS. J. WALKER, WARDEN, (2008), U.S. DIST. COURT, NRN. D. CAL; C/N-04:08-1778-cv.

Dear Sir(s)/Madame(s):

Please be advised that (I) have just received (your) most welcomed communique(s) (2) each, on/about, (04-10-08), and (I) am, some-what, relieved to learn that (you/your) Court/Dept.) is/are contemplating on, possibly, accepting/setting same for a necessary hearing-n-prompt disposition there-to, pending receipt-of-(your) Rqstd. proof via certified/staff verified Inst. Inm. Trust Account to show (your) Indigency status so that we can/will allow (you) to proceed in forma pauperis affidavid as to (all) Ct. incurred costs, in according-to-your writ-of-certification-n-furtherance of Deft's pending appeal, purportedly, in some Sixth Dist. Cal. Appellate Court, 333 W. Sa. Cla. St., S.J., C. of which, the stated location, I very seriously doubt, same-becouse, I am in/about that very grassy/R. Rd area(s), also, very frequently-n-I have yet, to see/hear of such a court/or fictitious suite no. Where as, Deft. is/was accutely dis-satisfied-w-the lower, seemingly, phantom Cal. Appl. Ct.-n-both, would-be, mis-representing counselors; the D.P.D. at/for the trial-n-that out-of-county solitation of, some would-be, counselor of Alameda, Cal., who by (his) non-action(s) seems only wants to follow thru with the Co. D.A. ploy of only trying to make Deft. appeal too mentally un-balanced/gravely psychologically un-fit or completely, out-of-it! Becouse, each-n-every times that Deft. is taken-to-Co. jail, the Det's-n-D.A. conspires to force (him) into a Psych-ward-w-mucho needles/Psych medication(s) way pass-the allowable limit(s)---- in hope(s) that Deft. would be prohibbetted from part-taking/with (his) case/cause---- usually, a weirdo type pure fabrication any thing(s) just for continued harassmental purposes-such as; purposely tampering/illegally seizing/confiscating (all) Deft's mail, too overtly/falsely returning same! It appears/so (he/they) stated that (they) are, very desperately, trying to-get/charge (me) -w-some, very imaginary intimadation of witnesses! And, it goes-w/o-questions that the D.P.D. had only the County's interest-at-heart/in mind for-when any so-called, dedicated counselor over-steps the legal fairness due-to-a client-n-in (his) closing arguments, willfully tells a/the jurors that: It is a fact that the Deft. was the party in that burglarized Apt.-w/o-any doubts-but, only-for the purpose(s) of peeping---- indicating, that (he) only stole the base-ball-cap to facilitate (his) get away! Now, here is a, wanna-be, law abiding Co. resident sworn-to-uphold the law, as prescribed/defined by the Court-n-D.A.! Man! Houdini never had it so bad! That, magically inclined Co. tax-payers/D.A. supporter will, most definately accuitt Deft.-n-specifically, wish (him) well, in H--l-w/o-bail-n-a tail! Especially, since the Pros. made a point in arguing that Deft. was/is a very chronic petty theif-who only steals very small/insignificant things-for-a-cheap-thrill-n-too strenghously claimed that Deft's cheap w. watch was stolen-but, (he/they) couldn't figure-where-from, since-no burglaries/theift accurred in the area(s) Deft. frequented! That, in-itself, is considered mis-conduct def., in-bad-faith! Absolutely, no un-supported crim. activity can be brought before any jury-w/o-proof-unless it's a grand jury! And Deft. has more than ample good cause/ground(s) to support a conflict-of-interest-of-counselor(s)-especially the D.P.D.-who, literraly begged Deft. to be [illegible] ... -win! Of which, was just a farce/sham-of-a-ploy, in that (he) flatly refused to bring to the-

-(Side-n-3)-

Case 4:08-cv-00058-SBA   Document 45   Filed 01/17/2008   Page 23 of 75

(DN'T FROM REVERY S.d)

Case 4:08-cv-01778-CBA   Document 18   Filed 07/17/2008   Page 24 of 35

(p. 24)

(APRIL 22, 2008)

1. Thomas James Edward
2. F-31171/A-3/161/R.S.U/C.N.120
3. 
4. CSP At Sacramento/Folsom
5. c/o: P.O. B. No. 290066
6. Represa, California 95670-0066

The Honorable Justice PeckHum, Residing
c/o: The OFFICE - OF - THE - CLERK
U.S. Dist. Court, Northern Dist-Of-California
Federal Building/280 South First Street
San Jose, California 95170-0066

1. Re: THOMAS vs. T. WALKER, WARDEN, U.S. DIST. COURT NORTHERN D. OF CAL., No. 04-08-1778-CU-SDA

8. Dear Sir(s)/Madame(s); Please be advised that I have just received your most welcomed
9. Communiques (1) on/about, (01-10-08), and I was, some-what, relieved to learn that (you)
10. was/are Contemplating an accept-ing "N"-Setting (my)(too hastily Prepared Petition) For
11. Furtherance of my Pending Appeal via the method of the great writ-of- Habeas corpus, as is
12. specifically required by this great court-but, are awaiting a very necessary document (5)
13. to verify Def's Financial status. Plus, have accepted/filed Same under your the above doc
14. Ref No. 6, -N- holding (it) in obeyance (your) decision or whatever or not to al-
15. low Def, to proceed in Forma Pauperis -w- ct. Appt'd Counselor, much more can about
16. than either the trial Def/Pub Def, or that (a) Apt'd would-have-been Appeal Atty Es-
17. pecially, both only had the County Interests-in-Mind/definately, w/o-any Fairness to
18. their very own Def. ... Like "I work-to-get-payed/I Expect-to-be-payed For the-work-I
19. do -N- One-Never-bites the Hand that Feeds-him/Her" Similarly Quoted to
20. Def, by a very determinally spirited Co. Psych (a) vist (of-a), Make-believe Appeals Atty;
21. (1998-2003), (your the) leg. letter informed Def. that (he) had to Forward the/this (Def's
22. court to say (it)- or no consideration ... to-so- Settle -an- Important question, hear-
23. ings included -w- (the original Petition requesting the contification of Def's, cause to the
24. court is very Deaf... status-of-indigency and/or to show that Def has no ready to avail-
25. ... Fed/Verified Copy-of- his Inn. Trust-account Form/Print-out, in order for the
26. which are guarranteed as an absolute right to (all) citizens ... Be-it/else/else Nay; a convict or
27. not. Also, this Tribunal/court should be fully aware that (it is) virtually, near Futile/an
28. un-necessary Hardship/a-type-of legal work From a Jail/Prison cell-

State of California

# MEMORANDUM

- Available Scrape-Paper for use. -

Date: March 19, 2008

To: ALL A-FACILITY CUSTODY STAFF AND GENERAL POPULATION INMATES

From: California State Prison-Sacramento - Represa, CA 95671

Subject: ACCESS OF INMATE ADVISORY COMMITTEE (IAC) CHAIRMAN TO THE ENHANCED OUTPATIENT PROGRAM (EOP) GENERAL POPULATION (GP)

This memorandum supercedes the previous memorandum concerning this subject matter dated October 5, 2007. Effective immediately, inmate FLEMING (H-14002), the A Facility IAC Chairman, will be allowed access to the EOP GP inmates during the EOP GP yard period. FLEMING will be released on a daily basis to conduct IAC business with the EOP GP inmates from 0800-0900 hours, including weekends and holidays. FLEMING will be conducting his IAC business, which consists of communicating with the EOP GP inmates through the A Facility Pedestrian Sally Port fence/gate area. At no time will FLEMING be permitted to conduct IAC business with the EOP GP inmates directly on the Main Exercise Yard and/or in the EOP GP Housing Units. FLEMING cannot receive and/or hand out any items through the sally port fence while conducting IAC business without the inspection and approval of the on-duty Sally Port Gate Officer and/or custody supervisor. The main purpose of the IAC Chairman during this time period is to be available to communicate with the EOP GP inmates about IAC issues.

No more than two EOP GP inmates at a time will be permitted to speak with the IAC Chairman so as not to create undue congestion or obstruction of movement through the sally port. The Sally Port Gate Officer will be responsible to monitor and enforce this policy. During times of emergencies and/or situations where the pedestrian sally port is inundated with a large amount of traffic or activity during the above-mentioned scheduled IAC business hours, the IAC business will be terminated and the IAC Chairman will be instructed to return to their cell immediately. Inmate FLEMING has been apprised of this policy.

All custody staff, and especially the Pedestrian Sally Port Gate Officer, are expected to adhere to this policy. The cooperation and support of all custody staff is necessary to ensure that effective communication exists between the IAC Chairman and the EOP GP inmates. Please direct any issues and/or concerns to the on-duty facility lieutenant.

A. PEREIRA
Correctional Lieutenant
A Facility EOP/CTC

Approved / Disapproved

S. VANCE
Facility Captain
A Facility PSU/EOP

Appl. of C.S.P. CC-58110 / DOC - C.C. N -- CV-04:08-1778-SBA (PR)

IN Re: THOMAS, J. vs. J. Walker, Warden, CSP at Sac. (Fol., Represa Cal.)

ORIG - **PROOF OF SERVICE BY PERSON IN STATE CUSTODY**

The Later Ct. Postal Petition was Over (04-30-08) or Thereafter. All Proceedings -N- Attempted Mailing / Legal Research, Intentionally -N- Vindictively Delays and/or destroyed, Possibly, For Greed / Harassmental Dis-couragement

I the undersigned, hereby declare that I am over the age of eighteen (18), and that I am incarcerated at ~~High Desert~~ CSP At Sac (Fol. ~~State~~ Prison in ~~Susanville~~ Represa - E. Natoma St., California, that [X] I am [ ] am not a party to this action, and that on the _____ day of ______________, 2008, I served a true and complete copy of the following:

( (All) Petitions Long Since-Over / Due - Too Spitefully Obtainable - Within Over the Too Apparent Rejection of Mail: ) Supplements - To - The - Pending Cert-of-Appl. Habeas Corpus -N- The (An Copy of Orig Supplements with This Fed Ct's Demand / Rest. For Verification / Certification of Inmate Prison Trust - Account Records / Indigency Status -- Flatly Refused by Prison Officials - and/or Their Only Partial - Allowed Copy and/or necessary Photo-Copies -N- Absolutely No. Not Serve [illegible] )

by handing it to institutional staff with First Class Postage prepaid in full for mailing to the following address(s):

-N-W-Supplements There-to -

( Orig. Copy N. Filed Orig. Pending Habeas - Certification of Appl. Corpus -N- Rest. Ct. Ordered Verif. of Trust To: The Fed. U.S. Dist. Ct., Northern Dist. of Calif. )
( Copy To: 280 S. First St / San Jose, Calif. -- 95113 )
( Copy: J. Walker, Warden of CSP / Sac-Fol. )
( Copy: None Allowed By Lib Calif. Atty. Gen. Off. 455 G.G. Ave. S.F.C. 94102 )
( Copies Partial Copy To Supervisor Ct. Dept. 36, Headcount [illegible] S. Jose C. )
( Copy: / (Seal) )

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON - CSP At Sacram. / Folsom, in ~~Susanville~~ Represa / E. Natoma St. - 300 -, California.

Thomas, James Edward
(Print Name)

[signature]
(Signature)

(07-10-08)

THE HONORABLE PRESIDING JUSTICE W. PECKUM OF THE U.S. DIST. COURT,
FOR THE NRN. DIST.-OF-CALIF /OFFICE-OF-THE-CLERK U.S.
FED. BLD.-AT-180 So. FIRST STREET, SAN JOSE, CALIF. - - 95113- ----

DENIED/NO SUCH VERIFICATION/CERTIFICATION POSSIBLE:

(ORIG) FED. CT. CASE NO CV-08-01778-S.B.A. -[PR]-

DOCK. NO. 9 / FILE MAY 30, 2008 WIEKING, R.W., CL.

A COURT RQSTD.-N-ORDERED INM. FINAN. TRST. ACCT. COPY THERE-OF

Re: THOMAS, J.E. VS. WALKER, J.-WARDEN, C.S.P. AT SAC. /FOL., REPRESA, CAL. 95670-

IN REFERENCES TO THE ON-GOING APPEAL OF SUP. CT-CIN. CC-587911 SA.CL.CO.:

CRT. RQSTD.-ADDITTIONAL-TO-ORIG. PETITION-VERIFIED TR.ACCT.

Dear Sir(s)/Madame(s) - Please be advised that in Receipt/Compliance(s) with (your) Order/Request(s), via legal Mail on/Prior to (April 09, 08) of an additional Inm. Status of Financhial verification and to be Certified-N-returned back-to-this U.S. Fed. Dist. Court With-in (30) days Or, possibly, lose/Forfeit Pertitioners right to/for an acceptable Indignant Status Allowable Forma Pauperis Filing For A Fed CT Habeas Corpus writ under 28 USC, Sect. No. 2254 For/By Leave OF I.F.P. OF Prisoners Application OF U.S. Titled 28, Sect. No. 1915 (a) -- To be exempt from being Prior required to Pay the Five (5) dollar Filing Fee and/or Costs/Fee(s) arising There-after, in (his) attempt(s) to File a Justifyable-N-Supportive Violation(s) of (his) guaranteed Const. Rights, due to a deliberate/atrocitious Mis-Carriage-of-Justice/Est. Law(s), OF which, the said Facts/Contradictory supportive views-w-revelent Factual Evid. or, Absolutely, No Indications of any Criminal Mis-behavior, any-shape or Form(s) attributed to the action(s) Supportive to this Deft. as to being the Alleged/Purported Perpertration(s) OF/to any Police Assumptive, law violations as was either allegidly Committed or Possibly assumed, due-to-the Circumstances/evid. or as alleged on the Night of-(02-25-05 - 03-05-05) or there-abouts, as was Fraudulently Charged against Deft., while (He) was/had been under very vindictive-N-Malicious

Pol./Dept. Close Surveillence Nigh-n-Day(s)-w/o- set-up or any Clear indications of any Prior Proof-of-Known Criminal Mis-behavior, other-than (his) Constant Excursions (all) over-w/o- Being Rqd. to explain (his) Presence(s) For, possibly Frequenting, Some-what, too high crime(s) Area(s).. Still, with the Police in Close Pursuit/un-Necessarily Tailing--It Can Justi-Fyable--especially, at this early stage(s), that the Co. Pol. Forces has been Keeping Defts. Movements under tight Scrutiny For a Number-of years, and (all) they seem to come-up with is Defts. Presence(s) in a-region/Neighborhood of other than Suits (their) likings of-all-types of diversed Mixed Amer. People of better Standing Thane-any Sociable Setting(s) --with the established Fact(s) that the-biased or no--So-called, Pillars-of-Same Feel in-addequately mis-informed to Defts. Presence(s), alone where there-is/was-absolutely No-Criminal activity-but, as suspicious has it Some other area(s), may have reported such violated Criminal Mis-behavior, Seemingly with a very different witns description(s) to Some/any Perpetrator very un-like the Deft(s)--As was too contradictorily-n-proven A-mis-Id. Situation as each, so acceptably indicates--But, due to the extreme dis likes/mis-trusts of Deft. by the said Law Enforcement Agency(s)-n-Deft(s) Flat refusal to wrongly/Coergly admit to any Police Brutal Forced Tactics of blaming the First available/easy Convictable Spitefull Scrape-Goat, with only Police Assumed Mis-behavior(s) un-Supportive by any-n-most times only Pure Pre-Fabricated Pol. Assumptive Connection(s)-next-to-nil, overt via Covert means to Falsely Jail-n-imprison Deft.--Some-times, For Investigations, only--but, much too late (they) learn-of-(their) deliberate mis-carriage of any/all established laws/try-to-cover same-up by Isolating-n-holding Deft. Incommunicado So that, absolutely, no-one(s) will/can Find-out--Especially, the vehement ways (they) manufacture False Evid./Situational Pseudo Connections-w/o-any Clear Foundations/addequate reasons--Situation-in-Contrast-To, Sometime(s) at or near the Deliberate Frame(ups)--Deft., as usual, under Heavy Surveil.-n-Pol., with no Reports of any (crim. acti[illegible]) [illegible] Ft. [illegible] Pol[illegible] Reserve. Co/st.

