IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD THOMAS,

    Petitioner,

 v.

JAMES WALKER, Warden,

    Respondent.
                                  /

No. C 08-01778 SBA (PR)

**JUDGMENT**

    The Court has dismissed this action without prejudice because Petitioner failed to complete the in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 9/2/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.08\Thomas1778.Jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD THOMAS, | Case Number: CV08-01778 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| THE WARDEN, CSP., STATE OF CALIFORNIA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Edward Thomas F-21197
California State Prison - Sacramento/Folsom
P.O. Box 290066
Represa, CA 95670-0066

Dated: September 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Thomas1778.Jud.wpd        2