URG TO CT JUSTS

TO:
THE CLERK AND JUSTICES OF THE USD
FED CT, NRN. DIST OF CALIF / FED.
HOUSE BLD / 280 SO. FIRST STREET
SAN JOSE, CALIFORNIA - 95113 -
Dept. Petitions - S. N. Pri-per American Lit. Doc.

FROM:
THOMAS, JAMES EDWARD
31167 / AV-4, 4A4 (EOP) C.N. 218
2 SPA7 SACRAMENTO (FOLSOM
POB No. 240066 / 560 E. Natoma St.
Represa, Ca. 95670-0066

FILED
SEP - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CV-0408-2254-[PR] (04-23-08)
C/W-CV-0408-1778-SBA-N-Filed
SUP. CT. N. CC-5F39U  Court

Re: THOMAS VS J. WALTER, WARD. CSP AT SAC/SOL. USD FED NRN D.LLC

Dear Sirs/Mesdames - Concerned Staff-N-Justices There-in of The Above Fed. US Court:
Please be fully advised that, on/about this date -- Deft. while - has placed another writ for Habeas Corpus considerations on wisdom -N- meticulously - Pure assumptively specifically depriving Deft-of-(his) Guaranteed of Const Rights - by only-N- merely an fictitious Fraudulent Conviction(s) - Purely For some covert reasons of false too protective Pillow - of Society Integrity, Attm. Old-to-mail-out Another (Bold)- writ of Hab.Corpus For Speedy Re-dress of-continuous-wrongs-N- overt vindictiveness - of-Deft guar- anteed exposed Rights -N- Keeping Deft incommunicado -w/o- any Due access - to No Courts - As - A Necessity Guaranteed Const. Right. By only Overly Framing/ Charging -N- Preaddedly framing - (Him) -w- only a Police's Spitefull Assumption Guessible Non-criminal negative act(s) -- None were Possible/Feasible or Even (shown -N- Testified as-To-any Such Theft or TDO ACC - There is No validity to An Unknown Intruder Standing Away From The Foot-of- A Bed occupied-by (3) Persons - Whichever Its Arms Straywerd -- Absol. No physical contact/No verbal Signs-Def. No Stated menacingly Advances/Touchingest. Real, Period. Even -W- The too contrash- ing Room Darkness -w/o- any Reasonable or suggestive evid. - Not even - A- mere possibility of such A Dire/Degenerate criminal'my behavioral act(s). Only the Pol's overt spite -N- too degenerate minds assumptions - w/o - any suggesting or feasibility Even possible. Plus, the (DA-his) Agents (we always corrected) badgering menicingly -N- Vindictively - Falsifying (All) Defts mail. And Putting false addresses on (his very mail of some clayst deft. Add. for this (He) (his Return add. -w- was manuweded Spitefully Intended to Save (They) pillow - of society image/integrity -- Regardless. As usual, False (lie milord brown -N- INF. Mrs well IMM. Are always lingering close-by demanding defts mail -- Sll-pretending that Deft is something(Telling on Every Body-Got-to- See) have (his) mail. Period. Plus, Deft. filed another writ-for habeus corpus under W-W-ray Ex Ped-up this date -- was removed (All 1680) PGS -w- some original Exhibits -N- Deft.For CT. will not come in replies to indict one - Deft. is Too stumbling Blockity overned (psychologically Harassed To be Allowed Any seek/et Access (wide) Therefore - Since this is(his)omelevenly futile request. To place on This Red Courts below for redress-of- overt wrongs -N- Forever prays that this Court will acknowledge/entertain -N- speedely grant (his) redress -w- more than Ample Tuts,fied/valid- grounds To warrant speedely Re-dress of- contenuous-wrongs And Being held accountable. For (all) this heeded Fabrickted -N- only spitefully Too Assumptive bussible motivedly - Therefore please accede (acknow (edge -N- promptly act on-Defts. Intentional Deprivations of Guaranteed US. Const. Rights. Notice. All CT. agent's Represions - Condered ./ Very Respectfully Submit/ JE Thomas
with - form-of-order/necessary CT. form.



THOMAS, JAMES EDWARD
F-21887 / "A"-Y, 6 Ad/EOP UNIT (C.W. 228
C.S.P. AT SACRAMENTO (FOLSOM
P.O.B. No. 29066 / 300 E. NATOMA STREET
REPRESA, CALIFORNIA 95670-0066

[Inn-Today for Envelope]
Noti:

TO: THE U.S. FEDERAL DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
C/O: THE OFFICE-OF-THE-CLERK / FED. CT.-HSE. BLG.
AT: 280 SOUTH FIRST STREET
SAN JOSE, CALIFORNIA 95113-
THE HONORABLE JUDGE W. PECKHAM PRESIDING

NOTE: CONFIDENTIAL~LEGAL
MAIL-- COURT TO CLIENT
ONLY:

Follow-up on last nights Ploy-w/o-Toy:

US POSTAGE $00.00
PITNEY BOWES
JUN 25 2008
MAILED FROM ZIP CODE 95670
0004609711
02 1A