Or/and Face-Much Future Pol. Persecution(s) of same-because, of (their) extreme dis-likes(s)/deliberate mis-trusts-w-Too vindictive/Spitefull biased supreme attitude(s) with, absolutely, nothings-to-back-up (Their) un-Founded (non-Criminal mis-conduct, absolutely, No Supportive Evid. or real Thievery alleged--No-Property/No-Bodily Contact(s), what-so-ever--yet, Deft. via the Pol./D.A'S Standards, has-To-Be-Guilty of Some-thing(s)--But, what-- We Honestly, Don't Know--But, our on-going Invest. Should Turn-up Some Fiend-of-Sly/covertness, since we Have Checked (All)-The-Areas that Deft. has Frequented--Absolutely, No Victims of Theft/Murder/Mahem--or For The Too necessarily purpose-To-Factually Allege/legally-or-Criminally other-wise Justify, Even-w-only a Mere possible un-Reasonable Pure Assumption-of-A Rape or (Any/All) Induce Sexual Allegation--which, by law/definitely, requires--First-n-Foremost that--Any, So-Called, Intended/alleged/or Suspiciously Purported Victim(s) be either Attacked Physically or Too clearily-n-Menancingly verbally spoken-as-To (His/her) Purpose -n- Clear/convincing-w-Supporting Factors For any motivative less-Factors ---- And either-w/a-w/o- Fairness--No-ones, How-ever dis-associated (in close proximity-or-not, Should Be Falsely Charges with/Framed of A Sexual of-fence--merely, Because--only-A-Shadow, was Seen, Some-where near The foot-on-an-occupied (X) bed.-Not-Touching/verbalizing or Threatening No-one(s), in any manner--Especially, too visually-in-Darkness, dis-similarly dressed-n-only observed-To-Be-Frantically waiving Its-Hands/Arms Sky-wards or with both Hands/Arms Across-(His)-Face/Eyes So-That It Could Not See any-ones/Things next to a window--when (he/(s)he) was seen, in Contra, Some-where(s) else (or illegally arrested, For That matter-n-The D.A. Dismisses Said Pseudo Allegations For, (they) Claims-mis/Too Contra IQ-n-un-Clear Motive As To Pol.s Assumptive/Pure Fabricated-w-Mucho vehemence(s) Ill-Tactics of Frame-For In v+.(s), only-But, No-Allow Any Appealing For Co(s). Covert criminal/Atrocities-white; Deliberate Conflict(s)-of-Interests of Dep. Pub. Deft.-w-los, welfare only in mind, And

Pg. N. 24

His, Too Blatant / Ill-Deliberate Mis-Handling / Too Non Clientale Regards For any, absolutely, No Intents of-Proper Representations-on-(His) part-- But, deliberately refused to Put-up any Type-of-addequate Defense For Deft. as to the Correct revelency - Less-Any Proof -- And, definately only a reference-n-Too illegal entrance of A Prior un-Related, would-have-been, Completed Bale-- w/o-any Evid-of Penetrations or Acceptable ID -- To Act-As, only Possible Proof of Some Prior Reoccur(s) Tremendous-Carriages-of-Justices -n- Flatly Denied any Chance(s) Of Appealing Said Fabricated Charges/Ill-Conviction, To Save the County's (D.A.'s Integrity/Image & Ill-prestiege. And, here - w/o-Any Stupidity, Reasoning(s) of Any Minds -- It's, Purely, Too Inhumane/Deliberately in Contra-to-any Laws -- Kangaroo-Type-Courts-or not -- Purely Preposterious To Charge-n-Pseudly Convict Any-one(s) For Any Such Sexual (offense(s), Unless - one(s) are sure of The Intent(s)/clear, Convincing motive(s) ---- Cal. Pen. Code, absolutely dis-avows, any Ill-Charges of Sexual Intent - with-out Any Physical Contact(s) or at least, verbally Stated with with the Proper Meaning to Carry-Such-verbalizing out-to-Fruitation s- [Means-To-A-Complete-End Gratification] And, Ever-so-slickly to resort-To-A False charge(Cont. a very/Too dessimilar A. Prior To To Covertly Insinuate a possible Motive. Where as The D.P.D. Came on Strong-To-Deft. Regarding (His) well-Meaning Control/ability To win said Case-- But, Flatly refused to Put-up Any Defense-- Even Flatly refused to Clarify Bring-To-Court/Jury(s) Attention The-Prior Dismissed-Charges For mesd. Plus, The Fact, That No-Bodily Contact / No-one's in-light Green Dress was Arrested / No-possession of Any, Too bousy Cheap Base-Ball-Cap was on/near in Deft Possession / Far Too Many People Saw/observed Deft. Wearing Pink-n-Grey attire (Rather Than Any where Green or Blue / definitely Foreign Finger Prints were lifted - no-match Deft. or any Known Frequenter / A Non-Proper ID of Correct Suspect, Under Pure Forced Pol. Brutality Too Adversed visibility -n- Prior Crim. Usage to Fabricate other than Evid. Show: In Addit.-To-Above; The Co. Pol. were Too closely Tailing visibly / Too menacingly; Both Pseudo Arrests/Convs. were Ill-Supportive - w/o-Evid/Justifications, other Than 4-over-ws! Booster, The Fact that there was no proof of Their bag wip. Thru-Entrapement! And, Here-Attached to ss/your Rssld order For Verification -- of which, Prison off. Flatly Refuses.

Very Respectively Re-Submitted - w/o-Proper/Non-Possible Compliance-w-Court-order / James E. Thomas

July 14 2008

Case 4:08-cv-01778-SBA Document 15 Filed 07/17/2008 Page 30 of 35

PETIT-N-NPTS/ORIG. SUPPL CT. RQST.

THOMAS, JAMES EDWARD
F-21197/A-1, 6Bld./EOP/C.N. 228
CSP AT SACRAMENTO/FOLSOM
POB No. 290066
REPRESA, CALIFORNIA 95670-0066

FED. U.S. DIST. CT., NRN. DIST-OF-CAL., S.F., C.

# EXHIBIT COVER PAGE 1

EXHIBIT

Description if this exhibit:

COPIES OF CLARAFYING LEG. letters-To-US. CT.
ADDENDUM-TO-ORIG-PETITION
VIA-WAY OF CLARAFYING-REMARKS
TO REASON-W-CT. RQSTD. NON-COMPLAINCE TO-ORDER-OF (05-30-08)
PRISON OFFICIAL FLAT REFUSAL(S)

Number of pages to this exhibit: (5) pages

**JURISDICTION**: (Check One Only)

- [ ] MUNICIPAL COURT
- [ ] SUPERIOR COURT
- [ ] APPELLATE COURT
- [ ] STATE SUPREME COURT
- [x] UNITED STATES DISTRICT COURT NRN. DIST.-CAL
- [ ] STATE CIRCUIT COURT
- [ ] UNITES STATES SUPREME COURT
- [ ] GRAND JURY

pg. 25

Office Copy Only

EXHIBIT No. 6

May 02, 2008

| | |
|---|---|
| Office-of-The-Clerk | Thomas, James Edward |
| U.S. Dist. Court, Nrn. Dist. Cal. | F-21197 / A-yd, 6th Bld / esu / c-228 |
| Federal Court-House Building At | C.S.P. at Sacramento / Folsom |
| 280 So. First Street | C/o: P.O.B. No. 290066 / |
| San Jose, California 95113 | 560 Natomas Street |
| Indigent - W/O - Funds - on In Trust Acct. | Represa, California - 95670-0066 |

6th CA C H-03573 - SSS

Re: THOMAS J. VS. WALKER, J. WARDEN, CSP. SAC / U.S. DCT. NRNO. / CV-08-01778-SBA:

Dear Sir(s)/Madame(s)

I, the Deft., in the above alleged Case - as Numbered, would like to bring / direct (your) attentions to the, Next-to-Nil/Futile-ability of Deft(Me) trying to Process / or File any Such legal documents in this or any Court(s), to date -- let-a-long, (your) twice Stated Order Directing Prior Payments of (your) Court Filing Fee x(2) -- Specifically, A verified / Certified Copy of Deft's Inmate Trust Account Statement / Monetary Status before Fully accepting Deft's Prior Petition(s) For Certification of (his), Supposedly, Pending - N - Too Much Cal. (6th) Dist. Appellate's Court-of-Appeals, of which has been delayed, Supposedly, For over three (3) years - And according to Some Davis D. Martin Esq. (Atty of - 622 Laguna Vista Lane, Alameda, Ca - 94502, I, also, keep getting strange, Supposedly / purportedly leg-in-Nature, stating that the Said Appeal(s) Six Cal. Dist. Ct. of Appeals, 333 W. Sa. Cla. Street, Ste 1060, San Jose, Cal. 95113 - is Still un-decided - but, has reached a tentative granting - of - a Shows-Cause order in Mid. Feb - but, the Cal. Atty. Gen. was, as usual, Purpose Fully delays Same with all types / kinds - of un-natural excuses / ploys, to (his) dis-advantage -- the, so-called, Atty. / Counselor Martin Could do nothing(s) until that Court decided to allow the Atty. General to exhaust (his) options of Such Stated Tactics - But, to date, another leg. letter Came Pseudoly Stating that (he) would See (me) back - in - Superior Court, Very Soon, For the Said / stated Show - Cause - order -- Pending For over two months.

But, As I have repeatedly tried to Communicate / inform the / this Court - Deft / I am having many un-surmountable / un-necessary Problem(s) - to-the - hilt - N - Round - N - Round it/she goes. After about Six Requests (6) trysts - N - even took the Notary Requests directly - to - the Unit Lt - N - Sgt.'s Office - N - gave, at least, (3) three Such Fm. Rqsts - For - Notary Public Services of A - Supplemental Habea Corpus Petition - W - An Inmate Trust Acct. verified Form / Status - N - on (03-31-08) I directed An Inm. Rqst. via Inst. (CDC / 602 Inm. Appls Form. Still, absolutely no notary serv's provided - will keep trying (you) informed Thank you!

Very Respectfully Yours,

- James Edward Thomas

File One-of One Pg.

23 Pgs Total

3? Pgs. Total

For photo-copying ASAP

Court, Fed. US. Pressing for (60)

days - un-necessary pts. off.

Flat Refusal To Ct. Payment

There (Here-in (B

For ver/cert. of

(05-30-08)

James Edward Thomas F-21197
California State Prison - Sacramento/Folsom
P.O. Box 290066
Represa, CA 95670-0066

CV08-01778 SBA

-ORIG. PETITION, ALREADY Filed-

Just and others (supplemental [illegible]).

SEE CT. RCDS.

FED. COURT, U.S. DIST. FOR NON. D. OF CAL

SAN JOSE, CALIFORNIA

ADDENDUM. TO ORIG. PETIT-W-STAND-BY-SUPPLMNTL.

AWAITING THAT COURTS CONFIRMATION OF RCT.

A C.T. RQSTD. VERI/CERT. OF INM

PRISON TRST. ACCT. STATUS

NON-PRISON/FLAT REFUSAL

NOT-HUMANLY POSSIBLE

COVER-PAGE OF/FORM FED USDCTS

ORD/DEMAND FOR CERT/VER.

Page, N.I.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

— APPL. OE 32 Mp —

JAMES EDWARD THOMAS, Sr, Pro Per,
Petitioner,

v.

J. WALKER, warden at Malcreek

Respondent

Case No: (C v - 0 8 - 1776 - S B A (0 9)

## PROOF OF SERVICE

I the undersigned, here by certify that I am over the age of eighteen years, and I (am) (am not)     a party to the above entitled action.

On July 10, 2008, 1:57 AT Malcreek Cortmate, I served a copy of:

(Lithers's) (Fed Ho 2 Specified Enclosed St. Petioned title.

By placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States mail:

1. FED. U.S DIST.CT, FOR Notthern DistGCt.   2. (2) Two Cotics To Both (CsR,

OfficL Fed CT-House 86, 350 So. S.W dn (CLtt

OfficL Cortmate - Deft Att To watch

I declare under the penalty of perjury that the foregoing is true and correct. To the best of my knowledge - belief,

(July 10, 2008) -

_____ (Signature)
Declarant (07-14-08)

(N)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THOMAS, JAMES EDWARD
Petitioner,

v.

WALKER, ... WARDEN of/AT CSP SAC/FOL.
Respondent

Case No: 04:08-CV-1778-SBA
USDC N.D. of Cal, S.F.C.

**PROOF OF SERVICE**

I the undersigned, here by certify that I am over the age of eighteen years, and I (am) (~~am not~~) a party to the above entitled action.

On April 14, 2008, ________, I served a copy of:

My Petition For Continues Appeal of My Too Fraudulent/Atrocitious Convictions. Plus/2nd Parts Specifically requested by This Court to Facilitate Acceptance/guarantee review!

By placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States mail:

1. Orig. + (1) Copy: To:
Office - of - The - Clerk
To The Honorable Presiding Justice
U.S. Fed. Dist. Court, For The Nor. Dist of Cal.
280 So. First St./San Jose, Calif. 95113

(1) - 2. 1 Copy - Cal State Atty. Gen.
455 Golden Gate Ave S.F. Cal 94102

(1) - 1 Copy To Judge Ay. Bryan, Pres.
S.C.C. Superior Ct. Dept. N. 36
190 W. Hedding St./S.J. Cal. 95110

(1) - Copy To Self Only Copy.

(1) - Copy + Copy To Deft.

I declare under the penalty of perjury that the foregoing is true and correct.

No Copies Allowed By Leg-Librarian - A) ...

POB N. 35 ...
Represa, Calif 95671-0066

On July 14 2008 CSP Sac/Fol.

(Signature) ____________
Declarant
- James Edward Thomas -

P. 26

CSP/FOL/FOL/
IMP. NOT. Custody Flatly Refuses To Allow(me) To Try-To-Appeal
These/those, Too, Fraudulent/Too Assumptive Pseudo Convs.
By utterly/mandatorily Falsifying my mail Not allowing
(me) To Have (Any) Access To Any Courts/Genuine Atty(?)
Having Their Sick-Informants Come-on-me/Taking(most)of
The False-N-Copies of mail/w supervision of-of-my property

1    PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2    Name  THOMAS,      JAMES        EDWARD
           (Last)          (First)          (Initial)

3    Prisoner Number F-21197/A"x 6th Bld/PSU, C.N. 120/POB N.290066

4    Institutional Address [illegible] C.S.P. At SACRAMENTO/FOLSOM  **FILED**

5    REPRESA, CALIFORNIA, 95670-0066      JUL 17 2008

6    =====================================================
                                                   RICHARD W. WIEKING
7    UNITED STATES DISTRICT COURT          CLERK, U.S. DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA   NORTHERN DISTRICT OF CALIFORNIA
                                                          OAKLAND

8    THOMAS, JAMES EDWARD               )    CV. N 04:08-1778-SBA
     (Enter the full name of plaintiff in this action.) Pro-Per -  )
9                                       Awaiting (i. Appt) )
                        vs.            - of Competent )    Case No.
                                         Counselor    )    (To be provided by the clerk of court)
10
     WALKER, WARDEN AT/FOR            )    PETITION FOR A WRIT
11                                      )    OF HABEAS CORPUS
     C.S.P. AT SACRAMENTO/FOLSOM    )    SUPPLEMENT
12                                      )    TO OR56-ALREADY
     THE COUNTY-OF-SANTA CLARA        )    ON-FILE
13   THE CAL. STATE ATTY. GEN.        )
                                        )
14   (Enter the full name of respondent(s) or jailor in this action) )

15   =====================================================

16                    Read Comments Carefully Before Filling In

17   When and Where to File

18         You should file in the Northern District if you were convicted and sentenced in one of these

19   counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20   San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21   this district if you are challenging the manner in which your sentence is being executed, such as loss of

22   good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23         If you are challenging your conviction or sentence and you were not convicted and sentenced in

24   one of the above-named fifteen counties, your petition will likely be transferred to the United States

25   District Court for the district in which the state court that convicted and sentenced you is located. If

26   you are challenging the execution of your sentence and you are not in prison in one of these counties,

27   your petition will likely be transferred to the district court for the district that includes the institution

28   where you are confined. Habeas L.R. 2254-3(b). (P. 1)

Complete all applicable questions in the proper blank spaces. If you need additional space to answer a question, you may attach additional blank pages. Make clear the question to which any such continued answer refers.

Only one sentence or conviction may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

## V.   After Petition Is Filed

You will be notified as soon as the court issues an order. It is your responsibility to keep the court informed of any changes of address to ensure that you receive court orders. Failure to do so may result in dismissal of your suit.

## VI.   Inquiries And Copying Requests

Because of the large volume of cases filed by inmates in this court and limited court resources, the court will not answer inquiries concerning the status of your case or provide copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep copies of all documents submitted to the court for your own records.

(P. 3)

3. Did you have any of the following?

    Arraignment:                          Yes _X___    No _____

    Preliminary Hearing:           Yes _X___    No _____

    Motion to Suppress:           Yes _X___    No _____

4. How did you plead?

    Guilty _____   Not Guilty _X___   Nolo Contendere _____

    Any other plea (specify) _NONE - N/A_

5. If you went to trial, what kind of trial did you have?

    Jury _X___   Judge alone_____   Judge alone on a transcript _____

6. Did you testify at your trial?             Yes _____    No _X___

7. Did you have an attorney at the following proceedings:

    *- ONLY A COUNTY DEP. PUB. DEF. -*

    (a)   Arraignment              Yes _____    No _X___

    (b)   Preliminary hearing    *Same*  Yes _✓_    No _~_

    (c)   Time of plea        *Same*  Yes _✓_    No _✓_

    (d)   Trial              *Same*  Yes _✓_    No _✓_

    (e)   Sentencing         *Same*  Yes _✓_    No _✓_

              *out-of County selected Counselor?*

    (f)   Appeal            *Same*  Yes _✓_    No _✓_

    (g)   Other post-conviction proceeding  *Same*  Yes _____    No _✓_

              *- Tried -*

8. Did you appeal your conviction?        Yes _X___    No _____

    (a)   If you did, to what court(s) did you appeal?

        Court of Appeal _Some 6th Dist.?!!_  Yes _✓_    No _✓_

                              *- Partial re-Senten Gen*
                                 *False Cr*

        Year: _03-30-06\_    Result: _After almost 3½ yrs delay, claimed unly_
                               *Tried*

        Supreme Court of California     Yes _X___    No _____
        *Tried to Certify Appeal There-in For C. Atty-Gen's*  *too Excessive*
                                   *Un-wanted delay*

        Year: _(10-18-07)_    Result: _Denied ~_
                       *- Contem pleating -*

        Any other court _U.S. Fed Dist. Ct._  Yes _X___    No _____
        _Nrn Dist of Cali. Pending_

        Year: _04-03-08_    Result: _Still Pending, Awaiting Verified Test Stmnt._

    (b)   If you appealed, were the grounds the same as those that you are raising in this

        _P. (4)_

petition? Not Exactly /Alto    Yes ✓    No ✗
yet yes - but, used only to show
deliberate conflict-of-interest    Yes _____    No ✗
(c)  Was there an opinion?
- No yet, Pending -

(d)  Did you seek permission to file a late appeal under Rule 31(a)?
No-But I sent one in Just in case w-No
words from D.A.
Yes ✓    No ✓

If you did, give the name of the court and the result:

Calif. State Supreme Court /350 McAllister St, San Fran, Cal.
Superior Ct. Dept. 36/150 W. Hedding St/San Jose, Cal. 95110

9.  Other than appeals, have you previously filed any petitions, applications or motions with respect to
- Tried Futilly - In Vein -
this conviction in any court, state or federal?    Yes ✗    No _____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that

challenged the same conviction you are challenging now and if that petition was denied or dismissed

with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

for an order authorizing the district court to consider this petition. You may not file a second or

subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

U.S.C. §§ 2244(b).]

(a)  If you sought relief in any proceeding other than an appeal, answer the following

questions for each proceeding. Attach extra paper if you need more space.

I.    Name of Court: N/A.

Type of Proceeding: N/A.

Grounds raised (Be brief but specific):

a. N/A.

b. _____

c. _____

d. _____

Result: N/A.    Date of Result: N/A

II.   Name of Court: N/A.

Type of Proceeding: N/A.

Grounds raised (Be brief but specific):
(P. 5)

a. _N/A._
b. _____
c. _____
d. _____

Result: _N/A._                    Date of Result: _N/A_

III.    Name of Court: _N/A_

Type of Proceeding: _N/A_

Grounds raised (Be brief but specific):

a. _N/A._
b. _____
c. _____
d. _____

Result: _____                    Date of Result: _____

IV.    Name of Court: _N/A._

Type of Proceeding: _N/A_

Grounds raised (Be brief but specific):

a. _N/A._
b. _____
c. _____
d. _____

Result: _N/A._                    Date of Result: _N/A_

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

Hopefully This Court.

Yes _X_        No _____

Name and location of court: _Fed. U.S. Dist Ct., Northern Dist. of Calif - S.J, Cal._

B.    GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to

support each claim. For example, what legal right or privilege were you denied? What happened?

Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

(P. 5)

1  need more space.  Answer the same questions for each claim.

2  [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3  petitions may be dismissed without review on the merits.  28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: _Deliberate Conflict-Of-Interests Of County Def. Pub. Def. And the_ The (4-N) DPD Secretely, Supposidly Holding A 925 Hearing - w/o. My Presence -

6  _USC. 5/6/14 Amendment violation_ in F. Priors Listed matched - Would-be/would-have-been County Solicited Out-of-Co. Counselor/Same As

7  Supporting Facts: _The Co. Def. Pub. Def., After begging Deft. To Represent Him/-w. The_ Prior Dismissal For Eye - with MIS-10 -N Absolutely, or F. Priors Inter CHECked matched -

8  Promise They (ha) Knew (he) Could win Said Case - but, After, half-way gaining Mis-Use of un-similiar low wasted Prior Priors, purportedly, convicction

9  Deft-S Confidence, (they) Stalled-Around (keep delaying Until the Judge demanded that use J5/6/14 - violation) -- Forth Full violence-At-a cost / — A - B, Attached At rest of Pet-

10 (he) Convince Deft. To waive Time, Too un-necessarily - - - See The Attch Exhibits No. Illegally Sequesting Intended Ex-w-in-a-rack Holding Roll Before Preliminary Briefs

11 Claim Two: The D.P.D. Flatly Asserted/Stated in closing Arguments That Defenses but, only For The Purpose-of-Peeking - - Any Admission By County Is Sure conviction

12 -Definately, The Perpotrator In That Bur, Att. Only Stole - Cap - To Facilitate Got-away Flat/in/that D.P.D., After Being fully advised/in/enced/Flatly refuses Bring-in info of Priors-dismissal/Same

13 Supporting Facts: There have been many Show of desreperds For Deft. Rights To - The Very info of An un-related Prior in similar Prior To Scotery A 73? Assumption, only

14 A Fair Trial by A Partial Jury -w. The Addition of the Fact(s) That (he) Absolutely, No Burden or to-do with, out of order factors (No state evidency dig. no smoke at bull sucked up

15 Flatly refused To Bring-UP (in the Most Crucial /Pertinent Facts Surrounding -other un-common Frevolent Non-occurance at- See Exhibit No. A-B

16 the Very MIS-10-N Prior Dismissal of Charges For Same-N. The Peculiarities Of the

17 Claim Three: None Others Were Touched-UPON by either Trials D.P.D. Or

18 And the Co. Solicited Counselor - Both, of-which, Showed great DisInterest;

19 Supporting Facts: See The Attached EXHIBITS At Rear, For better details.

20  _____

21  _____

22  _____

23  If any of these grounds was not previously presented to any other court, state briefly which To That Aff; Definately The Finger Priors listed Did not match the ones for Ang w (connected)

24  grounds were not presented and why: Absolutely, Nothing-N were said about the MIS-10 - or that Dept was, nor in the possession of of any such property

25  The Claims above Were too haphazzardly Done By the D.P.D. And The, Would-Have-

26  Been Appeals Counselor - - - Who, also, had County's interests-At-Heart and only. half

27  Heartidly raised The Psychological State of-Deft. - - As the D.A. Wanted, started - - - - Partially -See Exhibit

28  -N. Z small Stab-At Effective Asst. Of-Counsel or (Some-how, The Ct. only Ruled on Some or Any 9

(P. 7)

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3  of these cases: ~ A.Info. Pseudny Solicitor-But, Dof. No Recorded Recorfg v 6 N:-
~ Miranda vs Arzoez, (1966) U.S. SP.CT. RPTS. 3nd Pg ook
VJC Rights severly violated-- USC Ames 1 - 4 - 5 - 6 - 8 - 14:

4  Douglas vs Calif., (1966), U.S. Supreme Courts Reps. ? /Pg, & Peo. V. May.

5  Sden, (1970), 2 C. 3rd, P.118; Peo. v Molina, (1977), P.2d, P. 544; Cuyler v. Sullivan,

6  (1980), 446 U.S. P.335; Peo. V. Massaro, (2003), 155 L.Ed.2nd, P. 714/ Peo.V. Johnson, P. 854.
(1950), 222 P.R., P. 335; Peo.v Love, (1961), 16 C.R., P. 777; C.F. Peo. v Parmelee (1934), 138 C.A.

7  Do you have an attorney for this petition? Some/Ans, Also posted/ Unk.    Yes X    No X
on decided/come.need-pees

8  If you do, give the name and address of your attorney: ~ So.Cce.(o-)
~ Mark Popov-Campari - D.P.D - Atty-Affcer ~ David A. Martini, Esq. Atty-At-Law -

9  The Dep.A.b.Def. OF 220 W. Mission St, San Jose/ Appls. Cuslt. OF 622 Lraunzria Lane, Ala. Cal.

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in

11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct. To The Best OF

12  my knowledge-n- beliefs-n-2s to those belief on my Info, only I, also, beleveto be True!

13  Executed on  1 ot  14  08        ~ JAMES EDWARD THOMAS -

14       Date                  Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27       (P. 8)

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS, JAMES EDWARD                )
                        Plaintiff,  )    CASE NO. 04:08-CV-1778-SBA
                                    )
    vs.                             )    PRISONER'S
                                    )    APPLICATION TO PROCEED
WALKER, J., WARDEN OF C.S.P. SAC/FOL)    IN FORMA PAUPERIS
                                    )
                        Defendant.  )
_____)

I, James Edward Thomas, declare, under penalty of perjury that I am the plaintiff in

the above entitled case and that the information I offer throughout this application is true and correct.

I offer this application in support of my request to proceed without being required to prepay the full

amount of fees, costs or give security. I state that because of my poverty I am unable to pay the

costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name

and address of your employer:

Gross: N/A                    Net: N/A

Employer: N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary

(P. 7)

1    and wages per month which you received.  (If you are imprisoned, specify the last place of

2    employment prior to imprisonment.)

3    *I only worked for appx. Two (2) weeks in Jan/Feb. of 2001 M/for Media*

4    *One Advertising Agency — At 81 N. 2nd Street, San Jose, Calif. 95112 - - -*

5    *Don't remember correct Amts. of payments - but roughly — w- sentence apx [600.00]*

6    2.     Have you received, within the past twelve (12) months, any money from any of the following

7    sources:

8       a.     Business, Profession or          Yes ____ No ✗

9           self employment

10      b.     Income from stocks, bonds,       Yes ____ No ✗

11          or royalties?

12      c.     Rent payments?               Yes ____ No ✗

13      d.     Pensions, annuities, or         Yes ____ No ✗

14          life insurance payments?

15      e.     Federal or State welfare payments,    Yes ____ No ✗

16          Social Security or other govern-       *- N/A/No -*

17          ment source?

18    If the answer is "yes" to any of the above, describe each source of money and state the amount

19    received from each.

20    *N/A.*

21

22    3.     Are you married?            Yes ____ No ✗

23    Spouse's Full Name: *N/A.*

24    Spouse's Place of Employment: *N/A.*

25    Spouse's Monthly Salary, Wages or Income:

26    Gross $ *N/A.*       Net $ *N/A.*

27    4.    a.     List amount you contribute to your spouse's support : $ *None*

28        b.     List the persons other than your spouse who are dependent upon you for support

1  and indicate how much you contribute toward their support.  (NOTE: For minor

2  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

3  N/A.

4  N/A.

5  5.   Do you own or are you buying a home?        Yes ____ No X

6  Estimated Market Value: $ N/A.  Amount of Mortgage: $ N/A.

7  6.   Do you own an automobile?                   Yes ____ No X

8  Make  N/A.  Year  N/A.  Model  N/A.

9  Is it financed? Yes  N/A  No ____  If so, Total due: $ N/A

10 Monthly Payment: $ N/A.
   ONLY HAD A VERY SMALL AMOUNT USED FOR SSI CHECK CASHING AMT. UNK?

11 7.   Do you have a bank account? Yes ✓ No ✓ (Do not include account numbers.) UNK.

12 Name(s) and address(es) of bank: BANK-OF-AMERICA 125 So. MARKET St ?/NEAR

13 THE CO MUSEUM-OF-ART / THE FAIRMONT HOTEL / CESER CHAVES'S PLA 22/WELL FARGO BANK, S.J. Cal.

14 Present balance(s): $ UNKNOWN MUCH-TO SMALL TO BE ADEQUTE TO PAY FOR CL. COST/ANY
   THE ARRESTING OFF (WINCO) DELIBERATELY STOLE/CONFISCATED (IS)OF MY $1800.00 CARRIED ON MY
                                                                           PERSON
15 Do you own any cash? Yes ✓ No ____  Amount: $ 1800.00
   DEFINATELY NOT AVAILABLE I HAVE TRIED IN/FUTURE!!

16 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
                                                              — No REFUSED TO
                                                              HOP ON BK SHEET
                                                              AND/OR P.P. ?
17 market value.)  Yes ✓ No ____                               SEE ATTACHED EXHIBITS AND
   $400 / 168 / PAW 66.00      (12-11-04)     - N. DEBIT - THE A-OF- RESIDENCE CO KEEPS
18 I HAVE FUNDS OWED CONFISCATE FROM (ON MY 2 YRS. IN 2003/ BROKAGE, INT. OF PRESCRIP. CONGLSS

19 8.   What are your monthly expenses?

20 Rent: $ NONE (WARD-OF-STATE.   Utilities: N/A.

21 Food: $ N/A   Clothing: N/A.

22 Charge Accounts:

23 Name of Account          Monthly Payment          Total Owed on This Acct.

24 N/A.                     $ N/A.                    $ N/A.

25 _____             $ _____              $ _____

26 _____             $ _____              $ _____

27 9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom

28 they are payable.  Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA        (P. 1 A

1   Only A very Small obligatory Prison Mis-Inadvertly Acquired I OU. For the

2   lost OF State Lib. Book Temporarily in my Care.

3   10.   Does the complaint which you are seeking to file raise claims that have been presented in

    Not entirely   No New suit IS Contemplated At this
4   other lawsuits?                     Yes ___ No ___   Time, only concerned
                                                    with Trying To Right An
                                                    Too Atrocious Wrong.
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6   they were filed.   No Suit Contemplated At This Time.

7   N/A.

8

9         I consent to prison officials withdrawing from my trust account and paying to the court the

10   initial partial filing fee and all installment payments required by the court.

11        I declare under the penalty of perjury that the foregoing is true and correct and understand

12   that a false statement herein may result in the dismissal of my claims.   yes But very diligent No Funds.

13

14   /04 14 08/                           James Edward Thomas.

15   DATE                                SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number: _O4; OS-CV-1778-SBA_
_- US Post For NTN D- of C2G -_

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Avcilable: None - No Funds here-in_ for the last six months at _C S P At Sac/Fol., Reprise, Celif_ [prisoner name] _Thomas, James Edward / F-21197_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _None. / /_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _None. / /_ .

Dated: _____
    _(07-14-08)_

_____
_Prison Officer is fully refusing to do Any_
[Authorized officer of the institution]

_P. 13_

(0)

ADDITITIONAL  REVELATION(S) TO
THE PROSECUTION'S DELIBERATELY,
WANTONLY RESORTING TO BAD-FAITH
WITH INTENTIONAL MIC-CONDUCT(S)
TO JUSTIFY A VERY TAINTED UN-JUST-
IFIED /PRE-FABRICATED CONVICTION
THRU DIRE TRICKERY/UN-LAWFULL/
ILLEGAL-USE-OF DIS-SIMILAR/-
UN-ALLOWABLE PRIOR RAPE CONV.
VIA/BY WAY OF EXHIBIT(S) NO.
"A"

PER( CONSISTING-OF-TWO (2) PGS.)

P. (4)

(I)

1. BLACK'S/DEFINITION/W/INS DEFINITIONS OF THE

2. (CALIFORNIA PENAL CODE(S), STATE LAW SECTIONS):

3. Expected- AS PER STATED/USED IN/FOR ALL (CITIZENS)-[Infor. mine]:

4. Thomas, H-C. USDCT. NRN. DR, CAL. -CN.- 04-08-CV- 01778- **-S.B.A.:

5. 459 C.P.C.; Burglary-In-The-First-Degree: "The Un-lawFull Entry

6. Into An Occupied Dwelling, In The Night Time -W- The Specific

7. -Intent To Deprive It's Owners Of (Their) Property Permanen-

8. -tly. But, In Order To Prove Same, The Said Accused Perpetrator

9. Have To Have Had The Shown Specific Intent That Larcency

10. Was, Definately, (His) Intent -N- Was Caught/Seen -In -The

11. Possession Of Said Intended Item(S) At The Time(S) OF APPre-

12. hension --- And, Definately Not Only An Assumptive Guessible

13. Possibility, How-Ever Slight, Due-To-Pass, Assertively Possible-- "or Numerous(S)". CBE Not-Shown-HE

14.

15. 220 C.P.C.; Assault-w-Intent-To-Rape: "Before It Is Even A Possibility,

16. In Order To Sustain An Accusational Charge, How-Ever-Ill-Feasable/Ra-

17. -tshinable, The Prosecutor Has To Show -W/o-A Doubt, That An In-

18. -truder/Accused Had The Specific Intent, Bent-On-Sexual Gratisfication

19. Only with (From An Un-Willing [Female] Victim, Against (Her) Will -N- Such

20. An Intent Has To Be Manifested By The Intentional/Menacingly Touch-

21. -ing -and/or Feeling (Her) Private Part(S). --- Definately, Has To Make Physical

22. Contact/or Verbalized -W/o- A Doubt (s). --- And, Definately, Not IF (He)

23. Get's APProhended In An Area, Some-where, Near A would-Have-Been, Burg-

24. -larized APt., Where An Intruder, Purpurtedly, was Observed, In Darkness,

25. Standing Away From The Foot-OF-A-Bed, Frantically Skywards/Up-N-Down

26. Side ways ---W/o-Any Contact [Bodily or Other-wise/No Verbalization(s)

27. was Reportidly Wearing A Light Green Top-W- A Black-N-white Base-Ball Cap-N-

28. Deft. Comes Alone, Trying To Avoid The Too (Always menacing/Closely Surveilla nce Pol. Dragnet

29. Get(s) Un-Avoidably -N- most Brutally Arrested -N- Charged For Same (Wearing A Dark

30. Grey-N-Pink Sweater -W/o- Any Head Covering, what-So-Ever/No Finger Prints From

31. Said Result, matched (His)/No Covering on Hands/was only Framed, Because oF A False Prior-" -Rape Conv.

1.
(CONT. FROM PAGE No.1, C.P.C. LAW)

2.

3. 647-H-I-J, C.P.C. Prowling/Peeping For The Specific Intent To Committ

4. Burglary: "As Cal. Law Now/Always Stand - In Order To Support-n-Sustain An

5. Accusation Of Mis-Contrued/Too Purposefully Entrapable Prowling-n-Peep-

6. ing For-The Purpose Of Committing Burglary, It Has To Be Shown/or

7. Definately, Proven That An Accussed Was In A Possition/Had-A-Clear View

8. 2t Any Such Peepable Object-n-Has To Be Fully Provable-w-Reliable

9. Eye-witnosses----It's, Too, Highly Un-Likely, That A/Any Deft./SpiteFully Acused

10. Of Any Such Peeping or Prowling only By Being Forced-In-An-Area By Too

11. Harassmentally/Too Closely Surveilling/Vindictive Police, For The Specific

12. Intent OF Creating Any Such Criminal Mis-Behavorial Mis-Conduct In Order

13. To, maybe-Some-How, Support A Re-Filing ON Those Dismissed Felony Charges-OF

14. Pseudo Burglary-n-220 C.P.C. Assumptions-w/o-Any New Evedente---- Where Deft.

15. Is Only Seen/Apprehended Walking ON A, Too Well Lighted Drive-way-n-The Said

16. Police Had Set-up on The Opposite Street Lying For (Him) To Re-Appear----Noting

17. That A very Strange/weird Party Appeared At The Prelim. Hearing Claiming That (He)

18. Was Parked Out-Front Next Door-n-Observed Deft. Place Arms/hands-w-Sweater Sleeve

19. Over Eyes-n-Large Black Bag, Peeping Thru An/a Fully Shaded/un-Peepable Closed

20. Window [Side]-n-Sky-Window over Front Door: Noting That Due To An Indep. Invest.

21. It was Learned That (He) was, At Least, (6) Houses To The No. Un-observable oF S. Side

22. And the Arr.Off. Swore Upsr-Down That (He) Saw Deft.... No Burgl. Tools/Def. No Prop. Loaded'' -w/o-Any Breakage/prop.has:

23. C.P.C.'s Lawful/Acceptable/Proper ID.: In Order For The Pros. To Prove That A [Any

24. Witness's ID: Is Clear-n-Convincing----".It Has To Be An/A Pochinable/Truthfull

25. Fact That Such An Eye-witness Has To Be In A Possition to Observ A Suspect In Addeg-

26. uately Light-w-obstruction So That The Said ID. Is Convincing---- Definately/Absolutely, Not

27. In Darkness [twice]-n-Being Placed In-Jailers Holding Cell-w-An Accused For The Purpose oF-

28. Coerged Assuratidity, Prior To-The-Prelim, And/or Selected after An Entrapmental

29. Re-Arrest on Over Due warrant/Claim (You) Saw-In-Court, But, Later Reveal That (you)
   Pros: Coerged Testim. As False, ALSO!!

30. were No-where-Around!! Plus, The Illegally Prior Rape Victim Franticaly Tried To Widraw (Her)..

31. (Fin For Now)  (Page No.) 16?  SAME/(T.L...)

(18)

ADDITIONAL REVELATION(S) TO THE
PROSECUTION'S DELIBERATELY/WAN-
TONLY RESORTING TO ACTS-IN-BAD
FAITH WITH INTENTIONAL MIS-
CONDUCT(S) TO TRY-TO JUSTIFY A-
PRE-FABRICATED/VERY TAINTED CON-
-VICTION THRU DIRE TRICKERY-W-
A VERY DIS-SIMILAR/TOO UN-LAW-
FULLY USED VERY DIS-SIMILAR PRIOR
FABRICATED CONVICTION, PROVEN FALSE!
VIA/BY WAY OF EXHIBIT(S) NO.

"B"

AS PER/CONSISTING-OF (5) Pages, IN (All)

(P.17)

(19)

04-14-08

1.
2.
3. THOMAS, JAMES EDWARD                    HONORABLE JUSTICE PECKUM, PRESIDING
4. F-21197/A-Y, 6TH Bld/P.S.U./B-SECT, C.120   C/O: OFFICE - OF - THE CLERK
5. C.S.P. AT SACRAMENTO/FOLSOM             U.S. DIST. COURT, FOR NRN. DIST. OF CALIF.
6. P.O.B. NO. 290066                       FED. COURT-HOUSE BUILDING AT
7. REPRESA, CALIFORNIA 95670-0066          280 S. First St/San Jose, Cal. 95113-
8.            C.NO. OH:08-cv-01778(R)S.BA.
9.
10.
11. Re: THOMAS VS. WALKER, WARDEN - Supt. Ct. N. CC-583911/1st Dst. Cal. App. Ct. H-030573/S-S56953-MP.
12.                                                                    -col. Supr Ct.-
13. Dear Sir(s)/Madame(s), Please be advised that in receipt/compliance with you request's via
14. two (2) letter(s) of, (04-09-08), I am writing to let/you know that I have taken certain, nec-
15. essary step to try to comply with your earnest requirement(s), with-in (30) days from -
16. (04-03-08), On/regarding my attempted to continue/certify my appeal to this great
17. Federal Court via your required/standing order of thru the great writ-of-Habeas Corpus-
18. -N-that was for me/deft. to foward you/this Court a verified copy of my Instit. Trust
19. Status record on/before (05-03-08)- or my, very meaningfull writ would be denied. Also,
20. I received (this/those) Communique(s), some-what, w-a false address-N-w/o- the forms
21. u.s. Stamped envelope that this Court stated would be in-it/enclosed-but, was not!. I just
22. hope that the letters are not completely fabricated ---- Just as CDC/Santa Clara Co.
23. is, too famously vindictively noted for?!; Plus, here-in, I include a short Synopsis/Run-
24. down of the humongus atrocilious deliberate Mis-conduct perpetrated on Deft. by the
25. D.A. Law Enforcement Agency of Santa Clara Co., -N-most co-operate state-of-Calif. The-
26. falsity of my vindictively, capricious-w- vehemous spitefulness to the paint-of-an-all out
27. effort(s) to deliberatly frame Deft. -N- covertly prevent (him) from appealing the very,
28. fraudulent conviction(s)-N-very erroneous charges, w- the overt intentions of trying
29. to psych-deft-out or make it appear that (He) is psychologically/mentally un-balanced;
30. As Per Dems. very Ill/Brutal treatment, Every-which-a-where/way, Simply -because,
31. I refuses to plead guilty or ask (nor accept-a-deal) to any/their trumped-up Ill-
32. Fictitious/made-up charges, just to please/make (their) job-a-wee-bit easier so they can
33. (they) are blindly, protecting the citizens, at-large. Plus, it can be fully noted that I am
34. Severely dis-satisfied-w-the Sa. Cle. Co. hired Appeals Atty. from Alameda, Cal.----- If there
35. was one(1), does not seem like-it to Deft. due to-his, too poor, showing there-on, suppos-
36. idly, on my behalf-but, just like the trials Pub. Def. (He) definately, had the County's
37. best interests-at-heart, After (He) kept assuring Deft. that (He) could win the said case
38. -w/o-a doubt-N- there would not be any waiver-of-time/He was prepared to-go-to trial
39. as soon as possible. But, after a deliberate wait (prolonging of the trial while just-
40. fiddling around trying to pressure-Deft-into a deal of (his) choosing, when the
41. Sup. Ct. Calender Judge realized they, too callous mistake of deliberately over-Step-
42. ping-the-u.s. Court Rights-of-Deft., said Judge very sternly/vehemently demanded
43. that the D.P.D. convince Deft. to waive time to help the Pros./Flatly refused to-
44. bring the real-N-most pertinent, deliberately coverted facts -of-the earlier dis-
45.                              (A-1)

missed-of-charges-because, the purported eye-witness claimed that (he) saw, in the dark, an intruder standing away from the foot-of-a/the bed wearing A light Green Top/ A Black-n-white Base-Ball Cet/wearing 14 hands Sky-ward/in appose-to-Deft's wearing of A Dark Grey-n-Pink Sweater - w/o any type-of-head Covering(!)/ Deft's Finger-Prints did not match any-of-the Prints taken From the, alleged burglarized Apt. Nor did Deft. have objects on/Covering hands-Plus, the un-disputed/un-deniable Fact that had been observed earlier Prior to(his) arrest by the, alway, Surveilling Police-n-at least (8) other residents in the immediate area, so similarly /un-similarly noted; Plus, the very Friendly Female right next door to where Deft was arrested, sitting-on-an-out doors toilet stoole, when (she) had just too eagly invited Deft. to come Visit (her) at (her) home [indicating] anytime I like/choose, always Welcome! -n- most important-of-all with (his) Failure to argue adequately why the very illegal Prior should not be Permitted - - - - Only a guessable/SpiteFull assumptive Attempted-Rape vs. a, would-be, Forced violent Falsely Prior Conviction-[later the Purported/would-have-been, Victim, went to great lengths/ Pains-of-possible embarrassment to let the Court Know that (she) testified erroneously/Falsely at each hearing/trials-n-that the D.D.A. (a-erged (his) into it, to win an easily conviction-because, She/had not been Raped/could-not/did not ID. No one -n-that (she) apologizes For (her) error- - - - So, brought-out in the cal.App.(his Indep. Investigation)/Did n't even question the False ID. due to/(under the too great, excruciating Painfully Forced Brutal treatment of the Deft. during said arrest by a police OFF. who had dealings-w-Deft. a few days earlier on N. 4th St., of which,(he) had to lock the Caucasian Willing Participant in (his) instigated Altecation/Plus, the un-disputed Fact that uno too mean/spiteFull Former Sexual unit Employee made it clear that (he) vehemently hated Deft. Passionately, where-as (he) has Falsely-n-maliciously testified at two separate trial against Deft. - out-wardly stated that (he) wanted/would get/keep Deft. OFF the streets Permantly/as long-as-possible/any ways Possible-because, I am a 290 P.C. Registrant /(he) too easily arrested Deft. For burglary (!), (02-05-03)-but, after Further Checking, there had been, absolutely, No Such Burglary -n-because of (his) hatred OF(all) accused Sex OFFenders (he) Flatly refused to dismiss the charges only dropped it to a Peeping (Prowling-w-Burg. Tool-Poss. (A Small thin-wire, He claims is used to Cer-Tack Auto's-n- the D.D.A. refused to admit any, so, prior Called Victims or the/any Eye-witnesses/The Jury quickly Convict-w-entrence of Repe And most damaging OF all the D.P.D. stated in closing arguments that-w/o-a-doubt, Deft. was the one in that Burglarized Apt-but, only For-the-Purpose of "Peeping"/ -n-indicated that Deft. Probably took said Cap to Facilitate(his) get-a-way ** Plus (he), Also Flatly refused to bring the many other conflicting, most Pertinent Fact to the Jurys a attention-eg: why the last arr. OFF. did not specify (their)too close/entremental Surveillence For the Purpose of the best-opportuned time of Serving an overdue re-arrest warrant /where (he/they) truthfully observed (any)t. Deft./why (he) gloated over (his)un-authorized/un-miranized questioning of Deft. about why (he) had to leave (his) residence- - - - "what's was the matter, TV- Broken-n- you don't have anything(s) to look-at? I was/Still am wondering who Boobs-trapped(it)? No ask OFF. Vinco why (he) stole Deft. Funds Flatly refused to Record on Truth-Accts./in P.R.? Saying I will-here- To bring-up an Appeal-Mm. Imp.-!! Plus, the Appeals Atty- Just like the admitted Co-Psychiatrist who Falsely claimed to re-present Deft. in (1998)-n- 2003-msdmt. case only wanted to discourage Deft. by stating/indicating: "He had to Eat Like Everybody Else/you-No-Bit-the-Hand(s) That Feed you!" All these-n- more atrocitious/dis-regards deprived. Deft of (his) U.S.C. Rights- 1, 4, 5, 6, 8-n- 14 AMDS!

BY-WAY-OF EXHIBITS - ADDENDUM NTS-CONDUCT-OF-INTEREST:

Re.:   THOMAS VS. WALTERS, WARD. - CN. 04·08-CV-01778-SBA·

JUSTIFYIABLE AND PERTINENT, DELIBERATE MIS-CARRIAGE(S)-OF-JUSTICES, PERPER-
TRATED - ON-DEFT. MALICIOUSLY BY D.D.A. THAT SHOULD-HE BEEN RAISED AT TRIAL/ON APPEAL

OVERT FACT(S):

To The Honorable Presiding-N Associate Justices of the US (Fed. Dist. Ct, Nrm Dist. of
Calif. Please be further advised that DEFT I am an indigent (incarcerated inmate - w/o
adequate access-to a law library/legal research-w/o too many obstacles/stumbling Blocks to
be, any-where, near the possibility of adequate access-to the courts, From a Jail/Prison cell
---- Minus, your request for Deft. forwared this court a signed (verifyed) statement of (his)
Trust Account For-to-verify (His) indigency status, before (05-03-08); writ has been already
filed pending receipt of same, for scrutiny-N your-disposition ---- very hopefully (you)
allowing (me) to proceed-in-Forma Pauperis-N correcting A wronged (unlawful,
dispickable atrocitious WANTON act/deliberate mis carriage-of justice -N staunchly
up-holding the guarenteed rights of (All)-Citizens, be-it-he a convictor-not? It was
also, indicated that if I failed to forward the necessary verifyed copy of My Trust
status, My Petition may/would be denied. Therefore, rest assured that I have taken steps
to facilitate matter to that end-N- if there is no deliberate hinderance(s), maybe I
can get-it-to-you before (05-03-08). Otherwise, I too emphatically believe/know
that I have much more than ample/justified reasons for this court-w/o-any doubts,
to readily accept/grant-N- act very favorably on My dire assessment of (All) the
wrongs-done-against me --- purportedly-in-the-name of/for the purposes of some
one(s) pretending to-do-an amicable job (using its notoriety to gain an advance-
ment, regardless of its law enforcements agency's deliberate mis-treatment of
one (1) of their residents. And, clearly noting - as many a time(s) they have surve-
illed me extra closely-w- mucho harassment-n- unlawfull threats of-leaving the Co-N
the state, because we/no-body wants-you around - every where should check to see if there
had been any criminality by/at the places (they) observe me frequenting (going, (they)
have yet to find any such crimes there in/on/by - but since I am so dispickable
betays of that two false conviction of Rape --- (which, now, I hope has been cleared
up? Not-with-standing any Moral Turpentudnel Act against a female-N small
children is considered to be vile A --- too reprehensive-especially, when considered
to be done by force-n-violence(s)a--- regardless if it is true or not. Plus, the D.A.'s
office is out front known to be, deliberately/wantonly-N- criminally tampering-w-My
Mailing Rights-both in-N- out of Jail/Prison. It might be feasible (partly acceptable
if I were guilty/committing some forms of Mailfraud for the Fed. Authorities to screen it
for any detrimental parts/intentions - but, to deliberately deny Deft (his) guarenteed rights
Just for spite/vindictiveness/harass mental pressure because Deft. won't accept/ask for no
deals for to run-his out of the state, is far too insanely criminally acceptable. Therefore,
if the said communique I received-w- a fictitious Address-of oakland- is any where near
correct/feasible --- then, I put my trust/hopefully a good scrutinized acceptance/review
granting (all) aspects for Deft. Contentions-of-Malicious depreviation-of-Due-process-of law
-N-Deft. shall forever pray that this court will find more than ample reasons/(grounds + o/for
A Reversal-with the options or no further Jeopardy of A new Trial, in the interest of

CONT.

expected ordered/guaranteed justice. And, incidentally, the D.D.A. who prosec-
uted that Misdemeanor trial(s) in (03/03)—who—say, so-called, would-have-been,
victim(s)/no reliable eye-witnesses.--- refused to come to court—n—another the
said D.D.A. informed the Judge, during jury deliberations, that the other, would
-be witness made too many conflicting statements—plus, he didn't want to testi-
fy, but, was deathly afraid of going to jail—on a minor traffic stop—hence his
too readily availability to the prosecution. And, for what-it's-worth, (he)-
also, blatantly let-it-be known that he was the one who solicited that Co-
Psychiatrist to pretend-to-be/act as Deft's Appeals Counselor in an attempt to
try to find-out-about me—n—stop that Msdmnr. Appeal—because (he/the D.A.)
felt that I bested him/he botched the Job · It, also, readily appears that (All)
the pub. Def—n—that/those, would-have been, dedicated Appeals Counselors
only wanted to do was gain your Confidence/dissallusions you/one(s) so
you would give-up-n-2sk/accept some kind-of-a worthless deal(s)! And, be-
lieve-you-me, I had far too many D.D.A. approaching me trying to persua-
de me not to go to court or contest-the-said mis-leading/fabricated charges
—Just like all-during the proceeding in the last parcel Sham-of-a, wou-
-ld-be trial. But, not as bad/completely-as- bad as that last Msdmr. trial of
(all) substituted, purported victims/Pol. Mr. offs—n—eye-witness, and would
believe-it, ever, that the D.A. Flatly refuses to allow Deft. to appeal those/the
overt fabricated/delusional convictions! The Appeal Process was, supposidly
begun, (03-20-06)-n- on (10-10-06), I was too hastily/forcifully remove off
of my emprisoned main line status—n—unknowingly house in Ad. Seg—n—
told that I was being released to the community very soon—but, kept be
-ing moved to lock-up to lock-up, there-after certain inmates kept demanding
to be housed-w-me-n-for no apparent reason they would start an altercat-
ion for Just kicks/prove (their) toughness—one even claimed that some
new bald-headed Sgt. told (him) that (he) should beat the living s---t out
of-me/no one liked me! Then (all) those persons from the Co.b. Enf. Agency
—of-me/no one liked me! Then (all) those persons claimed to be-definately-did not
especially, that one off., who-ever he claimed to be-definately-did not
appear-to-be Pol-off. O'Brien's, appeared wearing (his) gun Scarbord, as in/
at trial, came straight to the Cell that I was forced to be housed in/Pulled
(cell partner out, took (it/him) down near the shower are, he-n-another,
must have given (it/him) A-Pep-Talk, because (he) returned (all) bent-out-of-
shape, ordering me to vacate (his) cell or else it would happen Just
like it did with the other Friends (alices of (his) did · That when (all) the
knock-downl/excruciating drag-out started-n- if for no other reasons
than to-see if I were breathing/a blood pressure check/Just a temp. check/
to be Psycho Eval./un-law full med. test or Just to get a wiff of late-
night cold/snowy air! All the while Overtly-n-Psychologically Har-
assing/mentally belittling Deft-to-no Ends, then-· Oh! So, Candidly
Soliciting Other inmates to ask Deft. how much was some suit going to cost
the County? After about (6) months (they) decided to send Deft. to this maximum
Security Inst. For E.O.P. treatments, again, claiming that I would-be re-
leased very soon. But, after receiving too many of those Atty Gen's re-
quest from an un-supported continuence-n- the off-the-wall way that Co.,
hired/D.A. supervised Counselor kept wanting (me) to believe I lied to (him)/
No-way, Jose! All (he) had to do was invest. like the court did-w- start. revelatio
(Pg. 2)

1. 
2. 
3. F-, all above Mis-use-of-Power/Overt mis-Carriages, deliberately,
4. -of Justices -n- very Factural Revelation(s) ---- of which, Can be Amicably
5. Checked-out/Just like the Appellate Ct. was Supposed to have Conducted in
6. Indep. Invest. -w- very Startling Further Favoritable Factural Clear-ups. And,
7. Since the D.P.D. Flatly reFused - Just as (all) the, would-be, Appeals did-to Pro-
8. duce a workable -n- adequate DeFense - because it was too very Apparent that
9. (they) had the Co./D.A.'s Interest-At-heart, only". ---- No Gains, No Pains".
10. No Work For the Master- Even In the Rain, No-Get-Paid, Every Things Remains Same".
11. And unless This Court accepts DeFt.'s Conflict-oF-Interests Contention, No-Can-
12. raise additions most Pertinent grounds, Therefore Deft. Brings (hem) to Courts attention-
13. a). The Flat reFusal of Co.D.P.D. to bring to the GIS/Jury's attention -n- appeals Ct., the Fact of
14. the Overt Mis-Id -n- dismissal there-for-w- the gross entrapmental re-arrest-w-
15. a Fictitous New Msdmr. Charge, Purely Fabricated - Where as, the, So-Called Witn.
16. Claim that (he) only Observed an intruder, in darkness, standing away From Foot
17. of bed waiving hand Sky-ward Frantically -n- only assumed that (it) had on
18. his old B.B. Black-n- white Cap-who- an inspection, there-oF- wearing A-
19. light Green Top-n- aFter DeFt. was inadvertently arrested Some where in
20. that area, trying lose (his) too ever Present tails/the main reason, apparently,
21. why (he) ConFirmed (his) glimpse-in-darkness ID., was because the Arr. oFF. was deliberately
22. Brutaliy Mis-handling DeFt-n- the 290 Pc. was revealed- hence the guessable Att-
23. empted Rape- his-an Jail-Cell re-aFFirmation OF one-man jin Shackles, Show-up-
24. b). The charges included a Convenient 220 C.P.C., to add Credence to the only other
25. too Petty/un-thinkabe theFt-oF-a Cheap B.B. Cap-who- any indication/ProoF that
26. DeFt. had (was) in Possession of Same---- Not Possible (all) the Apps. (5) resi-
27. dent-s-n- tailing Police Should attest to that true Fact, Since I Wore the same
28. Clothes a Few minutes Prior-n- deFinately had on a Dark Grey-n- Pink Sweater
29. -w(o-any) head Covering or Nothing s-on- My hands Prevent leaving any
30. Fin-Prints - as the Det. wanted to KeepForcibly taking More because other No-Match"!
31. And the minute (he) yelled out, the Intruder, Supposidly, quickly Fled-n- aFter
32. very Cautiously waiting to see iF it was SaFe, (he) slowly approached bath-
33. room, Found-it-to-be-Empty (dressed in darkness /called Police, inFormed oF
34. Some intruders Presence /leFt via Front door /aFter all the time lapse, he saw a-
35. Person Speedily running down Street inFormed Pol. of Same-n- aFter (they)
36. Started Searching, every-which-away, (they) got an urgent Call For (hem) to
37. Please remove Party From Out-doors toilet, the OccuPant wanted to use it: ___
38. Noting - the Sit-in- Charge very Seriously rejected (his) (his) Follow-uP Conf. ID".
39. c). Here; it is only Fair to mention that the ability to See Clearly, is Considered
40. Acceptable as A Possitive/reliable I.D. at a Close-enough Proximity, deFinately,
41. No in darkness -w- Police's Show oF Great Brutality -n- Un-authorized inForming of
42. DeFt.'s too disPicable 290 C.P.C. Status/One-man Show-up in Jail Cell, where
43. DeFt. had maximum Security Status, always-in Shackles/Not Supposed to be Called
44. -w- any others un-less Similarly Chained! And during the trial the Judge
45. Wantonly/Un-authorized, allowed the DA.to enter a Prior Rape to Illegally
46. Support only a Pre-Fabricated/Guessable/too SpiteFully assumpted 220 P.c. only
47. -No way Provable/the charges has to be Same-Not Just any Moral small TurPentudinal  —one??
    police inequities".
48. d). And it was revealed that the Fabricated (hearsay) Wit. was Proven False testimony -oF-
49. There Fore -w- just a Very Few oF the Mis-Carriages in Bad Faith, DeFt. relys-on- this Case, very
50. knowledgeable Scrutiny-n- Fairness-oF Adjudications, For the Fairness oF Justice, To all

APRIL 11, 2008

3. THOMAS, JAMES EDWARD
4. F-21197/A-2-y, L-Bld./P.S.U./C.N. 120
5. C.S.P. AT SACRAMENTO/FOLSOM
6. P.O.B. NO. 290066
7. Repress, California 95670-0066
8.

THE HONORABLE JUST. PECKUM, PRESIDING.
Cb: THE-OFFICE-OF-THE-CLERK
U.S. DIST. COURT, N.R.N.D. OF CALIF.
Federal Ct. House Bld/280 S. First Street
San Jose, California 95113----

9. Re: THOMAS VS. J. WALKER, WARDEN, (2008), U.S. DIST. COURT, N.R.N.D. CAL: C/N-04-08-1778-cv-SBA

10.

11. Dear Sir(s)/Madame(s):

12. Please be advised that (I) have just received (your) most welcomed communique(s):
13. (2) each, on/about (04-10-08), and (I) am, some-what, relieved to learn that (you)(your)
14. (Court/Dept.) is/are contemplating on, possibly, accepting/setting some For a neces-
15. sary hearing-n-prompt disposition there-to, pending receipt-or-(your) Rqst.d.
16. proof via certified/Staff verified Inst. Inm. Trust Account to show (your) indig-
17. ency status so that we can/will allow (you) to proceed In Forma Pauperis Affid-
18. avid as to (all) Ct. incurred costs, in according-to-your Whit-of-(ertific-
19. ation-n-Furtherence of Defts pending appeal. Purportedly, In some Sixth
20. Dist. (2) Appellate Court, 333 W. Sa.Cla. St., S.J., C. of which, the stated location, I
21. very seriously doubt, same-because I am in/about that very grassy/R Red area(s),
22. also, very frequently-n-I have yet, to see/hear of such a court/or fictitious
23. Suite No. where as, Deft. is/was accurately dis-satisfied-w-the lower, seemingly,
24. Phantom Cal. Appell.-n-both, would-be, mis representing counselors: The D.P.D.
25. a/for the trial-n-that out-of-county solitation of, some would-be counselor
26. of Alameda, Cal, who by (his) non-action(s) seems only wants to follow thru
27. with the Co.D.A. ploy of only trying to make Deft. appeal too mentally un-bal-
28. lanced/gravely psychologically un-fit or completely, out-of-it. Because, each-
29. -n-every times that Deft. is taken-to-Co. Jail, the Det's-n-D.A. conspires to
30. force (him) into a psych-ward-w-mucho needles/psych medication(s) way pass-
31. the allowable limits!---In hopes that Deft. would be prohibited from part-tak-
32. ing/with (his) case/cause--- Usually, a weirdo type pure fabrication anything(s)
33. just for continued harrassmental purposes-such as; purposely tampering/illeg-
34. ally seizing/confiscating (all) Deft's mail, too overtly/falsely returning same! It
35. appears/so (he/they) stated that (they) are, very desperately, trying to-get/charge (me)
36. -w-some, very imaginary intimidation of witnesses! And, it goes-w/o-questions
37. that the D.P.D. had only the county's interest-at heart in mind for-when any
38. so-called, dedicated counselor over-steps the legal fairness due-to-a client-n-In
39. (his) closing arguments, willfully tells a/the Jurors that: It is a fact that the
40. Deft. was the party in that burglarized Apt.-w/o-any doubts-But, only-for the
41. purpose(s) of peeping---indicating, that (he) only stole the base-ball-cap to facilitate
42. (his) Get-Away! Now, here is a, wanna-be, law abiding Co. resident sworn-to-up-
43. hold the law, as prescribed/defined by the Court-n-D.A.! Man! Houdini never
44. had it so bad! That, magically inclined Co. Tax-Payers/D.A. supporter will, most
45. definately accuit Deft.-n-Specifically, wish (him) well, in H--l-w/o-bail-n-A-Tail!
46.
47. Especially, since the pros. made a point in arguing that Deft. was/is a very
48. chronic petty theif-who only steals very small/insignificant things-For-A-cheap-
49. thrill-n-too strenghously claimed that Deft's cheap L.watch was stolen-But, (he/
50. (they) couldn't figure-w-where-From, since-No Burglaries/theift accured-n-the
51. Sd area(s) Deft. frequented! That, in-itself, is considered mis-conduct def., In-Bad-Faith!
52. Absolutely, No un-supported crim. activity can be brought before any Jury-w/o-proof-un-
53. less it's a Grand-Jury! And Deft. Has more than ample good cause/ground(s) to support a
54. conflict-of-interest-of-counselor(s)-especially the D.P.D. who literally begged Deft.
55. to be allowed to represent same, under the very pseudo-pretences of A-sure-win!
56. of which, was just a farce(sham-of-A-ploy, In that (he) flatly refused to bring to the--
-(Sider-n-3)-

Thanks-To Some CA. Indep. Investigators — True Facts were Cleared-up/revealed

attention-of the Jury/court, the real reason why the very Fictitious Police too readily Pure assumptive/only guessable useful Ploy of some, very Spiteful Imaginary CPC 220 trumped-up allegation because-of Deft.s Failure/prior refusal to 2sM/accept a/any too worthless/interim matin deal --- hence, the two+n att. off. very overtly exerted very Extruciating Brutal Force in Front of the Eye-witness, there by Solidifying (his) False Id. - In that (he) adamately, claimed that the Party (he) saw, in - the-darkness, had on A very light Green - Top-+. (his) B.B. (20, of which, the Attnd Sgt. in charge quickly dispelled-n-refused his tainted/falsely Id. indicating Deft.-n-as usual, the D.A. Flatly Rfd to dismiss altogether -n- dropped same to Peeping-n-Prowling-but, completely-w/o any Proof, there-to! Especially, since Deft-was under very heavy surveillence, of which can attest-to-the Fact(s) that Deft. wore dark Pink-n-Grey Top, definately -n-true Fact(s) H's-out-Front, (he) meant only to make sure Deft. got convicted -n- only the D.A.s (as interests-At-Heart! Another know Fact--- As was too evident in the Fictitious (6)th C. App.(his) cause-because, the Atty. Gen.-n- D.A. kept delaying the proceedings with any excuse(s), some-as-was done in Superior Ct, to the point of-going way Past A Speedy-Trial Guaranteed Process -n- when the master Calander Judge Feigned (their) callous Mistake(s), (he) very adamately/Forcefully told the D.P.O. to assure that Deft. waive time, So that the Pros. can Prefer For trial----At such-A-Belated time -n- after that big confrontation-n- heated argument between Deft. +- the Secreted would-have-been, Eye-Witness in the Jail/court Holding Cell -n- which was Not supposed to have happened-because, Deft. was (is always given very High Jail Security) simply-For-harrassmental Trysts,-n- the acting D.A. purported, to Act-for the said, worthless D.P.O.-n- clearly stated; that there would-be yet, another (continuance whether (I) liked-it-or Not!. Plus, That un-caring D.P.D. Had-The-Audacity To Tell Deft. that (he) had to Raise - all - the -intentional Fact/grounds on Appeal ---- Near impossible! No can safely Do-unless (he) lays - the - Foundation or /2nd this Ct. accepts (his) very Factural allegations of A Conflict-of-Interest(s) of, would-be, too, mis representative Counsellor(s), as above stated/too easily verified. As to that, very Fictitious/advantageous/sudden appearance(s) A (mr/ms) N. Kroeger, who very Falsely Claimed that (he) was sitting right next door-in (his) Auto-n- clearly observed Deft. Peeping Into that too well shade-covered side-window -w- (his) hands/arms -n- baggy Sweater-n- Very large Black Tote-bag over (his) eyes/Then Proceed to the Front door-n-Re-Print the Sky-View window, Fr above the Door; Funny! Must-Have-Been Some things! That Deft, as he claims -didn't want-to-see/-n- Deft Carried, absolutely, No Tools/Crow-Bar or handy-Stop-ladder in said Big Bag to Facilitate any/No Probable Access to the very high Sky-view window /Deft. Passes thru said area, also daily on business. Plus, the noted Fact that Deft. was Arrsd. while walking on-A-Dt. Way, only-n-nowhere Near any Doors/windows, Only trying to see where that too closely Following/harrassmentally Motivated Fleet-of-Pol. vehicles went-to, desperately trying-to-Avoid Same. But, the Arr. P.O. actually gloated over the Fact that (he) knew Deft 6d/wkng. TV. Has-been Booby-trapped so that Deft. had-to-Venture-out-n-be caught/in their Web-of- Purposefull Entrapement, under the pseudo excuse-of- waiting For the best Opportuned time to Serve tolefoo' warrant/also, that (he) was the one Observing Deft. Peeping out-Front From (their) Position-At-rear-of-the-residents, of which, they staked-out the rear motel awaiting Deft.s re-appearance(s) -n- (he) deliberately stole 1500.00 off my 1800.00 on Person -No log-it on P.R. at Deft.s Booking log/short -n- definately, No THEFT(s) Rfd. In Area. Plus, Deft. is very Familiar-w- SJ. SBS. Arena because, (he) was vehemently denied a cheap (14) dollar Advance Ticket-to-view (ms) Micn. (Kwan's-n- Troupe's Ice-Capade show, there abouts-n- Forbidden From corresponding-w- (her) via Jail mail. Card(s) were too Falsely returned as "unacc"

P.S.
(Side A)

And the Clincher Of absolutely, No Criminal violation(s)/what-so-ever - Proven or other wise Bldg.'d etc to Deft.s Presence(s), Thru all the other times Deft. was harrassmentally Stopped/Detained/Searched/-n- very strongly, To-Get/leave the Co.-St.-Areas, etc. Deft. Has been escorted (him) around -n- away, For his own As right of w/in (him) Pict.-n-in-r- Air. And simply, moving around/hands away From Foot-of Jail/occupant/Ps touch(ed)/abised. etc -n-r- 2nd, by

(left margin continues)

And since the Co. D.A. was so bent-on deliberately passing over Deft. using a warrant as bait -n- making sure Deft. had-to-leave very strongly, To-a-T/So-as-to 2gross Entrapement. Finally, that illegal/prior Rape/wld. -n- Test, many should-not-have been wood-Hur-been slanged Victim wrote/Paul (sends-of letters to The CA. Gov/less-n- the CA. Fresh (curr) curely/law By/or etc.

2. Thomas, James, Edward

3. F-21197/A-Y, 6old./P.S.U/C.N. 120

4. C.S.P. At Sacramento/Folsom

5. Clo.: P.O.B. No. 290066

6. Represa, California 95670-0066

The Honorable Justice Peckum, Presiding
Clo.: The-Office-Of-The-Clerk
U.S. Dist. Court, Northern Dist. OF-California
Federal Building/280 South First Street
San Jose, California 95670-0066

7. Re.: THOMAS VS. J. WALKER, WARDEN, U.S. DIST. COURT, NORTHERN D. OF CAL. 9/N. 04:08-1778-Cv-SBA

8. Dear Sir(s)/Madame(s); Please be advised that I have just received your most welcomed

9. Communiques (2) on/about, (04-10-08), and I was, some-what, relieved to learn that (you)

10. was/are contemplating on accepting -n- setting (My), too hastily prepared Petition(s) For

11. Furtherance of my pending Appeal via the method of the great Writ of Habeas Corpus, as is

12. specifically required by this great Court - but, are awaiting a very necessary document(s)

13. to verify Deft's Financial status. Plus, have accepted/Filed Same under the above doc-

14. ket no. (1) -n- holding (it) in obeyance pending (your) decision of whether or not to al-

15. low Deft. to Proceed In Forma Pauperis -w- Ct. Apptd. Counselor, much more competent

16. than either the trial Dep. Pub. Def. or that Co. Apptd. would-have-been Appeals Atty. Es-

17. pecially, both only had the County interests -in- mind, definetely, w/o- any Fairness to

18. For Deft. - - - Like; "I work-to-Get-payed / I expect-to-be-payed For The work I.

19. Do -n- one-never-bites The Hand That Feeds-(him/her)" & Similarly Quoted to

20. Deft. by 2 very determinedly solicited Co. Psychiatrist Of-a, make-believe Appeals Atty.

21. (1996-2003). Your (he) leg. letter informed Deft. that (he) had to Forward/the/this Court a

22. certified/verified copy-of- his Inm. Trust-Account Form/Print-out, in order For the

23. Court to very Deft's. status-of-indigency and/or to show that Deft has no readily avail-

24. able Funds/valuables - Plus, any great Massed savings, on-the outside(s). The said Form

25. was included -w- my/the original Petition requesting the certification of Deft. cause to the

26. Court For any (all- or no consideration -n- to justify granting of a very necessary hear-

27. ing -w- possible, a Redress-of-wrong(s) -n- to settle -an- important question(s)-of-law, too

28. deliberately/severely violated, covertly, My/Deft's const. Rights - e.g. 1st/4/6/8-n-14 Ams.

29. which are guaranteed as an absolute right to (all) citizens. . . . Be-it (he/she may, a convict or

30. not. Also, this tribunal/Court should be fully aware that it is, virtually, near Futile /an

31. un-necessary hardship to try -n- do any type -of- legal work From a Jail/Prison cell

32. For too Much Psychological pressure, too definately by many stumbling-blocks -n- trickery of too

33. very spiteful/vindictively deranged individuals and/or Crim. Insane/wayward Pests! In

34. some/most cases such un- necessarily ill-treatment is caused by the said Co. D.A.'s/Dep's). The

35. Additional Inm. TrstWds requested Form-Plus, some very pertinent useful info. via

36. A supplemental Petition of a more clarified nature - because, both the Co Apptd. counselors

37. intentionally omitted the most revealing/contradictorily, pertinents points/Psuedo Fabricated

38. framework of a too clear Farce-n- sham-of-a trial/Appeal maliciously/feverently. The said

39. intentionally omitted revelations are more than adequate to warrant/support a reversal

to the too many Fraudulent accusation/(and very Fictitious convictions) Many-a-times!

Even the mere ground of overtly mis-representative -w- clear conflict of- interest of the

trial-n- would-be, Appeals counselor (s) is much more then adequate grounds to justify reversal!

That's IF there was an Appeals Atty. (Appeal) Not-with-standing, Deft. has yet to see/learn-of- any

40. cel. 6th Dist. Appls. Ct. in San Jose, neither the S.J. Arena/Nor any Court I know uses a suite no. (!!?

Since I-am (was), too Frequently-in/out/around the said area, almost, daily. . . . Either, like Rome,

it was favorously Built-over-night"! Plus, the overt Fact(s) that My mail/communiques

41. are severely tampered -w- /conf. scated -n- much overtly Falsified - especially, the legal, by the

42. D.A.'s office/law Agency -n- very unscrivalous indiv., For I never can ever believe that

43. IF this Dist. ct. has an Oakland Add. -of- 3100 Clay St. either !! I have even been warned-of- such

50. a devious, nearby Persons intention's of awaiting My Co. Post-off. mtng-of- same. Thus Far my attempts to

51. secure/collect the requested info needed to Provide Futile - but, today I was informed Same will-be- Provided today!

52. There Fore, my included Exhibits/3/one should overtly convince this Ct. of my dire mis-carriage-of- justice

Respectfully Submitted For (your) scrutiny -n- Prompt Disposition (ies)

James Edward Thomas (s, Apptd. Comp. Counselor) Awaiting

In Pro-per

Where as, My (Deft's) U.S. Const. Rights were, too overtly Violated / which requires a speedy - Redress - of - wrong my

State of California

# MEMORANDUM

*- Available Scrape Paper/per usal -*

Date:    March 19, 2008

To:    ALL A-FACILITY CUSTODY STAFF AND GENERAL POPULATION INMATES

From:    California State Prison-Sacramento - Represa, CA 95671

Subject:    **ACCESS OF INMATE ADVISORY COMMITTEE (IAC) CHAIRMAN TO THE ENHANCED OUTPATIENT PROGRAM (EOP) GENERAL POPULATION (GP)**

This memorandum supercedes the previous memorandum concerning this subject matter dated October 5, 2007. Effective immediately, inmate FLEMING (H-14002), the A Facility IAC Chairman, will be allowed access to the EOP GP inmates during the EOP GP yard period. FLEMING will be released on a daily basis to conduct IAC business with the EOP GP inmates from 0800-0900 hours, including weekends and holidays. FLEMING will be conducting his IAC business, which consists of communicating with the EOP GP inmates through the A Facility Pedestrian Sally Port fence/gate area. At no time will FLEMING be permitted to conduct IAC business with the EOP GP inmates directly on the Main Exercise Yard and/or in the EOP GP Housing Units. FLEMING cannot receive and/or hand out any items through the sally port fence while conducting IAC business without the inspection and approval of the on-duty Sally Port Gate Officer and/or custody supervisor. The main purpose of the IAC Chairman during this time period is to be available to communicate with the EOP GP inmates about IAC issues.

No more than two EOP GP inmates at a time will be permitted to speak with the IAC Chairman so as not to create undue congestion or obstruction of movement through the sally port. The Sally Port Gate Officer will be responsible to monitor and enforce this policy. During times of emergencies and/or situations where the pedestrian sally port is inundated with a large amount of traffic or activity during the above-mentioned scheduled IAC business hours, the IAC business will be terminated and the IAC Chairman will be instructed to return to their cell immediately. Inmate FLEMING has been apprised of this policy.

All custody staff, and especially the Pedestrian Sally Port Gate Officer, are expected to adhere to this policy. The cooperation and support of all custody staff is necessary to ensure that effective communication exists between the IAC Chairman and the EOP GP inmates. Please direct any issues and/or concerns to the on-duty facility lieutenant.

A. PEREIRA
Correctional Lieutenant
A Facility EOP/CTC

Approved / Disapproved

S. VANCE
Facility Captain
A Facility PSU/EOP

APPL of PP CC-SS.107 /DOC - C.I.N - CU-04: 08 - 1778-SBA / PR)

IN Re: THOMAS, J. VS. J. Walker, Warden, CSP at Sac. (Fol., Repre's at Cel.)

ORIG PROOF OF SERVICE BY PERSON IN STATE CUSTODY

*The latter Ct-P.St.d Petition was Over (of 30.08) After
All Prior's come (N- Attempted MAiling (Repe (Repeated, IntentionAlly
-N- vindictively Delays and/or destroyed, Possibly For Greed / Harrassment disc-
-courage went*

I the undersigned, hereby declare that I am over the age
of eighteen (18), and that I am incarcerated at ~~High Desert~~
CSP At- Sac (Fol
Repres-E. Natoma St.
~~State~~ Prison in ~~Susanville~~, California, that [X] I am

[ ] am not a party to this action, and that on the _____ day

of _____, 200 8, I served a true and complete copy

of the following: Supplements-To-The-Pending Cert-of-Appl. Habeas
( All) Petitions      Corpus -N- The Can Sup of one Suplment with This
( Long since-Over/     Fed C.S Docment (Res's. For verification (certification
( Due -Too SAtisfully  of Inm 2603 Prison Trust-Account Records (Indigency)
( Obtain Able or with the Status - Flatly Refused by Prison Officer(s - 2nd (or
( Over it Too Apparent (Their) only Perticl-Allowed Cor. tmr cir necessary
( Interception of Mail)  Photo-Copie -N- Also (utely) No. Not-Sent/~~s~~ (~~cil'd~~

by handing it to institutional staff with First Class Postage
prepaid in full for mailing to the following address(s):
-N-w-Supplement-s there-to -
( Orig. Copy N. Filed over. Pending Heber - certification of Appl. Corpus
( -N- R.St. Forward used (or direct) To: The Fed. U.S. Dist. Ct., N.Dist-of-Calif.
( Copy To:                    280 S. First St (SenJose Calif. - 95113
( Copy: M                     J. Walker, Warden of CSP (Sac-Fol.
( Copy : "    None Allowed but Cel'd  Calif. Atty-Gen. Off., 455 G. Cau S.F.C.
( fourth Pertial Copy To      Superior Ct, DOE 36, Warden 18, S. Jose C.
( Copy :                      /  (Sent

I declare under penalty of perjury that the foregoing is
true and correct.

EXECUTED ON _____ - CSP. At SACRAM. (Folsom, in ~~Susanville~~,
Repres (E. Natoma St.
California.

Thomas, James Edward
(Print Name)        _____
                    (Signature)

(01-10-08)

2.   THE HONORABLE PRESIDING JUSTICE W. PECKUM OF THE U.S. DIST. COURT,

3.   FOR THE NRN. DIST.-OF-CALIF /OFFICE-OF-THE-CLERK U.S.

4.   FED. BLD.-AT-280 So. FIRST STREET, SAN JOSE, CALIF. -- 95113 -----

5.   DENIED/NO SUCH VERIFICATION/CERTIFICATION POSSIBLE :

6.   (ORIG)   FED. CT. CASE NO  CV-08-01778-S.B.A. -[PR]-

7.   DOCK. NO. 9 / FILE MAY 30, 2008 WIEKING, R.W., CL.

8.   A COURT ROSTO.-N-ORDERED INM. FINAN. TRST. ACCT. COPY THERE-OF

9.   Re: THOMAS, J.E. VS. WALKER J.-WARDEN, C.S.P. AT SAC./FDL. REPRESA, CAL. 95670-

10.   IN REFERENCES TO THE ON-GOING APPEAL OF SUP. CT-CIN. CC-587911 SA.CL.CO.:

11.   CRT. ROSTO-ADDITTIONAL-TO- ORIG. PETITION-VERIFIED TRACE.

12.   Dear Sir (s)/Madame (s) - Please be advised that in Receipt/Compliance(s)

13.   With (your) Order/Request (s), Via legal Mail on/Prior to (April 09, 08)

14.   OF an additional INM. Status OF Financhial verification and to be

15.   Certified-N-returned back-to-this U.S. Fed. Dist. Court WHH-IN (30) days

16.   Or, possibly, lose/Forfeit Perticioners right to/For an acceptable Indignant

17.   Status Allowable Forma Pauperis Filing For A Fed CT Habeas Corpus

18.   writ under 28 USC, Sect. No. 2254 For/By Leave OF I.F.P. OF Prisoners

19.   Application OF U.S. Titled 28, Sect. No. 1915 (a) -- To be exempt From being

20.   Prior required to Pay the Five (5) dollar Filing Fee and/or Costs/Fee(s) arising

21.   There-after, IN (his) attempt(s) to File a Justifyable-N-Supportive Vio-

22.   lation(s) OF (his) guaranteed Const. Rights, due to a deliberate/atrocicious

23.   Mis-Carriage-of-Justice/Est. Law(s), OF which, the said Facts/Contra-

24.   dictory Supportive Views-w- revelent Factual Evid. or, Absolutely, No Indications

25.   OF any Criminal Mis-behavior, any-shape or Form(s) attributed to the action(s)

26.   Supportive to this Deft. as to being the Alleged/Purported PerPert ration(s)

27.   OF/to any Police Assumptive, law Violations as was either alleged ly Committed

28.   or Possibly assumed, due-to-the Circumstances/evid. or as alleged on the

29.   Night(s) -(02-29-05 - 03-05-05) or there-abouts, as was Fraudulently charged

30.   against Deft., while (He) was/had been under very vindictive-N-Malicious

1. Pol./Dect. Close Surveillence Nigh-N-Day (S) -w/o- Set-up or any Clear
2. indications of any Prior Proof-of-Known Criminal Mis-behavior, Other.
3. than (his) Constant Excursions (all) Over-w/o- Being Rqd. to explain (his)
4. Presence (s) For, Possibly Frequenting, Some-what, too high crime(s) Area (s)..
5. Still, with the Police in Close Pursuit / un-necessarily Tailing -- It can
6. Just Fy-able -- especially, at this early stage (s), that the Co. Pol. Forces
7. has been Keeping Defts. Movements under tight Scrutiny For a number-of
8. years, and (all) they Seem to Come-up with is Defts. Presence (s) in a-
9. region / Neighborhood of other than Suits (their) likings of all-types of
10. diversed Mixed Amer. People of better Standing than a-any Sociable Setting (s)
11. -- with the established Fact (s) that the-biased or no-- So-Called, Pillars-of-
12. Same Feel in-adequatly mis-informed to Defts. Presence (s), alone where
13. there-is (was -absolutely No-Criminal Activity - but, as Suspicious has it
14. Some other Area (s), may have reported such Violated Criminal Mis-behavior, Seemingly
15. with a Very different w/ms description (s) to Some (any Per Petrator very un-
16. like the Deft (s) -- As was too Contadictorily -N- Proven A-mis-Id. Situation
17. as each, so acceptably indicates -- But due to the extreme dis likes / mis-trust of
18. Deft. by the Said Law Enforcement Agency (s) -N-Deft (s) Flet refusal to wrongly /
19. Coervly admit to any Police Brutal Forced Tactic s of blaming the First
20. available / easy Convictable Spitefull Scrape-Goat, with only Police Assumed mis-
21. behavior (s) un-Supportive by any-N- most times only Pure Pre-Fabricated
22. Pol. Assumptive Connections-next-to-nil, overt via Covert means to Falsily
23. jail-N-imprison Deft.. Some-times, For Investigations, only -- but, much too
24. late (they) learn-of-(their) deliberate mis-carriage of any/all established
25. laws / try-to-cover Same-up by Isolating-N-holding Deft. Incommunicado So
26. that, absolutely, No-one (s) will (can Find-out-- Especially, the Vehement ways
27. (they) Manu Facture False Evid / Situational Pseudo Connections -w/o-any Clear
28. Foundations / adequate reasons -- Situation -in- Contrast -To, Sometime (s) at or near the
29. Deliberate Frame (ups) -- Deft., as usual, under Heavy Survel.-N-Pol., with no-report s of
30. any Crim Activity, stops / Search Deft. Do nt litte fund s-on-Person / Threatens-To- leave co/st-

Pg (27)

1. Or (2nd Face- much Future Pol. Persecution of same - because, of (their)
2. extreme dis-like(s) /deliberate mis-trusts - w- Too vindictive /Spitefull
3. biased supreme attitude(s) with, absolutely, nothing(s) - to - back-up (Their)
4. un-Founded (non-criminal mis-conduct, absolutely, No Supportive Evid.
5. or real Thievery, alleged -- No-property /No- Bodily Contact(s), what-so-
6. ever -- yet, Deft via the Pol./ D.A.'s standards, Has-To-Be- Guilty of Some-
7. thing(s) - But what -- We Honestly, Don't know -- But our on-going Invest.
8. Should Turn-up Some Fiend-of-Sly (covertness, since we Have checked
9. (All) - The- Areas that Deft has Frequented -- Absolutely, No Victims of THEFT/
10. Murder / mahem -- or For The Too necessarily purpose- To- Factually Allege /
11. legally - or Criminally other-wise Justify, Even -w- only a mere Possible un- Reasonable
12. pure Assumption -of - A Rape or (Any (All) Induced Sexual Allegation -- which, by
13. law /definitely, requires -- First -n- Fore most that-- Any, So-called Intended /
14. alleged / or Suspiciously purported Victim(s) be either Attacked Physically or
15. Too clearily -n- menancing ly verbally spoken -as-To (His/her) Purpose
16. -n- Clear / convincing - w- Supporting Factors For any motivative less- Factors
17. ---- And either -w (w/o Fairness-- No- one's, How-ever disassociated (in close
18. proximity -or- not, should Be Falsely charges with /Framed of A Sexual of-
19. Fence -- merely Because -- Only - A - Shadow, was Seen, Some-where Near The
20. foot -on- an occupied X Or bed. - Not -touching /verbalizing or Threathening
21. No- one(s), in any manner -- Especially, too visually -n- Darkness, dis-similarly
22. Dressed -n- only observed -To- Be- Frantically waiving its Hands /arms Sky-wards
23. or with both Hands /arms Across (His- Face (eyes So-That it could not see any-
24. ones /Things next to a window -- when (he be) was Seen, in Contra, Some-
25. where (s) else (or illegally arrested, For That matter -n- The D.A. Dismisses Said
26. pseudo Allegations For, (they) Claims -mis /too contra IO -n- un-clear Motive as To
27. Pol.'s Assumptive /pure Fabricated -w- mucho vehemence(s) ill- Tactics of Frame- For
28. Invt. M. only - But, No-Allow Any Appealing For Co(s). covert criminal /Atrocities -- bitter,
29. Deliberate Conflict(s) of Interests of Dep. Pub. Deft. -w- loss, welfare only in mind, And
30.

P1   (13)

His, Too Blatant /Ill-Deliberate Mis-Handling /Too Non Clientele Regards For any,
absolutely, No Intents Of-Proper Representations-on His/ part -- But, deliberately
refused to put-up any Type-OF-adequate Defense For Deft, as to the Correct
relevency - Less any proof -- And, defenately only a reference-n- Too illegal
entrance OF A Prior un-related, would-have-been, compiled Real- w/o any
Evid- of Penetrations or Acceptable IO -- To Act-AS, only- possible proof of
Some Prior Recorded Remedilines, carriages-of- Justices -n- Flatly denied any chance(s)
of Appealing said Fabricated charges/s (a-conviction, To Save the County's (D.A.'s
integrity/ Image fill-prestiege. And, here -w/o-Any Stupidity, Reasoning or of Any
Minds--. It's, Purely, Too Inhumane / deliberately In Contra- to - any law.s.--
(Kangaroo-Type-Courts-or not-- Purely Pre-Posterious To Charge-n- Pseudly
Convict- Any-one(S) For Any Such Sexual (OFFENSE(S), Unless - one(s) are sure of
The Intent (s)/ clear, convincing motive (s) ---- Cal. Pen-Code, absolutely
dis-Avows, any Ill-Charges of Sexual Intent - with-out Any Physical
Contact(S) or at least, Verbally Stated with with the proper Meaning to
Carry - Such- Verbalizing out - To- Fruitation s- [Means-To- A compled-End -Gratification]
And, Ever- so- slickly To resort-To-A False charge (cont-2 Every (Too dessemed 2 N A
Prior To To covertly Insinuate a possible Motive. Where as The D.P.O. Came
on strong-To-Deft. Regarding (His) well-Meaning control /ability To war said
Case--, But, Flatly refused to put-up Any Defense-- Even Flatly refused to clearify
Bring-To-Court (Jury's) Attention The- Prior Dismissed-charges For messed, Plus,
The Fact, They No-Bodily Contact /No. one's in-Light Green Dress was Arrested /No-possession
Of Any, Too bulky Cheap Base-Ball-Cap was on-Deft in Deft possession / Far Too many
People saw /observed Deft. Wearing Pink-n-Grey attire [Rather Than Any where
Green or Blue /definitely Foreign Finger Prints Were lifted -to-match Deft- of any
Known Frequenter /A Non- Prior SB of correct Suspect, under Pure Forced Pol.
Brutality Too Adversed visibility -n-Prior Crim. Usuage to Fabricate other than Evid. Show:
In ADDIT.-To- Above; The Co. Pol. Were Too closely Tailing Visibly /Too Mezn amp
Both Pseudo Arrests /conv.s. Were Ill-Supportive - w/o- Evid (Justifications, other Than a-don't-w?s:
Because, The D.D.A. Flatly Stated That There was no proof-of- Theft, only Susp. Thru-Entrapment!
And, Here -Attached To ss (Your REdd order For verification -- of which Prison Off. Flatly refuses...

Very Respectfully Re-Submited -w/o- Proper /non- Possible compliance-in-Court order / July 14, 2008 / Thomas E. Thomas

PETIT-N-NPW/ORIG. SUPPL-CT-RQST.

THOMAS, JAMES EDWARD
F-21197/A-y, 6bld./EOP/C.n.229
CSP AT SACRAMENTO/FOLSOM
P.O.B No. 290066
REPRESA, CALIFORNIA   95670-0066
FED. US. DIST. CT, N.RN. DIST- OF-CAL, S.T. C.

# EXHIBIT COVER PAGE

EXHIBIT

Description if this exhibit:

COPIES OF CLARAFYING LEG-Letters-To-US-CT.
ADDENDUM -TO- ORIG- PETITION
VIZ-W²/ OF CLARAFYING- REMARKS
To REASON- W-CT, RQSTD. NON-COM-
PLAINCE TO-ORDER-OF (05-20-08)
PRISON OFFICIAL FLAT REFUSAL(s)

Number of pages to this exhibit:   (5)   pages

**JURISDICTION**: (Check One Only)

- [ ] MUNICIPAL COURT
- [ ] SUPERIOR COURT
- [ ] APPELLATE COURT
- [ ] STATE SUPREME COURT
- [x] UNITED STATES DISTRICT COURT   NRN. DIST- CAL
- [ ] STATE CIRCUIT COURT
- [ ] UNITES STATES SUPREME COURT
- [ ] GRAND JURY

pg. 25

May 02, 2008

OFFice - OF - The - Clerk                Thomas, James Edward
U.S. Dist. Court, Nrtn Dist. Cal.        F-21197 /A^-y, 6** Bld/CSU/C-228
Federal Court-House Building At          C.S.P. At Sacremento/Folsom
280 So. First Street                     C/o: P.O.B. No. 290066/
San Jose, California 95113----           560 Natomas Street
Indigent - W/O-Funds on Tn Trst Acct     Represa, California - 95670-0066

                                                    6**CAC H - 03573
Re: THOMAS J. VS. WALKER, J. WARDEN, CSP. SAC / US.DCT.NRNC / CV-08-01778-SBA

Dear Sir (s)/Madame (s)

I, the Deft, in the above alleged case - as Numbered, would like to bring/
direct (your) attentions to the, next-to-Nil/Futile ability of Deft(Me) try-
ing to Process/or File any such legal documents in this or any court(s),
to date -- let-a-long, (/your) twice stated Order Directing Prior Payments
of (your) court Filing Fee x() -- specifically, A verified/Certified Copy
of Deft's Inmate Trust Account Statement/Monetary Status before Fully
accepting Deft's Prior Petition (s) For Certification of (His), Supposedly,
Pending - N Too Much Cal. (6**) Dist. Appeals court-of-Appeals, of which,
has been delayed, supposedly, For over three (3) years - And according to some
Davis D. Martin Esq. (Atty) of - 622 Lagunaria Lane, Alameda, Ca. 94502,
I, also, keep getting Strange, Supposedly/purportedly beg-in-Nature, stat-
ing that the Said Appeal(s) Six Cal. Dist Ct. of Appeals, 333 W. S2. Cla. Street,
Ste 1060, San Jose, Cal. 95113 -- is still un-decided - but, has reached a tenta-
tive granting - of a show-cause order in Mid. Feb - but, the Cal. Atty. Gen.
was, as usual, Purposefully delays same with (all) types/kinds - of un-Natural ex-
cuses/Ploys, to his dis-advantage -- the, so-called, Atty./Counselor Martin
could do Nothing(s) until that court decided to allow the Atty General to -
exhaust (his) options of such stated tactics. But to date, another Log Letter
came Pseudoly Stating that (he) would see (me) back - in Superior Court,
Very soon For the Said/Stated Show-cause-order -- Pending For over two month
But, As I have repeatedly-tried to communicate/inform the/this Court-
Deft (I am having many un-surmountable/un-Necessary Problem(s) -to the
-hilt-n-Round-n-Round it/she goes. After about six Requests (s) tryess's - N
even took the Notary Requests directly -to the Unit Lt-n-Sgt.'s office -N
gave, at least, (3)three such Enm. Rqsts-For notary Public Services of A- Sup-
Plemental Habea Corpus Petition -N- An Inmate Trust Acct, verified Form (status)
-N- on (05-31-08) I directed An Enm. Rqst. v.2 Inst(cdc)/602 Inm. Appls Form-
Still, absolutely no notary serv's Provided - will-keep-trying (you) Informed Thank You!
                                                    Very Respectfully Yours,
                                                    ~ James Edward Thomas
   [ Fin One-of-one Pg. ]

23 Pgs Total
24 Pgs. Total
For Photo-Copying ASAP
Court(Fed.)U.S. Pressing For (60)
Days-Un-Necessary Pris. off.
Flat Refusal To Ct. Payment
There(Here-2008)
For Ver/Cert of
(08-30-08)

James Edward Thomas     F-21197
California State Prison - Sacramento/Folsom
P.O. Box 290066
Represa, CA 95670-0066

CV08-01778 SBA

-ORIG. PETITION, Already Filed-
Just An Additions(Supplemental)GENRSTO.
See Ct. Rlcs
FED. COURT, US. Dist, For Nor.D. of Cal
San Jose, California
Addendum To Orig. Petit-w-Stand-By-Supplmtl.
Await Take That Court's Confirmation of Rct.
A Ct. Rosto, Veri/Cert. of NM
Prison Trst. Acct. Status
Non-Prison/Flat Refusal
Not-Humanly Possible

Cover-Page of(from Fed Usacts
Ord/Demand for Certvcat

Page. N. 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

~ APPL. OF REMP ~

Awaiting for Reply                Case No: CV-08-1778-SBA (PR)

JAMES EDWARD THOMAS, Pro Per,
                    Petitioner,          }
                                         }
          v.                             }        PROOF OF SERVICE
                                         }
J. WALKER, WARD, CSP AT SACFOLM          }
                    Respondent           }

I the undersigned, here by certify that I am over the age of eighteen years, and I (am) (am not)    a party to the above entitled action.

On July 10, 2008, ISP AT SACFOLM Release , I served a copy of: California (P.O.B. No 29080) 560 Emiline St, Relvose, Calif.

By placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States mail:

1. FED. US DIST. CT, FOR NORTHERN DISTCH 2. (2) Two Copies To DEFT. (CSP,
ORIG- FED CT-HOUX 80, 280 30. S W 7TH   CLERK
ONLY   ORIG. Copy Copy. / DEF. OF- THE CLERK
         OFFICE-OF-THE-CLERK

I declare under the penalty of perjury that the foregoing is true and correct. To The Best OF MY Knowledge - N Belives,

~ (July 10, 2008) ~

Page 21    (Signature)

/07-14-08/   Declarant

(N)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THOMAS, JAMES EDWARD

Petitioner,

v.

WALKER, --- WARDEN OF TH CSP SAC (FOLh.

Respondent

Case No: 04.'08-CV. 1778-SBA
U.S.D.F. hvr D. OF CLf, S.F.C.

**PROOF OF SERVICE**

    I the undersigned, here by certify that I am over the age of eighteen years, and I (am) (am not)    a party to the above entitled action.

    On April 14, 2008_____, _____, I served a copy of:

My Petition For Continues Appeal of my too Fraudulent/Atrocitious Convictions.

Plus/2nd Parts Specifically requested by This Court to Facilate Acceptance (guarantee review!

By placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States mail:

1. Orig.+ (1) copy; To:
   Office-of-The-Clerc
   To The Honorable Presiding Justice
   U.S. Fed. Dist. Court, For The Nrn. Dist
   OF Cal.
   280 So. First St/San Jose, Calif. 9543

(F). 2. 1 Copy~ Cal State Atty. Gen.
   455 Golden Gate Ave S.F.Cal 94102

(F) - 1 Copy To   Judge Ay. Bryan, Pres.
   S.C.C. Superior Ct. Dept. p. 36
   190 W. Hedding St./S J Cal. 95110

(F) Copy To Self Onld copy.

(4) - Copy + Copy To Deft _

    I declare under the penalty of perjury that the foregoing is true and correct.

No Copies Allowed By Leg. Librarian.
- Advised -

P.O.B. p. 290000
Represe. Calif 95670-0000

On: July 14, 2008   CSPAT SacRa

P. 26

(Signature) _____

Declarant
- James Edward Thomas -